# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| MAYTAG CORPORATION, a subsidiary of WHIRLPOOL CORPORATION, and WHIRLPOOL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, et al. (individually and as representative of the Defendant class),<br><br>Defendants. | Civil Action No. 08-cv-00291-JEG-RAW |

## PARTIES' JOINT STATEMENT REGARDING ATTORNEYS' FEES

NOW COME the parties, through their respective counsel, and submit this Joint Statement Regarding Attorneys' Fees. In support thereof, the parties state:

1. On July 21, 2011, the Court issued an Order denying Defendants' Motion for Judgment or Partial Finding and directing the Clerk to enter a judgment in favor of Plaintiffs. The Court also directed the parties to file briefs on the issue of costs and attorneys' fees within fourteen (14) days of the entry of the Order.

2. On July 25, 2011, the Clerk entered judgment in favor of Plaintiffs.

3. On July 31, 2011, the Court issued an Order clarifying that the calculation of the fourteen (14) days for the parties to file their respective briefs on the issue of costs and attorneys' fees began on July 22, 2011.

4. Neither party will seek attorneys' fees in this matter. As a result, the parties have agreed not to file a brief on the issue of attorneys' fees.

5. Plaintiffs will separately be filing a brief on the issue of costs and a Bill of Costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Douglas A. Darch<br>Douglas Darch<br>Miriam Geraghty<br>Meagan LeGear<br>Baker & McKenzie LLP<br>130 E. Randolph Drive<br>Chicago, IL 60601<br>Telephone: (312) 861-8933<br>Facsimile: (312) 698-2965<br>E-mail:douglas.darch@bakernet.com<br><br>Gene R. La Suer<br>Deborah Tharnish<br>Davis, Brown, Koehn, Shors & Roberts, P.C.<br>The Davis Brown Tower<br>Des Moines, Iowa 50309-3993<br>Telephone:515-288-2500<br>Fax: 515-243-0654<br>Email: GeneLaSuer@davisbrownlaw.com | /s/ Robert Seltzer<br>Robert Seltzer<br>Cornfield & Feldman<br>25 E Washington Street, Suite 1400<br>Chicago, IL 60602-1803<br>Telephone: 312 236 7800<br>Fax: 312 236 6686<br>Email:rseltzer@cornfieldandfeldman.com<br><br>Barry A. Macey<br>Macey, Swanson, and Allman<br>445 N. Pennsylvania Street, Suite<br>Indianapolis, IN 46204<br>Telephone: 317-637-2345<br>Fax: 317-637-2345<br>Email: bmacey@maceylaw.com<br><br>Mark T Hedberg<br>Hedberg & Boulton PC<br>100 Court Avenue, Suite 425<br>Des Moines, IA 50309<br>Telephone: 515 288 4148<br>Fax: 515 288 4149<br>Email: mthedberg@uswest.net |

-3-

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 5, 2011, he caused the foregoing to be filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties below not indicated on the electronic filing receipt will be served via electronic mail or U.S. Mail. Parties may access this filing through the Court's filing system.

Mark T. Hedberg
HEDBERG & BOULTON P.C.
100 Court Avenue, Suite 425
DES MOINES, IA  50309
515 288 4148
515 288 4149 (fax)
mthedberg@uswest.net

Robert A. Seltzer
CORNFIELD AND FELDMAN
25 E. Washington Street
Suite 1400
Chicago, IL  60602-1803
312 236 7800
312 236 6686 (fax)
rseltzer@cornfieldandfeldman.com

Barry A. Macey
Macey Swanson and Allman
445 N. Pennsylvania Street,
Suite 401
Indianapolis, Indiana  46204
(317) 637-2345
bmacey@maceylaw.com

          /s/ Douglas A. Darch
          Douglas A. Darch

CHIDMS1/2916554.1