AO 133    (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Iowa

| | |
|---|---|
| Maytag Corp., et. al. | ) |
| | ) |
| v. | ) |
| International Union, United Automobile, Workers | ) |
| of America, et. al. | ) |

Case No.: 08-cv-00291

## BILL OF COSTS

Judgment having been entered in the above entitled action on _07/25/2011_ against _Defendants_ ,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $           845.50 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,522.58 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 23,820.56 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,379.50 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 29,369.86 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,074.67 |
| TOTAL | $        60,012.67 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other:  _____

s/ Attorney:  _Douglas A. Darch_____

Name of Attorney:  _Douglas A. Darch_

For:  _____Plaintiffs_____          Date:  _08/05/2011_
Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of  _____  and included in the judgment.

_____          By:  _____          _____
Clerk of Court                                   Deputy Clerk                              Date

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | | Total Cost Each Witness |
| Ted Johnson Indianola, Iowa | 1 | 55.00 | | | | | | $55.00 |
| Mark Krivoruchka, Scottsdale, Arizona | | | 2 | 1,283.50 | | | | $1,283.50 |
| Larry Shaver Newton, IA | 1 | 41.00 | | | | | | $41.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | TOTAL | $1,379.50 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## BILL OF COSTS - TABLE OF CONTENTS

### 1.     Fees of the Clerk

| Description | Date | Bates No. | Amount |
|---|---|---|---|
| Admission Fee, Certificate of Good Standing (D. Darch) | 8-27-08 | 1-001 – 003 | $190.00 |
| Admission Fee for D. Darch to the 8th Circuit (Interim Appeal) | 7/12/2010 | 1-004 | $190.00 |
| Copies of certified Court documents from the Eastern District of Michigan | 10/05/2010 | 1-005 – 006 | $285.50 |
| Retrieve files from US District Court for the Western District of Michigan | 4/23/2010 | 1-007 | $180.00 |
| Total: | | | **$845.50** |

### 2.     Fees for service of summons and subpoena

| Description | Date | Bates No. | Amount |
|---|---|---|---|
| Service Invoice (Avery) | 11/6/09 | 2-001 | $85.00 |
| Service Invoice (Tipton/Teed) | 11/4/09 | 2-002 | $140.00 |
| Service Invoice (Wellmark) | 11/18/09 | 2-003 | $35.00 |
| Jasper County Sheriff (White) | 11/20/09 | 2-004 | $29.30 |
| Service Invoice (Cose) | 12/15/09 | 2-005 | $35.00 |
| Service Invoice (Teed) | 12/17/09 | 2-006 | $75.00 |
| Jasper County Sheriff (Christy) | 12/31/09 | 2-007 | $37.60 |
| U.S. Federal Process Service (Service of Complaint on UAW) | 7/30/08 | 2-008 | $75.00 |
| Legal Support Services (multiple witnesses) | 11/30/2010 | 2-009 | 776.00 |
| Jasper County Sheriff (Service of Complaint on Shaver) | 8/04/2008 | 2-010 | $34.68 |
| Service of Summons for Lyle Ettelson Jr. | 8/1/2008 | 2-011 | $65.00 |
| Service of Summons for Daniel Stock | 8/1/2008 | 2-012 | $65.00 |

| Service of Summons for Henry Vanderheiden Jr. | 8/1/2008 | 2-013 | $70.00 |
|---|---|---|---|
| **Total** | | | **$1522.58** |

3.   **Fees of printed or electronically recorded transcripts necessarily obtained for use in the case**

| Description | Date | Bates No. | Amount |
|---|---|---|---|
| Esquire (Hoeffert/Reed) | 7/31/09 | 3-001 | $1,365.70 |
| Esquire (Shaver) | 9/21/09 | 3-002 | $1,345.50 |
| Esquire (Johnson) | 9/23/09 | 3-003 | $1,122.76 |
| Esquire (Haas/Miller) | 11/05/09 | 3-004 – 005 | $1,172.61 |
| Esquire (Alpert) | 11/11/09 | 3-006 | $499.84 |
| Esquire (Walker) | 11/25/09 | 3-007 | $1,360.04 |
| Esquire (Christy) | 12/8/09 | 3-008 | $130.00 |
| Esquire (Teed) | 12/30/09 | 3-009 | $135.83 |
| Esquire (Christy) | 12/30/09 | 3-010 | $546.22 |
| Esquire (Avery/White) | 1/11/10 | 3-011 – 012 | $1,392.34 |
| Esquire (Tipton) | 1/15/10 | 3-013 | $1,745.38 |
| Esquire (Teed) | 1/26/10 | 3-014 – 015 | $1,635.42 |
| Esquire (Williams) | 12/31/10 | 3-016 | $47.60 |
| Esquire (Johnson) | 12/31/10 | 3-017 | $112.62 |
| Esquire (Shaver) | 12/30/10 | 3-018 | $114.75 |
| Court Transcript | 12/15/10 | 3-019 | $1,822.00 |
| Court Transcript | 1/2/11 | 3-020 | $4,044.65 |
| Esquire (Cose) | 2/17/10 | 3-021 | $1,914.30 |
| Petersen Court Reporters (Teed) | 11/30/10 | 3-022 | $154.20 |
| Esquire (McInroy) | 5/24/09 | 3-023 | $1,159.85 |
| Esquire | 5/24/09 | 3-024 | $857.29 |
| Esquire (Williams) | 6/10/09 | 3-025 | $619.31 |
| Court Transcript | 1/5/08 | 3-026 – 027 | $250.75 |
| Court Transcript | 5/27/2010 | 3-028 – 029 | $271.60 |
| **Total** | | | **$23,820.56** |

4.   **Fees and disbursements for printing**

| Description | Date | Bates No. | Amount |
|---|---|---|---|
| | | | $0 |

5.    **Fees for witnesses**

| Description | Date | Bates No. | Amount |
|---|---|---|---|
| Ted Johnson Witness Fee | | 5-001 | $55.00 |
| Mark Krivoruchka | | 5-002 – 010 | $1,283.50 |
| Larry Shaver | | 5-011 | $41.00 |
| **Total** | | | **$1,379.50** |

6.    **Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case**

| Description | Date | Bates No. | Amount |
|---|---|---|---|
| Document Technologies, Inc. | 12/13/10 | 6-001 | $21.70 |
| 24 Seven Discovery | 12/3/10 | 6-002 | $96.37 |
| BlueStar | 12/31/10 | 6-003 | $16.80 |
| BlueStar | 12/29/10 | 6-004 | $1,390.78 |
| BlueStar | 12/13/10 | 6-005 | $27.54 |
| 24 Seven Discovery | 12/2/10 | 6-006 | $60.06 |
| 24 Seven Discovery | 12/3/10 | 6-007 | $140.12 |
| 24 Seven Discovery | 4/8/10 | 6-008 | $712.91 |
| Econoprint | 8/23/10 | 6-009 | $2,038.45 |
| Ikon | 4/7/10 | 6-010 | $134.98 |
| Ikon | 3/24/10 | 6-011 | $156.34 |
| Econoprint | 8/30/10 | 6-012 | $161.64 |
| Document Technologies, Inc. | 11/30/10 | 6-013 | $2,224.06 |
| Equivalent Data | 7/21/09 | 6-014 | $61.86 |
| C2 Legal | 6/11/09 | 6-015 | $356.14 |
| C2 Legal | 8/9/09 | 6-016 | $506.95 |
| Equivalent Data | 6/12/09 | 6-017 | $62.91 |
| Equivalent Data | 6/8/09 | 6-018 | $79.55 |
| C2 Legal | 6/9/09 | 6-019 | $506.95 |
| Integrated E Solutions | 6/11/09 | 6-020 – 022 | $64.98 |
| C2 Legal | 5/22/09 | 6-023 | $258.92 |
| Equivalent Data | 7/21/08 | 6-024 | $647.17 |
| Loop Legal Copy & Imaging | 10/5/08 | 6-025 | $386.15 |
| C2 Legal | 11/24/08 | 6-026 | $469.12 |
| C2 Legal | 11/18/08 | 6-027 | $418.56 |
| C2 Legal | 11/18/08 | 6-028 | $420.17 |
| C2 Legal | 11/24/08 | 6-029 | $137.28 |
| C2 Legal | 12/3/08 | 6-030 | $43.70 |
| C2 Legal | 12/2/08 | 6-031 | $264.85 |
| Loop Legal Copy & Imaging | 10/5/08 | 6-032 | $386.15 |
| C2 Legal | 12/19/08 | 6-033 - 034 | $37.90 |
| C2 Legal | 11/24/08 | 6-035 | $137.28 |
| C2 Legal | 11/18/08 | 6-036 | $418.56 |

| C2 Legal | 11/18/08 | 6-037 | $402.08 |
|---|---|---|---|
| C2 Legal | 2/10/09 | 6-038 | $42.10 |
| C2 Legal | 2/9/09 | 6-039 | $53.98 |
| In Demand Document Services | 2/20/09 | 6-040 | $37.11 |
| C2 Legal | 3/31/09 | 6-041 | $385.50 |
| C2 Legal | 3/31/09 | 6-042 | $841.70 |
| Loop Legal Copy & Imaging | 3/17/09 | 6-043 | $637.34 |
| In Demand | 3/20/09 | 6-044 | $54.52 |
| In Demand | 5/1/09 | 6-045 | $33.32 |
| In Demand | 5/11/09 | 6-046 | $56.85 |
| BlueStar | 12/31/2010 | 6-047 | $41.92 |
| BlueStar | 12/31/2010 | 6-048 | $273.64 |
| Internal Copying | | 6-049 – 218 | $13,662.90 |
| **Total** | | | **$29,369.86** |

7.      **Docket fees under 28 U.S.C. 1923**

| Description | Date | Bates No. | Amount |
|---|---|---|---|
| | | | $0 |

8.      **Costs as shown on Mandate of Court of Appeals**

| Description | Date | Bates No. | Amount |
|---|---|---|---|
| | | | $0 |

9.      **Compensation of court-appointed experts**

| Description | Date | Bates No. | Amount |
|---|---|---|---|
| | | | $0 |

10.     **Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828**

| Description | Date | Bates No. | Amount |
|---|---|---|---|
| | | | $0 |

11.     **Other costs**

| Description | Date | Bates No. | Amount |
|---|---|---|---|
| Chicago Messenger | 6/26/09 | 11-001 - 002 | $89.52 |
| Chicago Messenger | 5/15/09 | 11-003 – 004 | $7.45 |
| Chicago Messenger | 10/20/08 | 11-005 – 006 | $7.45 |
| Chicago Messenger | 11/2/08 | 11-007 – 008 | $7.45 |

| | | | |
|---|---|---|---|
| DMACC Newton Conference Center (conference room rental for deposition) | 8/31/09 | 11-009 | $77.04 |
| DMACC Newton Conference Center (conference room rental for deposition) | 6/30/09 | 11-010 | $38.52 |
| PACER | 7/01/2009-3/31/2010 | 11-011 – 024 | $827.36 |
| Postage cost for mailing 2,468 Notices to class members | 8/19/2010 | 11-025 – 026 | $1,510.18 |
| Conference Room for deposition of Teed at Marriott O'Hare | 1/12/2010 | 11-027 – 029 | $509.70 |
| **Total** | | | **$3,074.67** |
| | | **Total:** | **$60,012.67** |

CHIDMS1/2916614.1

# SEYFARTH SHAW LLP
ATTORNEYS

## CHECK REQUEST FORM

**Date:** 8/27/08

**Payable To:** Clerk, U.S. District Court

Chicago _____ OFFICE _____

**Return Check To:** Doreea Tall

**Date/Time Needed:** 08/27/08   3:00 PM

| Client Name | Matter Name | Client/Matter No. | Amount | Cost Code | Description | Check No. |
|---|---|---|---|---|---|---|
| Whirlpool | | 16176 - 000030 | $175.00 | 6/1/V | Admission Fee Casciari | |
| Whirlpool | | 16176 - 000030 | $15.00 | 6/1/V | Certificate of Good Standing for Mark Casciari | |
| | | | | | | |

_Mark Casciari (d.t.)_
**Requestor Signature**

_[signature]_
**Approving Signature**

15683

DATE _____ 8-27-08

TO _____ **Clerk of the USDC**

DEPOSITS

BAL.
BRO'T
FOR'D

FOR _____ 16/26-30

| TAX DEDUCTIBLE | | | |
|---|---|---|---|
| TOTAL | | | |
| THIS CHECK | 195 | 1 |
| OTHER | | | |
| BALANCE | 4,342 | 16 |

15682

DATE 8-27-08

**Clerk of the USDC**

TO

FOR 14176-30

DEPOSITS

| | | | |
|---|---|---|---|
| TOTAL | | |
| THIS CHECK | 15 | - |
| OTHER | | |
| BALANCE | 4,517 | 16 |

TAX DEDUCTIBLE

0150 KUAFS check4 11/30/07 14:28

1-003

**BAKER & McKENZIE**                    2059523          **CHECK REQUEST**

| DATE SUBMITTED | DATE NEEDED | MAIL | PICK UP at Petty Cash Desk | RETURN (Houston Only) | REQUESTED BY |
|---|---|---|---|---|---|
| 7/12/2010 | 7/13/2010 | ☐ | Ext. 2519 | ☐ | Douglas Darch |

## CLIENT COSTS ADVANCED

When should this payment be made? _____

Please check the appropriate box to the right:
- ☐ Pay invoice per terms
- ☐ Pay invoice immediately
- ☐ Place invoice on HOLD until payment is received from client

| CLIENT NO. | MATTER NO. | CLIENT & MATTER NAMES | COST CODE NO.* | AMOUNT |
|---|---|---|---|---|
| 22231668 | 000003 | Whirlpool v. UAW | 16 | 190.00 |
| | | | | |
| | | | | |

*Refer to attached list.

## NON-CLIENT CHARGES
### How should this disbursement be charged?

1. ☐ Globally (which cost center?)   2. ☐ Regionally (which cost center?)
3. ☐ Chicago Office Administrative Depart. or Committee (which one?) Select One   4. ☐ Chicago Office Practice Group (which one?) Select one
5. ☐ Timekeeper Direct Expense   6. ☐ International Partner Personal Account [3000]
7. ☐ Non-International Partner Timekeeper [1200] / Staff [1210] Advance   8. ☐ Other [Explanation]

| ACCT. NO. | COST CENTER NO. OR SUB-ACCT. NO. | TIMEKEEPER NO.** | TIMEKEEPER TITLE** [Acctg. use] | OFFICE NO. | LOCAL DEPT. NO. OR PG NO. | ACCOUNT NAME | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | 022C | Select one | | |
| | | | | 022C | Select one | | |
| | | | | 022C | Select one | | |

**With use of a timekeeper number, Elite will automatically cascade timekeeper title, office and local PG when entered by Accounting personnel.

| | CHECK TOTAL | $190.00 |
|---|---|---|

| CHECK PAYABLE TO: PAYEE NAME AND ADDRESS | VENDOR NO. [Acctg. use] | INVOICE NO. | INVOICE DATE | INVOICE TERMS |
|---|---|---|---|---|
| Clerk, U.S. Court of Appeals Thomas F. Eagleton United States Courthouse 111 South Tenth Street, Room 24.329 St. Louis MO 63102-1116 | | CHOA4006712100D | 71210 | |

SOCIAL SECURITY *OR* TAX ID NO. [if applicable]

## DESCRIPTION OF EXPENDITURE***
Admission fee for Douglas A Darch to the 8th Circuit.

***1)  Indicate what the check is for, including business purpose; original supporting documentation is required.
   2)  For business meals & entertainment, identify persons attending, location and business discussed.
   3)  Associate/paralegal client cost approval limit is $500; amounts exceeding require Partner approval.
   4)  Please submit this form on TAN paper.

| APPROVAL: REQUESTING PERSONNEL | ADDITIONAL APPROVAL [if applicable]: |
|---|---|
| PRINTED: Douglas Darch | PRINTED: |
| SIGNATURE: *Douglas A Darch* | SIGNATURE: |

**ACCOUNTING REVIEW ONLY:**

SIGNATURE: _____ New 7/13/10

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

*1*

**BAKER & McKENZIE**   *Please Rush*   2074404

# CHECK REQUEST

| DATE SUBMITTED | DATE NEEDED | MAIL | PICK UP at Petty Cash Desk | RETURN (Houston Only) | REQUESTED BY |
|---|---|---|---|---|---|
| 10/5/2010 | 10/6/10 | ☐ | Ext. 2519 | | Lindsay Martin |

## CLIENT COSTS ADVANCED

When should this payment be made? _____

Please check the appropriate box to the right:

- ☐ Pay invoice per terms
- ☒ Pay invoice immediately
- ☐ Place invoice on HOLD until payment is received from client

| CLIENT NO. | MATTER NO. | CLIENT & MATTER NAMES | COST CODE NO.* | AMOUNT |
|---|---|---|---|---|
| 22231668 | 000003 | Whirlpool - UAW | 16 | 285.50 |
| | | | | |
| | | | | |
| | | | | |

*Refer to attached list.

## NON-CLIENT CHARGES

### How should this disbursement be charged?

1. ☐ Globally (which cost center)? _____   2. ☐ Regionally (which cost center)? _____
3. ☐ Chicago Office Administrative Depart. or Committee (which one)?   4. ☐ Chicago Office Practice Group (which one)?
   Select One                                                               Select one
5. ☐ Timekeeper Direct Expense   6. ☐ International Partner Personal Account [3000]
7. ☐ Non-International Partner Timekeeper [1200] / Staff [1210] Advance   8. ☐ Other [Explanation]

| ACCT. NO. | COST CENTER NO. OR SUB-ACCT. NO. | TIMEKEEPER NO.** | TIMEKEEPER TITLE** [Acctg. use] | OFFICE NO. | LOCAL DEPT. NO. OR PG NO. | ACCOUNT NAME | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | 022C | Select one | | |
| | | | | 022C | Select one | | |
| | | | | 022C | Select one | | |

**With use of a timekeeper number, Elite will automatically cascade timekeeper title, office and local PG when entered by Accounting personnel.

| | CHECK TOTAL | $285.50 |
|---|---|---|

| CHECK PAYABLE TO: PAYEE NAME AND ADDRESS | VENDOR NO. [Acctg. use] | INVOICE NO. | INVOICE DATE | INVOICE TERMS |
|---|---|---|---|---|
| United States District Court- Eastern District of Michigan Office of the Clerk Theodore Levin U.S. Courthouse 231 W. Lafayette Boulevard, Fifth Floor Detroit, MI 48226 | CH49S16Y | 10-00242 | 10/5/2010 | |
| | SOCIAL SECURITY *OR* TAX ID NO. [if applicable] | | | |

## DESCRIPTION OF EXPENDITURE***

Copies of certified Court documents from the Eastern District of Michigan.

***1)   Indicate what the check is for, including business purpose; original supporting documentation is required.
   2)   For business meals & entertainment, identify persons attending, location and business discussed.
   3)   Associate/paralegal client cost approval limit is $500; amounts exceeding require Partner approval.
   4)   Please submit this form on TAN paper.

| APPROVAL: REQUESTING PERSONNEL | ADDITIONAL APPROVAL [if applicable]: |
|---|---|
| PRINTED:   Lindsay Martin | PRINTED: |
| SIGNATURE:   *Lindsay M. Martin* | SIGNATURE: |

| ACCOUNTING REVIEW ONLY: |
|---|
| SIGNATURE:   *Rev 10/06/10* |

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

## McNeely, Kristin

**From:** Martin, Lindsay M
**Sent:** Tuesday, October 05, 2010 2:12 PM
**To:** McNeely, Kristin
**Subject:** FW: U.S. District Court Invoice Number 10-00242

**From:** no-reply@mied.uscourts.gov [mailto:no-reply@mied.uscourts.gov]
**Sent:** Tuesday, October 05, 2010 12:59 PM
**To:** Martin, Lindsay M
**Subject:** U.S. District Court Invoice Number 10-00242

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Office of the Clerk Theodore Levin U.S. Courthouse 231 W. Lafayette Blvd. Fifth Floo
Phone: (313) 234-5005

****************** INVOICE NO:10-00242 ******************************************
Invoice Date: 10/05/2010
Initials: lg

Ordered By:     LINDSAY M. MARTIN BAKER & MCKENZIE ONE PRUDENTIAL, PLAZA SUITE 3500

Case Caption: UNITED AUTOMBILE V GENERAL MOTORS CORP
UNITED AUTOBMILE V FORD MORTOR CO
Case No: 05-73991
05-74730


Quantity     Description      Unit Price      Amount

1 Service Fee $26.00 $26.00
-------------------------------------------------

447 Copies of Court Documents $0.50 $223.50
-------------------------------------------------

4 Certification $9.00 $36.00
-------------------------------------------------


Please Submit this Amount: $285.50


Additional Notes: DOC#30,1400,21 AND 905


Send check or money order for the total amount due to the address listed above withi
Make check payable to: CLERK, UNITED STATES DISTRICT COURT.
Please return a copy of this Invoice with your payment.

THANK YOU FOR YOUR ORDER
```

10/5/2010

**BAKER & McKENZIE**

2044452

# CHECK REQUEST

| DATE SUBMITTED | DATE NEEDED | MAIL | PICK UP at Petty Cash Desk | RETURN (Houston Only) | REQUESTED BY |
|---|---|---|---|---|---|
| 4/23/2010 | 4/23/2010 | ☐ | Ext. 2519 | ☐ | Lindsay Martin |

## CLIENT COSTS ADVANCED

When should this payment be made? _____

Please check the appropriate box to the right:
- ☐ Pay invoice per terms
- ☐ Pay invoice immediately
- ☐ Place invoice on HOLD until payment is received from client

| CLIENT NO. | MATTER NO. | CLIENT & MATTER NAMES | COST CODE NO.* | AMOUNT |
|---|---|---|---|---|
| 22231668 | 000003 | Whirlpool | 16 | 180.00 |
| | | | | |
| | | | | |

*Refer to attached list.

## NON-CLIENT CHARGES

### How should this disbursement be charged?

1. ☐ Globally (which cost center?) _____   2. ☐ Regionally (which cost center?) _____
3. ☐ Chicago Office Administrative Depart. or Committee (which one?)   4. ☐ Chicago Office Practice Group (which one?)
   Select One                                                            Select One
5. ☐ Timekeeper Direct Expense   6. ☐ International Partner Personal Account [3000]
7. ☐ Non-International Partner Timekeeper [1200] / Staff [1210] Advance   8. ☐ Other [Explanation]

| ACCT. NO. | COST CENTER NO. OR SUB-ACCT. NO. | TIMEKEEPER NO.** | TIMEKEEPER TITLE** [Acctg. use] | OFFICE NO. | LOCAL DEPT. NO. OR PG NO. | ACCOUNT NAME | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | 022C | Select one | | |
| | | | | 022C | Select one | | |
| | | | | 022C | Select one | | |

**With use of a timekeeper number, Elite will automatically cascade timekeeper title, office and local PG when entered by Accounting personnel.

| CHECK TOTAL | $180.00 |
|---|---|

| CHECK PAYABLE TO: PAYEE NAME AND ADDRESS | VENDOR NO. [Acctg. use] | INVOICE NO. | INVOICE DATE | INVOICE TERMS |
|---|---|---|---|---|
| Clerk, U.S. District Court | CH0122H | 42310LM | 4/23/10 | |

SOCIAL SECURITY *OR* TAX ID NO. [if applicable]

## DESCRIPTION OF EXPENDITURE***

It is payment to retrieve some old files from the archives at the US District Court for the Western District of Michigan. We need them to prepare for oral argument.

***1) Indicate what the check is for, including business purpose; original supporting documentation is required.
   2) For business meals & entertainment, identify persons attending, location and business discussed.
   3) Associate/paralegal client cost approval limit is $500; amounts exceeding require Partner approval.
   4) Please submit this form on TAN paper.

| APPROVAL: REQUESTING PERSONNEL | ADDITIONAL APPROVAL [if applicable]: |
|---|---|
| PRINTED:   Lindsay Martin | PRINTED: |
| SIGNATURE:   *Lindsay M. Martin* | SIGNATURE: |

**ACCOUNTING REVIEW ONLY**

SIGNATURE:

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

**BAKER & McKENZIE LLP**
Citibank Delaware   Operating Account
DATE:  04-23-10        PAYEE:     Clerk, U.S. District Court                    VENDOR ID:  CH012292      CHECK #:       624939

| VOUCHER # | INVOICE # | INV DATE | AMOUNT | VENDOR COMMENTS |
|-----------|-----------|----------|--------|-----------------|
| 2044452 | 42310LM | Apr 23, 2010 | 180.00 | 22231668 L. Martin (I) |
| | | | **180.00** | |

THE FACE OF THE CHECK HAS A COLORED BACKGROUND

**BAKER & McKENZIE LLP**
ATTORNEYS AT LAW
ONE PRUDENTIAL PLAZA
130 EAST RANDOLPH DRIVE
CHICAGO, ILLINOIS 60601

Citibank Delaware
A Subsidiary of Citicorp
One Penn's Way
New Castle, DE 19720

62-20
311

CHECK NO.  **624939**

**VOID AFTER 6 MONTHS**

CHECK DATE                    CHECK AMOUNT

**COPY, NON-NEGOTIABLE**                    **Apr 23, 2010**       $********180.00

**PAY**  ONE HUNDRED EIGHTY AND 00/100 US Dollar

TO THE
ORDER OF        Clerk, U.S. District Court

TWO SIGNATURES REQUIRED OVER $2,000

THREE SIGNATURES REQUIRED OVER $5,000

**NON-NEGOTIABLE, NON-NEGOTIABLE, NON-NEGOTIABLE**

1-008

# SERVICE INVOICE

## NOVEMBER 9, 2009

---

Firm:          BAKER & MCKENZIE, LLP

Attorney:      DOUGLAS DARCH

Client:        MAYTAG CORP. v. UAW

Law No.:       U.S. NO. 08-CV-00291

Service Date:  11/6/09

Party Served:  RICHARD AVERY

Concerning:

---

Service Fees:  $  35.00

Add'l Fees:    $  50.00 (travel fees)

**TOTAL:      $  85.00**

Please make check payable to:   **ANDREW B. GOERLITZ**
**P.O. BOX 956**
**DES MOINES, IA 50304**

**515.779.9335**

2-001

# SERVICE INVOICE

## NOVEMBER 4, 2009

Firm:             BAKER & MCKENZIE, LLP

Attorney:      DOUGLAS DARCH

Client:          MAYTAG CORP. v. UAW

Law No.:       U.S. NO. 08-CV-00291

Service Date:  11/3/09

Party Served:  MAX TIPTON and PAT TEED

Concerning:

Service Fees:  $   70.00

Add'l Fees:    $   70.00 (travel fees)

**TOTAL:      $ 140.00**

Please make check payable to:   **ANDREW B. GOERLITZ**
**P.O. BOX 956**
**DES MOINES, IA 50304**

**515.779.9335**

2-002

# SERVICE INVOICE

## NOVEMBER 18, 2009

---

Firm:           BAKER & MCKENZIE, LLP

Attorney:       DOUGLAS DARCH

Client:         MAYTAG CORP. v. UAW

Law No.:        U.S. NO. 08-CV-00291

Service Date:   11/16/09

Party Served:   WELLMARK BLUE CROSS BLUE SHIELD

Concerning:

---

Service Fees:  $  35.00

Add'l Fees:    $   0.00

**TOTAL:**     **$  35.00**

Please make check payable to:      **ANDREW B. GOERLITZ**
**P.O. BOX 956**
**DES MOINES, IA 50304**

**515.779.9335**

**JASPER COUNTY SHERIFF OFFICE • 2300 LAW CENTER DRIVE, NEWTON, IA 50208 • (641) 792-5912**

PLAINTIFF : MAYTAG CORP.

vs.

DEFENDANT : UAW

| Date | 11/20/2009 | Court No | 08-CV-00291 |
| Docket No | 09-3997 | Ref No | |

**PLEASE REMIT: $29.30**

**TO:** JASPER COUNTY SHERIFF OFFICE
2300 LAW CENTER DRIVE
NEWTON, IA 50208

DARCH  DOUGLAS A
130 E RANDOLPH  DRIVE
CHICAGO  IL 60601

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*Tear here and return top portion with payment*

**JASPER COUNTY SHERIFF OFFICE • 2300 LAW CENTER DRIVE, NEWTON, IA 50208 • (641) 792-5912**

PLAINTIFF : MAYTAG CORP.

vs.

DEFENDANT : UAW

| Date | 11/20/2009 | Court No | 08-CV-00291 |
| Docket No | 09-3997 | Ref No | |

SUBPOENA TO TESTIFY AT A DEPOSITION OR TO
PRODUCE DOCUMENTS IN A CIVIL ACTION

## SERVICE INFORMATION

| Name: WHITE, LONNIE | WITNESS |

Address 9 S HAMPTON COURT, NEWTON, IA, 50208

## SERVICE INFORMATION

Documents
SUBPOENA

| Status | SERVED | Officer | 5014 • JOHN PONSETTO | Date | 11/20/2009 | Time | 7:16 |
| Service | PERSONAL | By Serving | WHITE, LONNIE | | | | |

Location 9 S HAMPTON COURT, NEWTON, IA 50208

Comments

## STATEMENT OF ACCOUNT

### LEDGER REGISTER

| Date | Item Name | Item Description | Charges | Receipts | Balance |
|------|-----------|-----------------|---------|----------|---------|
| 11/20/2009 | MILEAGE | | $8.80 | | |
| 11/20/2009 | SERVICE FEES | COPY | $0.50 | | |
| 11/20/2009 | SERVICE FEES | SUBPOENA | $20.00 | | |
| | | | $29.30 | $0.00 | $29.30 |

2-004

# SERVICE INVOICE

### DECEMBER 15, 2009

Firm:            BAKER & MCKENZIE, LLP

Attorney:        DOUGLAS DARCH

Client:          MAYTAG CORP. v. UAW

Law No.:         U.S. NO. 09-CV-0291

Service Date:    12/15/09

Party Served:    LARRY COSE c/o JOHN F. LORENTZEN

Concerning:

Service Fees:  $   35.00

Add'l Fees:    $    0.00
               _____

**TOTAL:**     $   35.00

Please make check payable to:    **ANDREW B. GOERLITZ**
**P.O. BOX 956**
**DES MOINES, IA 50304**

**515.779.9335**

# Legal Support Services L.C.

3512 Keyes Drive
Des Moines, IA 50315

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 12/17/2009 | 1008689 |

| BILL TO |
| --- |
| Baker & McKenzie LLP<br>One Prudential Plaza<br>130 East Randolph Street<br>Chicago, IL  60601<br>Attn:  Meagan C. LeGear |

| CLIENT REFERENCE |
| --- |
| Maytag Corp. v UAW |

| ITEM | QTY. | DESCRIPTION | RATE | AMT |
| --- | --- | --- | --- | --- |
| P50 | | Service of Process:Pat Teed, served 12/16/09 at 6:25p, personally by Dennis Yohe at 720 East Lake Street, Colfax, IA | 50.00 | 50.00 |
| 1000 | 50 | Mileage Fee | 0.50 | 25.00 |

| Thank you for using LSS!  Please think of us for any of your service needs in Iowa. | **Total** | **$75.00** |
| --- | --- | --- |

Phone 515-267-8585    Fax 515-280-9999
Tax ID#42-1478510

2-006

# STATEMENT OF ACCOUNT

**JASPER COUNTY SHERIFF OFFICE • 2300 LAW CENTER DRIVE, NEWTON, IA 50208 • (641) 792-5912**

PLAINTIFF : MAYTAG CORP.

vs.

DEFENDANT : UAW

| Date | 12/31/2009 | Court No | 08-CV-00291 |
| Docket No | 09-4292 | Ref No | |

**PLEASE REMIT: $37.60**

TO: JASPER COUNTY SHERIFF OFFICE
2300 LAW CENTER DRIVE
NEWTON, IA 50208

DARCH   DOUGLAS A
SEYFARTH SHAW  LLP
131 S DEARBORN ST   STE # 2400
CHICAGO   IL 606035517

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - Tear here and return top portion with payment - - - -

**JASPER COUNTY SHERIFF OFFICE • 2300 LAW CENTER DRIVE, NEWTON, IA 50208 • (641) 792-5912**

PLAINTIFF : MAYTAG CORP.

vs.

DEFENDANT : UAW

| Date | 12/31/2009 | Court No | 08-CV-00291 |
| Docket No | 09-4292 | Ref No | |

SUBPOENA TO TESTIFY AT A DEPOSITION OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

## SERVICE INFORMATION

Name CHRISTY, GREG                    WITNESS

Address 507 S 4TH AVE W, NEWTON, IA, 50208

SERVICE INFORMATION

Documents SUBPOENA

| Status | SERVED | Officer | 5031 • SCOTT ZACH | Date | 12/01/2009 | Time | 20:23 |
| Service | PERSONAL | By Serving | CHRISTY, GREG | | | | |

Location 507 S 4TH AVE W, NEWTON, IA 50208

Comments

## STATEMENT OF ACCOUNT

LEDGER REGISTER

| Date | Item Name | Item Description | Charges | Receipts | Balance |
|------|-----------|-----------------|---------|----------|---------|
| 12/02/2009 | MILEAGE | | $17.60 | | |
| 12/02/2009 | SERVICE FEES | SUBPOENA | $20.00 | | |
| | | | $37.60 | $0.00 | $37.60 |

2-007

Printed: Thursday, December 31, 2009

Page 1 of 1

# SEYFARTH SHAW LLP
ATTORNEYS

## CHECK REQUEST FORM

**Date:** 7/30/08
**Payable To:** U.S. Federal Process Service

Chicago _____ OFFICE

**Return Check To:** Kristin Duewerth
**Date/Time Needed:** 07/30/08

| Client Name | Matter Name | Client/Matter No. | Amount | Cost Code | Description | Client No. |
|---|---|---|---|---|---|---|
| Whirlpool | UAW | 16176 - 30 | $75.00 | D10 | Service of Complaint onto UAW | |

_(signature)_
**Requestor Signature**

_____
**Approving Signature**

2-008

# Legal Support Services L.C.

3512 Keyes Drive
Des Moines, IA 50315

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/30/2010 | 1011601 |

| BILL TO |
|---------|
| Davis Brown Koehn Shors & Roberts PC
215 10th St., Ste. 1300
Des Moines, IA   50309 |

| Attn: | Rebecca |

| CLIENT REFERENCE |
|------------------|
| Maytag v Inter. Union |

| ITEM | QTY. | DESCRIPTION | RATE | AMT |
|------|------|-------------|------|-----|
| P4 | | Service of Process:Greg Irwin, Pella, served 11/22 | 40.00 | 40.00 |
| 1000 | 106 | Mileage Fee- to/from Pella to Kellogg | 0.50 | 53.00 |
| P4 | | Service of Process:Ted Johnson, Indianola, served 11/20 | 40.00 | 40.00 |
| P4 | | Service of Process:Mark Hoffert, Newton, served 11/20 | 40.00 | 40.00 |
| P4 | | Service of Process:James Reid, Knoxville, served 11/20 | 40.00 | 40.00 |
| 1000 | 334 | Mileage Fee-to/from Indianola, Knoxville, Pella and Kellogg x 2 | 0.50 | 167.00 |
| P3 | | Service of Process:Patrick Teed, Newton, served 11/20 | 35.00 | 35.00 |
| P3 | | Service of Process:Gregory Christy, Newton, served 11/20 | 35.00 | 35.00 |
| P3 | | Service of Process:Lonnie White, Newton, served 11/20 | 35.00 | 35.00 |
| P3 | | Service of Process:Max Tipton, Newton, served 11/20 | 35.00 | 35.00 |
| P3 | | Service of Process:Larry Shaver, Newton, served 11/20 | 35.00 | 35.00 |
| P3 | | Service of Process:Dennis Walker, Newton, served 11/20 | 35.00 | 35.00 |
| P3 | | Service of Process:Bill Ward, Newton, served 11/20 | 35.00 | 35.00 |
| 1000 | 126 | Mileage Fee-to/from Newton x2 plus locating 7 witnesses | 0.50 | 63.00 |
| P4 | | Service of Process:Richard Avery, Kellogg, served 11/30 | 40.00 | 40.00 |
| 1000 | 96 | Mileage Fee to/from Kellogg | 0.50 | 48.00 |

| Thank you for selecting LSS, we look forward to your next project! | **Total** | **$776.00** |

Phone 515-267-8585    Fax 515-280-9999
Email us at info@iowalegalsupport.com or
see us at www.iowalegalsupport.com
Tax ID#42-1478510



**STATEMENT OF ACCOUNT WITH THE**

JASPER          County Sheriff's Office

2300 LAW CTR. DR

NEWTON        IA  50208

Date:        2008

**MICHAEL J. BALMER**      ,Sheriff

(641)792-5912

To:   **THE DAVIS BROWN TOWER**

**215 10TH ST., STE #1300**

**DES MOINES        IA   50309**

Date of Service:   8/04/2008

Served:  LARRY SHAVER FOR UAW, LOCAL 997

Service Note:

**MAYTAG CORP, WHIRLPOOL CORP.**

vs

**INTERNATIONAL UNION, ET AL**

Case: **CV291**        Sheriff's No.:        **18,596**  Type:**SUMMONS/COMPLAINT/EXHIBITS**

Notes Pertaining to this billing.

| | | |
|---|---|---|
| Mileage: | $4.68 | |
| Copies: | $0.00 | ***DUE UPON RECEIPT*** |
| Notary: | $0.00 | |
| Processing: | $30.00 | ***PLEASE RETURN*** |
| Misc: | $0.00 | ***WITH YOUR*** |
| Total: | $34.68 | ***REMITTANCE*** |
| Less Advance Fee: | $0.00 | |
| **Refund:** | **$0.00** | |
| **Total Due:** | **$34.68** | |

**NET 30 DAYS**

2-010

# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT**                                                    CASE# 4:08-CV-00291

CENTRAL DIVISION
IOWA

**CASE NAME:**          MAYTAG CORPORATION, A SUBSIDIARY OF WHIRLPOOL
                        CORPORATION, & WHIRLPOOL CORPORATION

                                            **VS**

                        INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE &
                        AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UNITED
                        AUTOMOBILE WORKERS, LOCAL 997, HENRY VANDERHEIDEN,
                        JR., DANIEL STOCK, & LYLE ETTELSON JR., INDIVIDUALLY & AS
                        REPRESENTATIVES OF A DEFENDANT CLAS OF RETIREES &
                        THEIR DEPENDENTS & SURVIVING SPOUSES

I, the undersigned, being duly sworn on oath, do hereby depose and state that I received the
SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, EXHIBIT "1", EXHIBIT "2", EXHIBIT "3", EXHIBIT "4",
EXHIBIT "5"

On the 01 day of_August,_2008_; that on the 05 day of August,  2008_, at 4:53 pm,

I served the same on the within name Lyle Ettelson Jr.
at 2314 N 5th Ave. E, **NEWTON, IOWA**

by delivering a true and identical copy of each such item in the following manner:

| X | I served the same by delivering a copy thereof to the above personally. |

_____   I served the same on the above person at the person's dwelling house or usual place
          of abode, by there delivering a copy thereof to a member of the family, or a manager,
          clerk, proprietor or custodian named and described below, a person who was then at
          least eighteen years old, who resides at this address.

_____   I served to above company, corporation, etc., by delivering a copy to the person
          named and described below.  Said service was made at the address shown below, if
          any otherwise at the above address.

Service Fee        $40.00              Located at    _____

Mileage            $25.00                            _____

Service Charge     _____     Remarks       _____

Filing Fee         _____                   _____


Total Charges :  $65.00                      By: _Raymond C. Miller_____
                                                 C Miller  Investigations, Inc
Subscribed and sworn to before by the said Raymond Miller (
This the 06 day of August,  2008

                                             _Summer K Fritz_____
                                             Notary Public for the State of Iowa

                                             IOWA NOTORIAL SEAL
                                             SUMMER K FRITZ
                                             COMMISSION number 751089
                                             My commission expires 02-07-2011

 

# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT**                                    CASE# 4:08-CV-00291

CENTRALDIVISION
IOWA

**CASE NAME:**          MAYTAG CORPORATION, A SUBSIDIARY OF WHIRLPOOL
                        CORPORATION, & WHIRLPOOL CORPORATION

                                    **VS**

                        INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE &
                        AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UNITED
                        AUTOMOBILE WORKERS, LOCAL 997, HENRY VANDERHEIDEN,
                        JR., DANIEL STOCK, & LYLE ETTELSON JR., INDIVIDUALLY & AS
                        REPRESENTATIVES OF A DEFENDANT CLAS OF RETIREES &
                        THEIR DEPENDENTS & SURVIVING SPOUSES

I, the undersigned, being duly sworn on oath, do hereby depose and state that I received the
SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, EXHIBIT "1", EXHIBIT "2", EXHIBIT "3", EXHIBIT "4",
EXHIBIT "5"

On the 01 day of_August,_2008_; that on the 05 day of August,  2008_, at 5:00 pm

I served the same on the within name Daniel Stock
at 1420 E 19th St. N, **NEWTON, IOWA**

by delivering a true and identical copy of each such item in the following manner:

_____X_____     I served the same by delivering a copy thereof to the above personally.

_____      I served the same on the above person at the person's dwelling house or usual place

                of abode, by there delivering a copy thereof to a member of the family, or a manager,
                clerk, proprietor or custodian named and described below, a person who was then at
                least eighteen years old, who resides at this address.

                I served to above company, corporation, etc., by delivering a copy to the person

_____      named and described below.  Said service was made at the address shown below, if
                any otherwise at the above address.

| | | |
|---|---|---|
| Service Fee | $40.00 | Located at _____ |
| Mileage | $25.00 | _____ |
| Service Charge | _____ | Remarks _____ |
| Filing Fee | _____ | _____ |

Total Charges :  $65.00                    By: _Raymond C Miller_

                                            C Miller  Investigations, Inc

Subscribed and sworn to before by the said Raymond Miller
This the 06 day of August,  2008           _Summer K Fritz_

                                            Notary Public for the State of Iowa

                                            IOWA NOTORIAL SEAL
                                            SUMMER K FRITZ
                                            COMMISSION number 751089
                                            My commission expires 02-07-2011

 

# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT**                                          CASE# 4:08-CV-00291

CENTRALDIVISION
IOWA

**CASE NAME:**          MAYTAG CORPORATION, A SUBSIDIARY OF WHIRLPOOL
                       CORPORATION, & WHIRLPOOL CORPORATION

                                        **VS**

                       INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE &
                       AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UNITED
                       AUTOMOBILE WORKERS, LOCAL 997, HENRY VANDERHEIDEN,
                       JR., DANIEL STOCK, & LYLE ETTELSON JR., INDIVIDUALLY & AS
                       REPRESENTATIVES OF A DEFENDANT CLAS OF RETIREES &
                       THEIR DEPENDENTS & SURVIVING SPOUSES

I, the undersigned, being duly sworn on oath, do hereby depose and state that I received the
SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, EXHIBIT "1", EXHIBIT "2", EXHIBIT "3", EXHIBIT "4",
EXHIBIT "5"

 On the 01 day of_August,_2008_; that on the 05 day of August,  2008_, at 6:42 pm

I served the same on the within name Henry Vanderheiden Jr.
at 414 E 3rd St. Place, **KNOXVILLE, IOWA**

by delivering a true and identical copy of each such item in the following manner:

    **X**      I served the same by delivering a copy thereof to the above personally.

           I served the same on the above person at the person's dwelling house or usual place
          of abode, by there delivering a copy thereof to a member of the family, or a manager,
          clerk, proprietor or custodian named and described below, a person who was then at
          least eighteen years old, who resides at this address.

           I served to above company, corporation, etc., by delivering a copy to the person
          named and described below.  Said service was made at the address shown below, if
          any otherwise at the above address.

| | | | |
|---|---|---|---|
| Service Fee | $40.00 | Located at | |
| Mileage | $30.00 | | |
| Service Charge | | Remarks | |
| Filing Fee | | | |

Total Charges :  $70.00

By _Raymond C Miller_
C Miller  Investigations, Inc

Subscribed and sworn to before by the said Raymond Miller
This the 06 day of August,  2008

_____ Notary Public for the State of Iowa

IOWA NOTORIAL SEAL
SUMMER K FRITZ
COMMISSION number 751089
My commission expires 02-07-2011

 ESQUIRE

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

 ESQUIRE
an Alexander Gallo Company



Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com



## Invoice # EQ71747

| Invoice Date | Terms |
|---|---|
| 07/31/2009 | NET 30 |

DOUGLAS DARCH ,ESQ.
SEYFARTH SHAW, LLP - CHICAGO
SUITE 2400
131 SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/30/2009 | MAYTAG vs. UAW | 65537 | 07/13/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Original Transcript of MARK HOFFERT | | | |
| ORIGINAL TRANSCRIPT | $ 475.05 | 1.00 | $ 475.05 |
| APPEARANCE FEE | $ 359.00 | .50 | $ 179.50 |
| | | | $ 654.55 |
| Original Transcript of JIMMIE REID | | | |
| ORIGINAL TRANSCRIPT | $ 433.65 | 1.00 | $ 433.65 |
| APPEARANCE FEE | $ 359.00 | .50 | $ 179.50 |
| | | | $ 613.15 |
| TRAVEL TIME | | | $ 90.00 |
| DELIVERY | | | $ 8.00 |

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*LOCATION: DES MOINES, IA*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,365.70 |
| Paid: | $ 0.00 |
| Balance Due | $ 1,365.70 |
| Payment Due | 09/01/2009 |

Tax Number:  22-3779684

After 09/16/2009 Pay This Amount:    $ 1,502.27

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ71747
Invoice Date: 07/31/2009
Balance: $ 1,365.70
Due Date: 09/01/2009
Late Date: 09/16/2009
Late Amount: $ 1,502.27

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

071 0000071747 07312009 1 000136570 1 09012009 09162009 6 000150227 77




ESQUIRE

**Esquire - Chicago**
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.



## Invoice # EQ86139

| Invoice Date | Terms |
|---|---|
| 09/21/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DOUGLAS DARCH ,ESQ.
BAKER & MCKENZIE, LLP - CHICAGO
39TH FLOOR, ONE PRUDENTIAL PLAZA
130 EAST RANDOLPH STREET
CHICAGO, IL 60601

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/26/2009 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 78349 | 09/11/2009 | E-MAIL |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Original Transcript of LARRY SHAVER | | | |
| ORIGINAL TRANSCRIPT (270 Pages) | $ 3.45 | 270.00 | $ 931.50 |
| APPEARANCE FEE | $ 359.00 | 1.00 | $ 359.00 |
| | | | $ 1,290.50 |
| | | | |
| TRAVEL TIME | | | $ 25.00 |
| ARCHIVING FEE | | | $ 30.00 |
| | | | $ 55.00 |

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Amount Due: | $ 1,345.50 |
| | Paid: | $ 0.00 |
| | Balance Due | $ 1,345.50 |
| | Payment Due | 10/21/2009 |

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*LOCATION- WEST NEWTON, IA*

After 11/05/2009 Pay This Amount:   $ 1,480.05

Tax Number:  22-3779684

## Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

**Company: Esquire - Chicago**
**Invoice Number: EQ86139**
**Invoice Date: 09/21/2009**
**Balance: $1,345.50**
**Due Date: 10/21/2009**
**Late Date: 11/05/2009**
**Late Amount: $ 1,480.05**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)



Remit to: Esquire   PO Box 301518,   New York NY 10008-1518

071 0000086139 09212009 7 000134550 6 10212009 11052009 4 000148005 62



Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

# Invoice # EQ86677

| Invoice Date | Terms |
|---|---|
| 09/23/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DOUGLAS DARCH ,ESQ.
BAKER & MCKENZIE, LLP - CHICAGO
39TH FLOOR, ONE PRUDENTIAL PLAZA
130 EAST RANDOLPH STREET
CHICAGO, IL 60601

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/27/2009 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 78350 | 09/11/2009 | E-MAIL |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Original Transcript of THEODORE JOHNSON | | | |
| ORIGINAL TRANSCRIPT (265 Pages) | $ 3.45 | 265.00 | $ 914.25 |
| APPEARANCE FEE | $ 359.00 | 1.00 | $ 359.00 |
| | | | $ 1,273.25 |
| DISCOUNT- CLIENT PERCENTAGE | | | $ -190.99 |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY - EXHIBITS | | | $ 10.50 |
| | | | $ -150.49 |

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*LOCATION:  NEWTON, IA*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,122.76 |
| Paid: | $ 0.00 |
| Balance Due | $ 1,122.76 |
| Payment Due | 10/23/2009 |

Tax Number:  22-3779684

After 11/07/2009 Pay This Amount:    $ 1,235.04

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ86677
Invoice Date: 09/23/2009
Balance: $ 1,122.76
Due Date: 10/23/2009
Late Date: 11/07/2009
Late Amount: $ 1,235.04

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 301518,    New York NY 10008-1518

3-003

071  0000086677  09232009  2  000112276  3  10232009  11072009  6  000123504  18



**Esquire - Chicago**
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ101062

| Invoice Date | Terms |
|---|---|
| 11/05/2009 | NET 30 |

DOUGLAS DARCH ,ESQ.
BAKER & MCKENZIE, LLP - CHICAGO
39TH FLOOR, ONE PRUDENTIAL PLAZA
130 EAST RANDOLPH STREET
CHICAGO, IL 60601

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/22/2009 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 91437 | 11/04/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*DETROIT, MI*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,172.61 |
| Paid: | $ 0.00 |
| **Balance Due** | **$ 1,172.61** |
| **Payment Due** | **12/05/2009** |

Tax Number:  22-3779684

After 12/20/2009 Pay This Amount:   $ 1,289.87

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ101062
Invoice Date: 11/05/2009
Balance: $ 1,172.61
Due Date: 12/05/2009
Late Date: 12/20/2009
Late Amount: $ 1,289.87

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized
_____

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire   PO Box 1518,   New York NY 10008-1518**

3-004

071 0000101062 11052009 8 000117261 7 12052009 12202009 9 000128987 03

Page 1 of

**ESQUIRE**



Esquire - Chicago
1700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ101062

| Invoice Date | Terms |
|---|---|
| 11/05/2009 | NET 30 |

DOUGLAS DARCH ,ESQ.
BAKER & MCKENZIE, LLP - CHICAGO
39TH FLOOR, ONE PRUDENTIAL PLAZA
130 EAST RANDOLPH STREET
CHICAGO, IL 60601

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/22/2009 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 91437 | 11/04/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Services Provided on 10/22/2009, STEVEN HAAS** | | | |
| ORIGINAL TRANSCRIPT/WORD INDEX (104 Pages) | $ 3.45 | 104.00 | $ 358.80 |
| APPEARANCE FEE (8.50 Units) | $ 48.00 | 0.50 | $ 204.00 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 611.80 |
| **Services Provided on 10/22/2009, ADAM MILLER** | | | |
| ORIGINAL TRANSCRIPT/WORD INDEX (121 Pages) | $ 3.45 | 121.00 | $ 417.45 |
| APPEARANCE FEE (8.50 Units) | $ 48.00 | 0.50 | $ 204.00 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 670.45 |
| DISCOUNT- 15% | | | $ -177.64 |
| ARCHIVING FEE | | | $ 60.00 |
| DELIVERY - OTHER | | | $ 8.00 |
| | | | $ -109.64 |

Number: 22-3779684

## CONTINUED ON NEXT PAGE ...

---

## Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

**Amount Authorized**

Credit Card Number

Exp. Date

pany: Esquire - Chicago
ice Number: EQ101062
ice Date: 11/05/2009
nce: $ 1,172.61
Date: 12/05/2009
Date: 12/20/2009
Amount: $ 1,289.87

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Daytime Phone Number

YOU NEED A W9?
IT http://w9.esquiresolutions.com/w9.html

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

3-005



ESQUIRE
an Alexander Gallo Company

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ102609

| Invoice Date | Terms |
|---|---|
| 11/11/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DOUGLAS DARCH ,ESQ.
BAKER & MCKENZIE, LLP - CHICAGO
39TH FLOOR, ONE PRUDENTIAL PLAZA
130 EAST RANDOLPH STREET
CHICAGO, IL 60601

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/23/2009 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 91438 | 11/11/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 10/23/2009, ROBERT ALPERT | | | |
| ORIGINAL TRANSCRIPT/WORD INDEX (106 Pages) | $ 3.45 | 106.00 | $ 365.70 |
| APPEARANCE FEE HOURLY (2.50 Units) | $ 48.00 | 2.50 | $ 120.00 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 534.70 |
| | | | |
| DISCOUNT- 15% | | | $ -72.86 |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY - OTHER | | | $ 8.00 |
| | | | $ -34.86 |

**We appreciate your business**
**Attorney is responsible for payment of all charges incurred**
Payment due in 30 days
**DETROIT, MI**

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 499.84 |
| Paid: | $ 0.00 |
| Balance Due | $ 499.84 |
| Payment Due | 12/11/2009 |

Tax Number:  22-3779684

After 12/26/2009 Pay This Amount:    $ 549.82

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ102609
Invoice Date: 11/11/2009
Balance: $ 499.84
Due Date: 12/11/2009
Late Date: 12/26/2009
Late Amount: $ 549.82

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number                                             Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518



**ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ106586

| Invoice Date | Terms |
|---|---|
| 11/25/2009 | NET 30 |

DOUGLAS DARCH ,ESQ.
BAKER & MCKENZIE, LLP - CHICAGO
39TH FLOOR, ONE PRUDENTIAL PLAZA
130 EAST RANDOLPH STREET
CHICAGO, IL 60601

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/05/2009 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 93764 | 11/24/2009 | OTHER |

| Description | Price | Qty | Amount |
|---|---|---|---|

Services Provided on 11/05/2009, DENNIS WALKER

| | Price | Qty | Amount |
|---|---|---|---|
| ORIGINAL TRANSCRIPT/WORD INDEX (246 Pages) | $ 3.45 | 246.00 | $ 848.70 |
| APPEARANCE FEE HOURLY (5.50 Units) | $ 48.00 | 5.50 | $ 264.00 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| CONDENSED TRANSCRIPT | $ 30.00 | 1.00 | $ 30.00 |
| | | | $ 1,191.70 |
| MILEAGE - 272 MILES | | | $ 127.84 |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY | | | $ 10.50 |
| | | | $ 168.34 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,360.04 |
| Paid: | $ 0.00 |
| Balance Due | $ 1,360.04 |
| Payment Due | 12/25/2009 |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*

We appreciate your business
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*

ax Number:  22-3779684

After 01/09/2010 Pay This Amount:    $ 1,496.04

## Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Company: Esquire - Chicago
Invoice Number: EQ106586
Invoice Date: 11/25/2009
Balance: $ 1,360.04
Due Date: 12/25/2009
Late Date: 01/09/2010
Late Amount: $ 1,496.04

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number                                 Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,   New York NY 10008-1518



**ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.c

## Invoice # EQ110522

| Invoice Date | Terms |
|---|---|
| 12/09/2009 | NET 30 |

DOUGLAS DARCH ,ESQ.
BAKER & MCKENZIE, LLP - CHICAGO
39TH FLOOR, ONE PRUDENTIAL PLAZA
130 EAST RANDOLPH STREET
CHICAGO, IL 60601

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/18/2009 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 100627 | 11/18/2009 | NONE |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 11/18/2009, GREG CHRISTY | | | |
| APPEARANCE FEE HOURLY (2 Units) | $ 65.00 | 2.00 | $ 130.00 |
| | | | $ 130.00 |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
APPEARANCE FEE ONLY
DES MOINES, IA

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 130.00 |
| Paid: | $ 0.00 |
| Balance Due | $ 130.00 |
| Payment Due | 01/08/2010 |

**Tax Number: 22-3779684**

After 01/23/2010 Pay This Amount: $ 143.00

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ110522
Invoice Date: 12/09/2009
Balance: $ 130.00
Due Date: 01/08/2010
Late Date: 01/23/2010
Late Amount: $ 143.00

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

**DO YOU NEED A W9?**
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

071 0000110522 12092009 5 000013000 7 01082010 01232010 5



**ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ116573

| Invoice Date | Terms |
|---|---|
| 12/30/2009 | NET 30 |

DOUGLAS DARCH ,ESQ.
BAKER & MCKENZIE, LLP - CHICAGO
SUITE 3500
ONE PRUDENTIAL PLAZA
CHICAGO, IL 60601

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/16/2009 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 106642 | 12/30/2009 | NONE |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 12/16/2009, PATRICK TEED | | | |
| ORIGINAL TRANSCRIPT/WORD INDEX (13 Pages) | $ 3.55 | 13.00 | $ 46.15 |
| APPEARANCE FEE HOURLY (2 Units) | $ 48.00 | 2.00 | $ 96.00 |
| | | | $ 142.15 |
| | | | |
| DISCOUNT- CLIENT PERCENTAGE | | | $ -21.32 |
| ARCHIVING FEE | | | $ 15.00 |
| | | | $ -6.32 |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOCATION: NEWTON, IA

| Tax: | $ 0.00 |
|---|---|
| Amount Due: | $ 135.83 |
| Paid: | $ 0.00 |
| Balance Due: | $ 135.83 |
| Payment Due: | 01/29/2010 |

Tax Number: 22-3779684

After 02/13/2010 Pay This Amount:   $ 149.41

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ116573
Invoice Date: 12/30/2009
Balance: $ 135.83
Due Date: 01/29/2010
Late Date: 02/13/2010
Late Amount: $ 149.41

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire    PO Box 1518,   New York NY 10008-1518

071  0000116573  12302009  6  000013583  1  01292010  02132010  4  [        3-009



**ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

*an Alexander Gallo Company*

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ116500

| Invoice Date | Terms |
|---|---|
| 12/30/2009 | NET 30 |

DOUGLAS DARCH ,ESQ.
BAKER & MCKENZIE, LLP - CHICAGO
SUITE 3500
ONE PRUDENTIAL PLAZA
CHICAGO, IL 60601

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/01/2009 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 93767 | 12/30/2009 | NONE |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 12/01/2009, GREG CHRISTY | | | |
| ORIGINAL TRANSCRIPT/WORD INDEX (130 Pages) | $ 3.55 | 130.00 | $ 461.50 |
| APPEARANCE FEE HOURLY | $ 48.00 | 0.50 | $ 24.00 |
| APPEARANCE FEE HOURLY (1.50 Units) | $ 72.00 | 1.50 | $ 108.00 |
| | | | $ 593.50 |
| | | | |
| DISCOUNT- CLIENT PERCENTAGE | | | $ -89.03 |
| ARCHIVING FEE | | | $ 30.00 |
| MILEAGE | | | $ 11.75 |
| | | | $ -47.28 |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*LOCATION: NEWTON, IA*

*APPEARANCE FEE - CHARGED FOR 0.5 HR. @ REGULAR RATE AND 1.5 HRS. @ OVERTIME RATE.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 546.22 |
| Paid: | $ 0.00 |
| Balance Due | $ 546.22 |
| Payment Due | 01/29/2010 |

ax Number:  22-3779684

After 02/13/2010 Pay This Amount:    $ 600.84

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ116500
Invoice Date: 12/30/2009
Balance: $ 546.22
Due Date: 01/29/2010
Late Date: 02/13/2010
Late Amount: $ 600.84

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

**DO YOU NEED A W9?**
**VISIT** http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number                                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

**ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

# ESQUIRE
*an Alexander Gallo Company*

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ119187

| Invoice Date | Terms |
|---|---|
| 01/11/2010 | NET 30 |

DOUGLAS DARCH ,ESQ.
BAKER & MCKENZIE, LLP - CHICAGO
SUITE 3500
ONE PRUDENTIAL PLAZA
CHICAGO, IL 60601

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/15/2009 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 106261 | 01/07/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 12/15/2009, RICHARD AVERY | | | |
| ORIGINAL TRANSCRIPT/WORD INDEX (100 Pages) | $ 3.55 | 100.00 | $ 355.00 |
| APPEARANCE FEE HOURLY (7.50 Units) | $ 48.00 | 0.50 | $ 180.00 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 584.00 |
| Services Provided on 12/15/2009, LONNIE WHITE | | | |
| ORIGINAL TRANSCRIPT/WORD INDEX (205 Pages) | $ 3.55 | 205.00 | $ 727.75 |
| APPEARANCE FEE HOURLY (7.50 Units) | $ 48.00 | 0.50 | $ 180.00 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 956.75 |
| DISCOUNT- 15% | | | $ -216.41 |
| ARCHIVING FEE | | | $ 60.00 |
| DELIVERY - OTHER | | | $ 8.00 |
| | | | $ -148.41 |

## CONTINUED ON NEXT PAGE ...

Tax Number:  22-3779684

### Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ119187
Invoice Date: 01/11/2010
Balance: $ 1,392.34
Due Date: 02/10/2010
Late Date: 02/25/2010
Late Amount: $ 1,531.57

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**DO YOU NEED A W9?**
VISIT http://w9.esquiresolutions.com/w9.html

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

071 0000119187 01112010 3 000139234 4 02102010 02252010 2

# ESQUIRE

**Esquire - Chicago**
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ119187

| Invoice Date | Terms |
|---|---|
| 01/11/2010 | NET 30 |

DOUGLAS DARCH ,ESQ.
BAKER & MCKENZIE, LLP - CHICAGO
SUITE 3500
ONE PRUDENTIAL PLAZA
CHICAGO, IL 60601

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/15/2009 | WHIRLPOOL, ET AL. vs. UAW, ET AL | 106261 | 01/07/2010 | UPS |

| Description | | | Price | Qty | Amount |
|---|---|---|---|---|---|

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION.  SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOCATION: NEWTON, IA

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,392.34 |
| Paid: | $ 0.00 |
| Balance Due | $ 1,392.34 |
| Payment Due | 02/10/2010 |

Tax Number:  22-3779684

After 02/25/2010 Pay This Amount:     $ 1,531.57

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ119187
Invoice Date: 01/11/2010
Balance: $ 1,392.34
Due Date: 02/10/2010
Late Date: 02/25/2010
Late Amount: $ 1,531.57

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

Credit Card Number                                     Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**DO YOU NEED A W9?**
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

071 0000119187 01112010 3 000139234 4 02102010 02252010 2          3-012



Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

# ESQUIRE
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ120446

| Invoice Date | Terms |
|---|---|
| 01/15/2010 | NET 30 |

DOUGLAS DARCH ,ESQ.
BAKER & MCKENZIE, LLP - CHICAGO
SUITE 3500
ONE PRUDENTIAL PLAZA
CHICAGO, IL 60601

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/12/2010 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 108596 | 01/15/2010 | COURIER |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 01/12/2010, MAX TIPTON | | | |
| ORIGINAL TRANSCRIPT/WORD INDEX (312 Pages) | $ 4.90 | 312.00 | $ 1,528.80 |
| APPEARANCE FEE HOURLY (8 Units) | $ 48.00 | 8.00 | $ 384.00 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| CONDENSED TRANSCRIPT | $ 30.00 | 1.00 | $ 30.00 |
| | | | $ 1,991.80 |
| DISCOUNT- 15% | | | $ -286.92 |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY - COURIER | | | $ 10.50 |
| | | | $ -246.42 |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,745.38 |
| Paid: | $ 0.00 |
| Balance Due: | $ 1,745.38 |
| Payment Due: | 02/14/2010 |

Tax Number: 22-3779684

After 03/01/2010 Pay This Amount: $ 1,919.92

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ120446
Invoice Date: 01/15/2010
Balance: $ 1,745.38
Due Date: 02/14/2010
Late Date: 03/01/2010
Late Amount: $ 1,919.92

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

071  0000120446  01152010  9  000174538  0  02142010  03012010  4  [



**ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

# ESQUIRE
an Alexander Gallo Company

Page 1 of

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.

## Invoice # EQ122578

| Invoice Date | Terms |
|---|---|
| 01/26/2010 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DOUGLAS DARCH ,ESQ -
BAKER & MCKENZIE, LLP - CHICAGO
SUITE 3500
ONE PRUDENTIAL PLAZA
CHICAGO, IL 60601

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/14/2010 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 108593 | 01/25/2010 | NONE |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 01/14/2010, PATRICK TEED | | | |
| ORIGINAL TRANSCRIPT/WORD INDEX (325 Pages) | $ 3.70 | 325.00 | $ 1,202.50 |
| EXHIBITS | $ 80.00 | 1.00 | $ 80.00 |
| APPEARANCE FEE HOURLY (8.50 Units) | $ 48.00 | 8.50 | $ 408.00 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| CONDENSED TRANSCRIPT | $ 30.00 | 1.00 | $ 30.00 |
| | | | $ 1,769.50 |
| | | | |
| DISCOUNT- 15% | | | $ -241.58 |
| ARCHIVING FEE | | | $ 30.00 |
| MILEAGE 2010: FLAT RATE | | | $ 40.00 |
| TRAVEL TIME | | | $ 37.50 |
| | | | $ -134.08 |

## CONTINUED ON NEXT PAGE ...

Tax Number:  22-3779684

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ122578
Invoice Date: 01/26/2010
Balance: $ 1,635.42
Due Date: 02/25/2010
Late Date: 03/12/2010
Late Amount: $ 1,798.96

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]    [ ][ ][ ][ ]
Credit Card Number                                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**DO YOU NEED A W9?**
VISIT http://w9.esquiresolutions.com/w9.html

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

071  0000122578  01262010  3  000163542  7  02252010  03122010  3  [     3-014



Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

# ESQUIRE
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ122578

| Invoice Date | Terms |
|---|---|
| 01/26/2010 | NET 30 |

DOUGLAS DARCH ,ESQ.
BAKER & MCKENZIE, LLP - CHICAGO
SUITE 3500
ONE PRUDENTIAL PLAZA
CHICAGO, IL 60601

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/14/2010 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 108593 | 01/25/2010 | NONE |

| Description | | Price | Qty | Amount |
|---|---|---|---|---|

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION.  SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOCATION: NEWTON, IA

Tax Number:  22-3779684

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,635.42 |
| Paid: | $ 0.00 |
| Balance Due: | $ 1,635.42 |
| Payment Due | 02/25/2010 |
| After 03/12/2010 Pay This Amount: | $ 1,798.96 |

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ122578
Invoice Date: 01/26/2010
Balance: $ 1,635.42
Due Date: 02/25/2010
Late Date: 03/12/2010
Late Amount: $ 1,798.96

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number                                Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

071  0000122578  01262010  3  000163542  7  02252010  03122010  3  0C          3-015



**ESQUIRE**
an Alexander Gallo Company

Esquire Solutions - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 708-8087
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

## Invoice # EQ213565

| | |
|---|---|
| Invoice Date | 11/30/2010 |
| Terms | NET 30 |
| Payment Due | 12/31/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

KRISTIN MCNEELY
BAKER & MCKENZIE, LLP - CHICAGO
SUITE 3500
ONE PRUDENTIAL PLAZA
CHICAGO, IL 60601

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/02/2009 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 56258 | 11/30/2010 | OTHER |

| Description | Amount |
|---|---|
| Services Provided on 06/02/2009, DENNIS WILLIAMS (CHICAGO, IL) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (112 Pages) | $ 56.00 |
| | $ 56.00 |
| DISCOUNT 15% | $ -8.40 |
| | $ -8.40 |

*REPRINT ONLY*
*PICKED UP*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/15/2011** | **$ 47.60** |
| Amount Due After 01/15/2011 | $ 52.36 |

Tax Number:   22-3779684

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  American Express



**ESQUIRE**
an Alexander Gallo Company

| | |
|---|---|
| Invoice #: | EQ213565 |
| Payment Due: | 12/31/2010 |
| **Amount Due On/Before 01/15/2011** | **$ 47.60** |
| Amount Due After 01/15/2011 | $ 52.36 |

KRISTIN MCNEELY
BAKER & MCKENZIE, LLP - CHICAGO
SUITE 3500
ONE PRUDENTIAL PLAZA
CHICAGO, IL 60601

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

071  0000213565  11302010  8  000004760  2  12312010  01152011        3-016



Esquire Solutions - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 708-8087
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

### Invoice # EQ213561



| Invoice Date | 11/30/2010 |
|---|---|
| Terms | NET 30 |
| Payment Due | 12/31/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

MCNEELY KRISTIN
BAKER & MCKENZIE, LLP - CHICAGO
SUITE 3500
ONE PRUDENTIAL PLAZA
CHICAGO, IL 60601

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/27/2009 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 78350 | 11/30/2010 | OTHER |

| Description | Amount |
|---|---|
| Services Provided on 08/27/2009, THEODORE JOHNSON (NEWTON, IA) | |
| ORIGINAL TRANSCRIPT/WORD INDEX (265 Pages) | $ 132.50 |
| | $ 132.50 |
| DISCOUNT 15% | |
| | $ -19.88 |
| | $ -19.88 |

REPRINT ONLY
PICKED UP

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/15/2011** | **$ 112.62** |
| Amount Due After 01/15/2011 | $ 123.88 |

Tax Number:   22-3779684

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 VISA  MasterCard  DISCOVER  AMERICAN EXPRESS



ESQUIRE
an Alexander Gallo Company

| Invoice #: | EQ213561 |
|---|---|
| Payment Due: | 12/31/2010 |
| **Amount Due On/Before 01/15/2011** | **$ 112.62** |
| Amount Due After 01/15/2011 | $ 123.88 |

MCNEELY KRISTIN
BAKER & MCKENZIE, LLP - CHICAGO
SUITE 3500
ONE PRUDENTIAL PLAZA
CHICAGO, IL 60601

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

071  0000213561  11302010  9  000011262  4  12312010  01152011     3-017



**ESQUIRE**

Esquire Solutions - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 708-8087
Fax (866) 590-3205

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

### Invoice # EQ213553



MCNEELY KRISTIN
BAKER & MCKENZIE, LLP - CHICAGO
SUITE 3500
ONE PRUDENTIAL PLAZA
CHICAGO, IL 60601

| | 11/30/2010 |
|---|---|
| | NET 45 |
| | 12/30/2010 |
| | |
| | |
| | |
| | |

| | | | | |
|---|---|---|---|---|
| 08/26/2009 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 78349 | 11/30/2010 | OTHER |

| | |
|---|---|
| Services Provided on 08/26/2009, LARRY SHAVER (NEWTON, IA) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (270 Pages) | $ 135.00 |
| | $ 135.00 |
| | |
| DISCOUNT 15% | $ -20.25 |
| | $ -20.25 |

REPRINT ONLY
PICKED UP

| | Tax: | $ 0.00 |
|---|---|---|
| | Paid: | $ 0.00 |
| **Amount Due On/Before 01/14/2011** | | **$ 114.75** |
| Amount Due After 01/14/2011 | | $ 126.23 |

Tax Number:    22-3779684

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

VISA  MasterCard  DISCOVER

| Invoice #: | EQ213553 |
|---|---|
| Payment Due: | 12/30/2010 |
| **Amount Due On/Before 01/14/2011** | **$ 114.75** |
| Amount Due After 01/14/2011 | $ 126.23 |

MCNEELY KRISTIN
BAKER & MCKENZIE, LLP - CHICAGO
SUITE 3500
ONE PRUDENTIAL PLAZA
CHICAGO, IL 60601

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

071  0000213553  11302010  5  000011475  2  12302010  01142011  9  000012623  61

3-018

1

~~The New York Craft In Con Exerc~~

December 15, 2010

TO:  Deb Tharnish, Esq.
     Davis Brown Law Firm
     The Davis Brown Tower
     Des Moines, IA  50309-3993


RE:  Maytag v. UAW
     Case No. 08-cv-00291
     Realtime/Rough Draft of Trial
     before Judge Gritzner on 12/6/10 to 12/14/10



373 realtime/rough pages at $2.50 per page. . . . . $932.50
(Vols. I & II)
593 realtime/rough pages at $1.50 per page. . . . . $889.50
(Vols. III - V)


Balance Due . . . . . . . . . . . . . . . . . . . $1,822.00


Payment due upon receipt
1.5% interest per month after 15 days


Please remit to:  Terri L. Martin
                  Room 189, U.S. Courthouse
                  123 East Walnut Street
                  Des Moines, IA  50309-2039
                  515.284.6444


Thank you for your business.

1

INVOICE

January 2, 2011

TO:   Douglas Darch, Esq.
      Baker & McKenzie
      130 East Randolph Drive, Suite 3500
      Chicago, Illinois   60601


RE:   Maytag and Whirlpool v. UAW, et al.
      Case No. 4:08-cv-00291
      Transcript of Trial, Vols. I - V
      before Judge Gritzner on 12/6/10 - 12/14/10


603 original pages at $4.25 per page. . . . . . . . . .$2,562.75
(14-day expedited)
406 original pages at $3.65 per page. . . . . . . . .$1,481.90

Balance Due . . . . . . . . . . . . . . . . . .$4,044.65

Payment due upon receipt
1.5% interest per month after 15 days

Please remit to:  Terri L. Martin
                  Room 189, U.S. Courthouse
                  123 East Walnut Street
                  Des Moines, IA  50309-2039
                  515.284.6444


Thank you for your business.

3-020



**ESQUIRE**
an Alexander Gallo Company

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ128692

| Invoice Date | Terms |
|---|---|
| 02/17/2010 | NET 30 |

MIRIAM GERAGHTY ,ESQ.
BAKER & MCKENZIE, LLP - CHICAGO
SUITE 3500
ONE PRUDENTIAL PLAZA
CHICAGO, IL 60601

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/25/2010 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 114408 | 02/16/2010 | NONE |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 01/25/2010, LARRY COSE | | | |
| ORIGINAL TRANSCRIPT/WORD INDEX (195 Pages) | $ 8.92 | 195.00 | $ 1,739.40 |
| APPEARANCE FEE HOURLY (5 Units) | $ 56.25 | 5.00 | $ 281.25 |
| B&W 8.5 x 11 EXHIBITS (351 Units) | $ 0.25 | 351.00 | $ 87.75 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| CONDENSED TRANSCRIPT | $ 30.00 | 1.00 | $ 30.00 |
| | | | $ 2,187.40 |
| DISCOUNT- 15% | | | $ -303.10 |
| ARCHIVING FEE | | | $ 30.00 |
| | | | $ -273.10 |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOCATION: DES MOINES, IA

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,914.30 |
| Paid: | $ 0.00 |
| Balance Due | $ 1,914.30 |
| Payment Due | 03/19/2010 |

Tax Number: 22-3779684

After 04/03/2010 Pay This Amount: $ 2,105.73

## Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card Number

Exp. Date

Company: Esquire - Chicago
Invoice Number: EQ128692
Invoice Date: 02/17/2010
Balance: $ 1,914.30
Due Date: 03/19/2010
Date: 04/03/2010
Late Amount: $ 2,105.73

☐ Check Enclosed

Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

071 0000128692 02172010 1 000191430 5 03192010 04032010 8 0          3-021

**Petersen Court Reporters, Inc.**
317 Sixth Avenue, Suite 606
Des Moines, IA 50309-4115
Phone   515-243-6596
Fax      515-243-0316

Baker & McKenzie
130 East Randolph Drive, Suite 3500
One Prudential Plaza
Chicago, IL 60601

DOUGLAS DARCH, ESQ.

INVOICE NO.           **10093**
INVOICE DATE:     **11/30/2010**

REPORTER:
Edie Daniels

*Maytag v. UAW*
*Case No. 08-cv-000291*
*Deposition of Patrick Teed*

ID#: *92-0182921*

| Date | Description | Units | Rate | Amount |
|------|-------------|-------|------|--------|
| 1/14/2010 | Copy - 2nd copy | 257.00 | 0.60 | 154.20 |
| | | | Sub Total | 154.20 |
| | | | Paid | 0.00 |
| | | | Balance Due | 154.20 |

**Terms:  Net 30**
To avoid a finance charge next month, pay balance due within 60 days.

# ESQUIRE

an Alexander Gallo Company

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (312) 673-8127
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

**RECEIVED**

JUN 0 2 2009

**SEYFARTH SHAW**

DOUGLAS DARCH ,ESQ.
SEYFARTH SHAW, LLP - CHICAGO
SUITE 2400
131 SOUTH DEARBORN STREET
CHICAGO, IL 60603

## Invoice # EQ51237

| Invoice Date | Terms |
|---|---|
| 05/24/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | EQ File | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/04/2009 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 26149 | 05/20/2009 | COURIER |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Original Transcript of RON MCINROY | | | |
| ORIGINAL TRANSCRIPT | $ 833.85 | 1.00 | $ 833.85 |
| APPEARANCE FEE | $ 287.00 | 1.00 | $ 287.00 |
| ETV DISK | $ 39.00 | 1.00 | $ 39.00 |
| | | | $ 1,159.85 |
| DISCOUNT- CLIENT 15% | | | $ -163.63 |
| SPECIAL 15% FOR JOB/CASE | | | $ -149.43 |

*161 76.30*

**CONTINUED ON NEXT PAGE ...**

Tax Number: 22-3779684

--------------------------------------------------------------

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ51237
Invoice Date: 05/24/2009
Balance: $ 857.29
Due Date: 06/23/2009
Late Date: 07/08/2009
Late Amount: $ 943.02

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire     PO Box 1518,     New York NY 10008-1518**

071 0000051237 05242009 1 000085729 6 06232009 07082009 2 000094302 55

ESQUIRE
Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

# ESQUIRE
an Alexander Gallo Company

Telephone (312) 673-8127
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

**R E C E I V E D**

JUN 0 2 2009

**SEYFARTH SHAW**

DOUGLAS DARCH ,ESQ.
SEYFARTH SHAW, LLP -  CHICAGO
SUITE 2400
131 SOUTH DEARBORN STREET
CHICAGO, IL 60603

## *Invoice # EQ51237*

| Invoice Date | Terms |
|---|---|
| 05/24/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | EQ File | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/04/2009 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 26149 | 05/20/2009 | COURIER |

| Description | | | Price | Qty | Amount |
|---|---|---|---|---|---|
| DELIVERY | | | | | $ 10.50 |
| | | | | | $ -302.56 |

*16176.30*
*Anticipate October*
*6/5/09*

*Attorney is responsible for payment of all charges incurred, not their client.*
*Payment due in 30 days*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 857.29 |
| Paid: | $ 0.00 |
| Balance Due: | $ 857.29 |
| Payment Due: | 06/23/2009 |

Tax Number:  22-3779684

After 07/08/2009 Pay This Amount:    $ 943.02

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ51237
Invoice Date: 05/24/2009
Balance: $ 857.29
Due Date: 06/23/2009
Late Date: 07/08/2009
Late Amount: $ 943.02

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,   New York NY 10008-1518**

071 0000051237 05242009 1 000085729 6 06232009 07082009 2 000094302 55



**ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ56274



| Invoice Date | Terms |
|---|---|
| 06/10/2009 | NET 30 |

DOUGLAS DARCH ,ESQ.
SEYFARTH SHAW, LLP - CHICAGO
SUITE 2400
131 SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/02/2009 | WHIRLPOOL, ET AL. vs. UAW, ET AL. | 56258 | 06/04/2009 | E-MAIL |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Original Transcript of DENNIS WILLIAMS | | | |
| ORIGINAL TRANSCRIPT (112 Pages) | $ 4.80 | 1.00 | $ 537.60 |
| APPEARANCE FEE | $ 191.00 | 1.00 | $ 191.00 |
| | | | $ 728.60 |
| | | | |
| DISCOUNT- CLIENT PERCENTAGE | | | $ -109.29 |
| | | | $ -109.29 |

*Please Anticipate*

*14176.30  JC Darch 6/19/09*

We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 619.31 |
| Paid: | $ 0.00 |
| Balance Due | $ 619.31 |
| Payment Due | 07/10/2009 |

Tax Number:  22-3779684

After 07/25/2009 Pay This Amount:    $ 681.24

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ56274
Invoice Date: 06/10/2009
Balance: $ 619.31
Due Date: 07/10/2009
Late Date: 07/25/2009
Late Amount: $ 681.24

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized
_____

☐☐☐☐☐ ☐☐☐☐☐ ☐☐☐☐☐ ☐☐☐☐

Credit Card Number

Exp. Date

☐ Check Enclosed

Please Make Check Payable to Esquire

Daytime Phone Number
_____

Print Name (as it appears on your credit card)
_____

Signature (as it appears on your credit card)
_____

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

071 0000056274 06102009 6 000061931 7 07102009 07252009 6 000068124 32

1

I N V O I C E

January 5, 2008

TO:   Gene LaSuer, Esq.
      Davis Brown Law Firm
      215 10th Street, Suite 1300
      Des Moines, Iowa   50309

RE:   Maytag v. UAW
      Case No. 08-cv-291
      Transcript of Hearing
      before Judge Gritzner on 12/11/08

59 original pages at $4.25 per page . . . . . . . . . . $250.75

Balance Due . . . . . . . . . . . . . . . . . . . . . $250.75

Original filed with Clerk

Payment due upon receipt
1.5% interest per month after 15 days

Please remit to:   Terri L. Martin
                   Room 189, U.S. Courthouse
                   123 East Walnut Street
                   Des Moines, IA   50309-2039
                   515.284.6444

Thank you for your business.

# SEYFARTH SHAW LLP
ATTORNEYS

## CHECK REQUEST FORM

_____ Chicago   _____ OFFICE

Date: 1/6/09
Payable To: Terri Martin

Return Check To: Kristin Duewerth
Date/Time Needed: 01/06/09  4:00 PM

| Client Name | Matter Name | Client Matter No. | Amount | Cost Code | Description | Check No. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Whirlpool | v. UAW | 16176 - 30 | $250.75 | E115 | Transcript of Oral Argument | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

_____ Requestor Signature

_____ Approving Signature

3-027

**BAKER & McKENZIE**



# CHECK REQUEST

| DATE SUBMITTED | DATE NEEDED | MAIL | PICK UP at Petty Cash Desk | RETURN (Houston Only) | REQUESTED BY |
|---|---|---|---|---|---|
| 6/11/2010 | 6/15/2010 | ☒ | Ext. | ☐ | Meagan Legear (RJones 5906) |

## CLIENT COSTS ADVANCED

When should this payment be made?   Terri Martin

Please check the appropriate box to the right:
- ☐ Pay invoice per terms
- ☒ Pay invoice immediately
- ☐ Place invoice on HOLD until payment is received from client

| CLIENT NO. | MATTER NO. | CLIENT & MATTER NAMES | COST CODE NO.* | AMOUNT |
|---|---|---|---|---|
| 22231668 | 000003 | Whirlpool / UAW | 62 | 271.60 |
| | | | | |
| | | | | |

*Refer to attached list.

## NON-CLIENT CHARGES

### How should this disbursement be charged?

1. ☐ Globally (which cost center?)  
2. ☐ Regionally (which cost center?)  
3. ☐ Chicago Office Administrative Depart. or Committee (which one?) Select One  
4. ☐ Chicago Office Practice Group (which one?)  
5. ☐ Timekeeper Direct Expense  
6. ☐ International Partner Personal Account [3000]  
7. ☐ Non-International Partner Timekeeper [1200] / Staff [1210] Advance  
8. ☐ Other [Explanation]  

| ACCT. NO. | COST CENTER NO. OR SUB-ACCT. NO. | TIMEKEEPER NO.** | TIMEKEEPER TITLE** [Acctg. use] | OFFICE NO. | LOCAL DEPT. NO. OR PG NO. | ACCOUNT NAME | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | 022C | Select one | | |
| | | | | 022C | Select one | | |
| | | | | 022C | Select one | | |

**With use of a timekeeper number, Elite will automatically cascade timekeeper title, office and local PG when entered by Accounting personnel.

| CHECK TOTAL | $271.60 |
|---|---|

| CHECK PAYABLE TO: PAYEE NAME AND ADDRESS | VENDOR NO. [Acctg. use] | INVOICE NO. | INVOICE DATE | INVOICE TERMS |
|---|---|---|---|---|
| Terri L. Martin<br>Room 189, US Courthouse<br>123 E. Walnut St.<br><br>Des Moines, IA  50309-2039 | | | | |

SOCIAL SECURITY OR TAX ID NO. [if applicable]

## DESCRIPTION OF EXPENDITURE***

Court reporter fee for transcript of hearing 5/6/10 before Judge Gritzner

***1)   Indicate what the check is for, including business purpose; original supporting documentation is required.
2)   For business meals & entertainment, identify persons attending, location and business discussed.
3)   Associate/paralegal client cost approval limit is $500; amounts exceeding require Partner approval.
4)   Please submit this form on TAN paper.

| APPROVAL: REQUESTING PERSONNEL | ADDITIONAL APPROVAL [if applicable]: |
|---|---|
| PRINTED:   Meagan LeGear | PRINTED: |
| SIGNATURE:   Associate or Paralegal | SIGNATURE: |

ACCOUNTING REVIEW ONLY:

a member of Baker & McKenzie International, a Swiss Verein.

1

I N V O I C E

May 27, 2010

TO:   Meagan C. LeGear, Esq.
      Baker & McKenzie
      One Prudential Plaza, Suite 3500
      130 East Randolph Drive
      Chicago, Illinois  60601

RE:   Maytag v. UAW
      Case No. 4:08-cv-00291
      Transcript of Hearing
      before Judge Gritzner on 5/6/10

56 expedited pages at $4.85 per page . . . . . . . . . .$271.60
(Electronic and condensed copy)

Balance Due. . . . . . . . . . . . . . . . . . . . . .$271.60

Payment due upon receipt
1.5% interest per month after 15 days

Please remit to:  Terri L. Martin
                  Room 189, U.S. Courthouse
                  123 East Walnut Street
                  Des Moines, IA  50309-2039
                  515.284.6444

Thank you for your business.

AO 88A (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action (Page 2)

Civil Action No.  08-cv-00291-JEG-RAW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    Ted Johnson    *was delivered to Federal Express.*

was received by me on *(date)* _____

☐ I personally served the subpoena on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify)*:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Douglas A. Darch  / Attorney
_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

December 21, 2010

Mark Krivoruchka
Senior Vice President, Human Resources
RSC Equipment Rental
6929 E. Greenway Parkway Suite 200
Scottsdale, AZ 85254

Douglas Darch, Partner
Labor and Employment
Baker & McKenzie, LLP
130 E. Randolph
Suite 3500
Chicago IL, 60601

Dear Mr. Darch,

It was good to see you in Des Moines last week.  Please Find attached the breakdown of my expenses incurred for the Maytag Case.  Please consider this a request for reimbursement of expenses.

    Flight - $795.40
    Lodging - $222.68
    Transportation - $116.00
    Food - $149.42

The corresponding receipts are attached to this letter.  Please make the check out to RSC Equipment Rental and send to the address above.  For any questions about expenses incurred or payment, please contact me at 480-281-6957.

Sincerely,

Mark Krivoruchka

Phone: (480) 281-6957; Fax: (480) 905-3400
Cell: (480) 205-5615
Mark.Krivoruchka@RSCrental.com

```
            SSP  America
            Capital City
       Des Moines Int'l Airport
           (515) 256-5342

11i Tammy M
----------------------------------------
Tbl B14/1      Chk 4132        Gst 0
         Dec14'10 12:48PM
----------------------------------------
       Eat In
  1 Chix Quesa            8.25
  1 Canyon Rd Merl Glass  6.99
    Merlot

    Subtotal             15.24
    Tax                   0.92
12:51PM Total           16.16
```

                  TalkToUs

We always welcome your comments.

Please call us at 877-325-8777
Or, email:
TalkToUs@foodtravelexperts.com

Centro
1007 Locust St
Des Moines, IA 50309
515-248-1780
www.centrodining.com

215 Kim
------------------------------------------
Tbl 16/1        Chk 1612        Gst 0
          Dec13'10 07:02PM
------------------------------------------
          **** Seat 1 ****
  1 Side Centro              5.50
  1 Side Caesar             4.99
  1 Steak Centro NO MASH NO 31.99
    MIX VEG Spec Prep SUB ALL
    BROCCOLI Spec Prep Add
    Scampi ONSIDE Spec Prep
  1 Steak Centro            26.99
  1 Cappuccino               3.25
  1 Makers Mark Manhattan   10.00
  2 Dewars                  16.00
  1 Makers Mark Manhattan   10.00
  1 GL CastleRok             8.00
  1 GL Louis M.              9.00
    Subtotal               125.72
    Sales Tax                7.54
09:06PM Amount Due       133.26
          ***** All  *****

    Subtotal               125.72
    Sales Tax                7.54
09:06PM Amount Due       133.26

Centro
1007 Locust St
Des Moines, IA 50309
515-248-1780
www.centrodining.com
Date:       Dec13'10 09:06PM
Card Type:  Amex
Acct #:     XXXXXXXXXXX1008
Exp Date:   XX/XX
Auth Code:  531790
Check:      1612
Table:      16/1
Server:     215 Kim

Subtotal:        133.26


Total:_____


I agree to pay above total
according to my card issuer
agreement.
* * * * Customer Copy * * * *

5-004

**Marriott**

DES MOINES DOWNTOWN

GUEST FOLIO

700 Grand Avenue, Des Moines, Iowa 50309 • 515.245.5500 • Marriott.com/DSMIA

| 1710 | KRIVORUCHKA/MARK | 189.00 | 12/14/10 | 12:00 | 8114 |
|------|------------------|--------|----------|-------|------|
| Room | Name | Rate | Depart | Time | ACCT# |

RSKG                    12/13/10   16:21
                        Arrive     Time

38                      PASSPORT:
                        AXXXXXXXXXXXXX1008

Room Clerk   Address         Payment                    MRW#:

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|--|---------|---------|-------------|
| 12/13 | ROCK RVR | 37571710 | 11.00 | | |
| 12/13 | ROOM-TR | 1710, 1 | 189.00 | | |
| 12/13 | STATE TX | 1710, 1 | 9.45 | | |
| 12/13 | CITY TAX | 1710, 1 | 13.23 | | |
| 12/14 | CCARD-AX | | | 222.68 | |

PAYMENT RECEIVED BY AMERICAN EXPRESS XXXXXXXXXXX1008

                                                      .00

------------------- EXP. REPORT SUMMARY -------------------
12/13  ROCK RVR          11.00
       ROOM&TAX         211.68


WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X_____

® Contains 30% post consumer fibers              To secure your n

# CAREY

5300 Spectrum Drive Suite D * Frederick, MD 21703

**Carey International**

Page 1 of 2

## Invoice                      Due Upon Receipt

| | |
|---|---|
| *Invoice Date* | Dec 16, 2010 |
| **Invoice Number** | S0516705 |
| *Account Name* | RSC EQUIPMENT RENTAL |
| *Account Number* | 778270 |

**Total Due**                          **$116.00**

*If you have a customer service question please call (888) 649-3949.*

RSC EQUIPMENT RENTAL
ATTN: KRIS OLSEN
6929 E. GREENWAY PKWY
STE 200
SCOTTSDALE, AZ 85254 USA

| Service Date | Reservation Segment | Passenger | Arranger | Service Area | Pick Up Location | Control Number | Amount |
|---|---|---|---|---|---|---|---|
| Dec 14, 2010 | WA4831321-2 | KRIVORUCHK/ | OLSEN, KRIS | DES MOINES | FEDERAL COUR 123 E. WALNU | 1012034749 | $116.00 |
| | | | | | | **Total Due** | **$116.00** |

# CAREY

## Remittance

Please mail this remittance with your payment to:

Carey International, Inc.
Billing Department
P.O. Box 631414
Baltimore, MD 21263-1414
USA

| | |
|---|---|
| *Invoice Date* | Dec 16, 2010 |
| **Invoice Number** | S0516705 |
| *Account Name* | RSC EQUIPMENT RENTAL |
| *Account Number* | 778270 |

**Total Due**                          **$116.00**

**Due Upon Receipt**

**Credit Card Payment**

AmEx, Visa, MasterCard, Diners or Discover

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Credit card number

☐☐ / ☐☐

Expiration date

_____
Name as it appears on credit card

X_____
Signature

☐ *Please remit credit card payment via fax at: (301) 698-3859*

STC is a surcharge based upon various overhead expense items, some of which may not relate to the specific trip. The STC is always calculated as a flat percentage of the base rate.



If you have a question about your invoice, call
(888)999-0897.

Page: 2 of 2

| Service Date | Dec 14, 2010 | | Passenger | KRIVORUCHKA,MARK | | 2.00 hours @ $58.00/hour | $116.00 |
|---|---|---|---|---|---|---|---|
| | | | Arranger | OLSEN, KRIS | | Base Total | $116.00 |
| Service Area | DES MOINES | | | | | Total Due this segment | $116.00 |
| Vehicle | Sedan | | Pick Up Location | FEDERAL COUR 123 E. WALNUT STR | | | |
| Reservation Segment | WA4831321-2 | | Drop Off Location | 123 e. walnut, des moines | | | |
| Account No. | 778270 | | | | | | |
| Invoice No. | S0516705 | | | | | | |
| Invoice Date | Dec 16, 2010 | | | | | | |

1012034749

STC is a surcharge based upon various overhead expense items, some of which may not relate to the specific trip. The STC is always calculated as a flat
percentage of the base rate.



**AMERICAN EXPRESS® BUSINESS TRAVEL**

Page 1 of 4

Generated: December 15, 2010  1:43 PM

## Travel Arrangements for  MARK W KRIVORUCHKA

| | |
|---|---|
| Record Locator | FVZBJX |
| Trip ID | 10960708669 |

RENTAL SERVICE CORPORATION
6929 E. GREENWAY PKWY. SUITE 200
SCOTTSDALE, AZ  85254

**Agent ID: KO**

6929 E Greenway Pkwy - Suite 200 - Scottsdale, AZ
85254
Phone: (480) 905-3333 / Fax: (480) 905-3339

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 037 | Ticket Date | 12/10/2010 |
| Ticket Number | 7939798345 | Invoice | 0064066 |
| Check Digit | 4 | Electronic | Yes |

### Charges

| | |
|---|---|
| Ticket Base Fare | 397.70 |
| Ticket Tax Fare | 0.00 |
| Total (USD) Ticket Amount | 397.70 |
| Current Fare | |
| Prior ticket 7939798277  credit | -397.70 |
| Exchange Fee | 0.00 |
| Airfare charged to American Express | |
| **Total** | **397.70** |

## Travel Details          Tuesday  December 14, 2010

### Limo Information

LIMO - ALBEES CAREY AFFILIATE 515-277-5512
Pick Up - BUSINESS AT 145P FEDERAL COURTHOUSE 123 E WALNUT ST
Drop Off - AIRPORT AT DSM US2757 DEPARTS 250P
Rate - 160.00 OW
Confirmation - WA4831321 02
Remark - BILLED TO RSC

### Flight Information

| | | | |
|---|---|---|---|
| Airline | US AIRWAYS | | |
| Flight | 2757 | Estimated time | 3 hours  5 minutes |
| | OPERATED BY  US AIRWAYS EXPRESS-MESA AIRLINES | Distance | 1,149 Miles |
| Origin | Des Moines, IA | | |
| Destination | Phoenix, AZ | Meal Service | No Meal Service |
| Departing | 2:50 PM | Plane | Cr9 |
| Arriving | 4:55 PM | | |
| | | | |
| Arrival Terminal | TERMINAL 4 | | |
| Seat | 3D | | |
| Class | Economy | | |

## Travel Details          Wednesday  December 15, 2010

### Flight Information

| | | | |
|---|---|---|---|
| Airline | CONTINENTAL AIR | | |
| Flight | 461 | Estimated time | 2 hours 34 minutes |
| Origin | Phoenix, AZ | Distance | 1,009 Miles |
| Destination | Houston Geo Bush, TX | Meal Service | Food-bev/pur |
| Departing | 11:15 AM | Plane | Boeing 737-800 |
| Arriving | 2:49 PM | | |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™ 

| Departure Terminal | TERMINAL 2 |
| Arrival Terminal | TERMINAL C |
| Seat | Unassigned |
| Class | Coach |

## Hotel Information

| Hotel | MARRIOTT HOTELS |
| | MARRIOTT HOU INTERCO |
| Hotel Address | 18700 JOHN F KENNEDY BL |
| | HOUSTON TX 77032 |
| Confirmation Number | RMLIST |
| Check in Date | 12/15/2010 |
| Check out Date | 12/16/2010 |
| Hotel Rate | 139.00 per night |
| Phone Number | 281-443-2310 |
| | Late Arrival Guarantee - Credit Card |

## Travel Details                    Thursday  December 16, 2010

### Flight Information

| Airline | CONTINENTAL AIR | Estimated time | 2 hours 55 minutes |
| Flight | 2947 | Distance | 1,009 Miles |
| | OPERATED BY /EXPRESSJET AIRLINES INC DBA CO EXPRESS | | |
| Origin | Houston Geo Bush, TX | Meal Service | Food-bev/pur |
| Destination | Phoenix, AZ | Plane | Embraer 145 Jet |
| Departing | 4:25 PM | | |
| Arriving | 6:20 PM | | |
| Departure Terminal | TERMINAL B | | |
| Arrival Terminal | TERMINAL 2 | | |
| Seat | 7A | | |
| Class | Coach | | |

## Travel Details                    Friday  June 24, 2011

THANK YOU FOR CALLING AMERICAN EXPRESS TRAVEL

### Loyalty Programs

| Vendor | Account | Traveler |
| --- | --- | --- |
| CONTINENTAL AIR | JJ071264 | MARK W KRIVORUCHKA |
| US AIRWAYS | 62040612459 | MARK W KRIVORUCHKA |

### Airline Record Locators

| Airline Reference | Carrier |
| --- | --- |
| AJ35LF | CONTINENTAL AIR |
| F9GEM6 | US AIRWAYS |

### Additional Messages

*************************************************
AIRLINE PENALTY FEES APPLY TO ALL CHANGES.
*************************************************
NEW TSA REQUIREMENTS FOR AIR TRAVEL
MUST PROVIDE THE AIRLINE WITH NAME AS IT APPEARS
ON GOVT ISSUED I.D., GENDER, AND DATE OF BIRTH.
PLEASE SEE WWW.TSA.GOV *SECURE FLIGHT* FOR MORE INFO.
*************************************************
FOR ASSISTANCE DURING NORMAL BUSINESS HOURS 730A-430P
MST, PLEASE CALL 888-772-8728 OR 480-905-3333
FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
1-800-872-8185 - ACCESS CODE - S-9JU5
INTERNATIONAL CALL COLLECT AT 313-322-2130

ANY CHANGES TO THIS RESERVATION MAY RESULT
IN A HIGHER FARE
FARES ARE SUBJECT TO CHANGE UNTIL TICKETED
AIRFARE IS NON REFUNDABLE / CHANGE FEE APPLIES
AS PER OUR AGREEMENT WITH YOUR COMPANY THE FOLLOWING
NON-REFUNDABLE SERVICE FEES MAY APPLY
PAPER TICKET FEE OF 20.00
E TICKET FEE OF 7.00
TICKET EXCHANGE FEE 7.00
RAIL TICKET FEE OF 20.00
EMERGENCY SERVICE FEE 25.00
THE SERVICE FEES CHARGED AT THE POINT OF SALE TO YOUR
CREDIT CARD WILL CORRESPOND TO THE SERVICES REQUESTED
FROM THE LIST SET FORTH ABOVE.

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.

**Liability Statement.** American Express Travel Related Services Company, Inc. and its parent, subsidiaries, affiliates and representatives (collectively, "Amex") act as an agent for travel suppliers and you understand and agree that Amex shall not be liable for any loss, injury, expense or damage to persons or property resulting, directly or indirectly, from (1) the acts of omissions of travel suppliers, including but not limited to delays, overbookings, cancellation of services, cessation of operations, accidents or failures of equipment, or changes in fares, itineraries or schedules; or (2) acts of God, fires, earthquakes, floods, climatic aberrations, acts of governmental authorities, civil unrest, strikes, riots, theft, disease, accidents or failures related to the public internet, telecommunications lines or facilities, or third party technology systems, or any other cause beyond the control of Amex.

For customers purchasing travel from within the state of California:  Our California State Seller of Travel Registration Number is: 1022318-10. Upon cancellation of the transportation or travel services, where you, the customer, are not at fault and have not canceled in violation of the terms and conditions, if any, of the contract for transportation or travel services, all sums paid to American Express for services not received by you will be promptly refunded to you unless you otherwise advise American Express in writing, after cancellation.  American Express is a participant in the California Travel Consumer Restitution Fund (the "Fund"). If you, the passenger, were located in California at the time of your purchase, you may request reimbursement from the Fund if you are owed a refund of more than $50 for transportation or travel services which was not refunded in a timely manner by the seller of travel who was registered and participating in the Fund at the time of sale. The maximum amount which may be paid by the Fund to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000. A claim must be submitted within six months after the scheduled completion date of the travel. A claim must include sufficient information and documentation to prove your claim and a $35 processing fee. You must agree to waive your right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a claim against the Fund. You may request a claim form by writing to: Travel Consumer Restitution Corporation, P.O. Box 6001, Larkspur, CA 94977-6001; or by faxing a request to: (415) 927-7698. Note: Sales transactions with customers located outside of California are not covered by the Fund and such customers are not eligible to file a claim against the Fund.

For customers purchasing travel in the state of Oregon:  Transportation, lodging, meals, entertainment and all other services are sold to you to you either on a refundable or non-refundable basis. If all or part of the transportation or services are canceled by any person, we shall, within 2 working days of learning of the cancellation, request on your behalf that the service suppliers or wholesalers provide a refund of all sums sent them on your behalf. We shall send any refund received from the service suppliers or wholesalers to you within 2 working days after the refund received by us has cleared the bank.

For customers purchasing travel in the state of Washington:  Our Washington State Seller of Travel Registration Number is: UBI#600469694.  If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within thirty days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within fourteen days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

Cancellation and change penalties may apply to these arrangements. Details will be provided upon request.

**Intermediary Disclosure.**  Amex helps manage your company's travel expenses and assists you in finding travel suppliers and making arrangements that meet your individual needs. We consider various factors in identifying travel suppliers and recommending specific itineraries.  In this role, we are acting as an independent third party and not as a fiduciary.  We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals, and from time to time may also provide incentives to our travel counselors.   Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives.  In addition, we receive compensation from suppliers when customers use the American Express® Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change.   In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability, your preferences, and any agreements we have to book travel in accordance with your company's travel policy. The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend.

Rhode Island Registration Number: ML#1192; Nevada Seller of Travel Registration No.: NV#2001-0126; Iowa: TA# 002 Registered Iowa Travel Agency



SEYFARTH SHAW LLP
ATTORNEYS

CHECK REQUEST FORM

Chicago ____ OFFICE

Date: 4/16/09
Payable To: Larry Shaver

Return Check To: Kristin Duewerth
Date/Time Needed: 04/16/09 ____ PM

| Client Name | Matter Name | Client-Matter No. | Amount | Cost Code | Description | Check No. |
|---|---|---|---|---|---|---|
| Whirlpool Corporation | Whirlpool v. UAW | 16176 - 30 | $41.00 | E113 | Subpoena witness fee | |

Requestor Signature

Approving Signature

5-011

152437



# Document Technologies, Inc.

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  561101

Invoice Date:  12/13/10

Bill To:
Baker & McKenzie LLP
130 East Randolph Drive
1 Prudential Plaza
Chicago, IL  60601
Kristin McNeely

Ship To:
Baker & McKenzie LLP
130 East Randolph Drive
1 Prudential Plaza
Chicago, IL  60601

| | | | |
|---|---|---|---|
| Customer ID | 12703 | Job No. | IM 12-20550 |
| Terms | Net 15 Days | ESI Project No. | |
| SalesPerson | CHI FPS | Client / Matter No. | Whirlpool |
| SalesPerson 2 | | | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Volume: VOL001 - VOL002 (W00015802-16386) | | |
| 1 | IMG - CD Master | 10.00 | 10.00 |
| 585 | IMG - Branding | 0.01 | 5.85 |
| 585 | IMG - PDF File Conversion | 0.01 | 5.85 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 21.70 |
| Total Sales Tax: | 0.00 |
| Total: | 21.70 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA  31193-3435

# Please remit to

24 Seven Discovere, L.L.C.
Fed ID# 20-1987363
222 N. LaSalle
Suite - 1930
Chicago, IL  60601

(312)704-0247



## Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/03/2010 | 86758 |
| **TERMS** | **DUE DATE** |
| Net 15 | 12/18/2010 |

| BILL TO |
|---------|
| Baker & McKenzie |
| Baker & McKenzie |
| 130 E. Randolph / Suite 3500 |
| Chicago, IL  60601 |
| (312) 861-8000 |

| Reference # | Ordered By | 247 Contact |
|-------------|-----------|-------------|
| 22231668-000003 | Kristin McNeely | JW |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 549 | 777 | • Litigation Imaging | 0.11 | 60.39 |
| 549 | 565 | • OCR | 0.02 | 10.98 |
| 0.25 | 954 | • Technical Time (Hourly) | 100.00 | 25.00 |
|  |  | 1210-9478 |  |  |

| | TOTAL | $96.37 |
|-|-------|--------|

We appreciate your business.  Our Terms are net 15 days from date
of invoice.  All delinquent accounts shall bear interest at a rate of
1.5% per month (18% annum), or the maximum legal rate of interest, if
less, commencing 10 days after the invoice date.

Signature for acceptance of services represented by this invoice.

_____Date_____

PLEASE PAY FROM THIS INVOICE

 **BlueStar**

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2010 | 65284 |

Bill To

Baker & McKenzie LLP
One Prudential Plaza
130 E. Randolph
Chicago, IL  60601

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

*Maytag v UAW*

| Balance Due | $16.80 |
|---|---|

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

**BlueStar Computer Solutions, Inc.**

| Attention | Terms | Due Date | Client Matter | Rep |
|---|---|---|---|---|
| Karen Sewell | Net 10 | 1/10/2011 | 22231668-000003 | JW |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Scan Black and White Pages | 84 | 0.13 | 11/30/2010 | 10.92 |
| Near Dupe Software | 84 | 0.04 | 11/30/2010 | 3.36 |
| OCR Pages | 84 | 0.03 | 11/30/2010 | 2.52 |
| Posted to FTP Site | | | | |
| Bates Range: W00016608 - W00016691 | | | | |

Customer Signature:

| Total | $16.80 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $16.80 |

For questions about your bill please call 312.939.3000.  Our Federal
Tax ID number is 56-2355533



226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/29/2010 | 65237 |

**Bill To**

Baker & McKenzie LLP
One Prudential Plaza
130 E. Randolph
Chicago, IL  60601

☐ Please check box if address is incorrect or has changed, and indicate
change(s) below.

**Balance Due**    $1,390.78

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

**BlueStar Computer Solutions, Inc.**

| Attention | Terms | Due Date | Client Matter | Rep |
|-----------|-------|----------|---------------|-----|
| Karen Sewell | Net 10 | 1/8/2011 | 22231668-000003 | JW |

| Description | Qty | Rate | Service Date | Amount |
|-------------|-----|------|--------------|--------|
| Scan Black White Pages | 8,034 | 0.14 | 12/2/2010 | 1,124.76 |
| OCR Pages | 8,034 | 0.03 | 12/2/2010 | 241.02 |
| Media Delivery: CD Master | 1 | 25.00 | 12/2/2010 | 25.00 |
| Volume Name: 20101204_CON_VOL001 | | | | |
| Bates Ranges: | | | | |
| LOCAL 00001 - LOCAL 03066 | | | | |
| UAW 00001 - UAW 04804 | | | | |
| W00015263 - W00016821 | | | | |

Customer Signature:

| | |
|---|---|
| Total | $1,390.78 |
| Payments/Credits | $0.00 |
| Balance Due | **$1,390.78** |

For questions about your bill please call 312.939.3000.  Our Federal
Tax ID number is 56-2355533



226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/13/2010 | 65109 |

Bill To

Baker & McKenzie LLP
One Prudential Plaza
130 E. Randolph
Chicago, IL  60601

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

| Balance Due | $27.54 |
|-------------|--------|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

**BlueStar Computer Solutions, Inc.**

| Attention | Terms | Due Date | Client Matter | Rep |
|-----------|-------|----------|---------------|-----|
| Karen Sewell | Net 10 | 12/23/2010 | 22231668-000003 | JW |

| Description | Qty | Rate | Service Date | Amount |
|-------------|-----|------|--------------|--------|
| Endorse Non-Searchable PDF's<br>Bates Range: W00016695 - W00016821 | 127 | 0.02 | 12/3/2010 | 2.54 |
| Set-Up Charge | 1 | 25.00 | 12/3/2010 | 25.00 |
| Posted to FTP Site | | | | |

Customer Signature:

| | |
|---|---|
| Total | $27.54 |
| Payments/Credits | $0.00 |
| Balance Due | $27.54 |

For questions about your bill please call 312.939.3000.  Our Federal Tax ID number is 56-2355533

# Please remit to



24 Seven Discovere, L.L.C.
Fed ID# 20-1987363
222 N. LaSalle
Suite - 1930
Chicago, IL  60601

(312)704-0247



## Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/02/2010 | 86743 |

| TERMS | DUE DATE |
|-------|----------|
| Net 15 | 12/17/2010 |

**BILL TO**
Baker & McKenzie
Baker & McKenzie
130 E. Randolph / Suite 3500
Chicago, IL  60601
(312) 861-8000

| Reference # | Ordered By | 247 Contact |
|-------------|------------|-------------|
| 22231668-000003 | Kristin McNeely | JW |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 546 | 200 | • Litigation Copies  1210-9464 | 0.11 | 60.06 |
| | | | **TOTAL** | **$60.06** |

We appreciate your business.  Our Terms are net 15 days from date
of invoice.  All delinquent accounts shall bear interest at a rate of
1.5% per month (18% annum), or the maximum legal rate of interest, if
less, commencing 10 days after the invoice date.

Signature for acceptance of services represented by this invoice.

_____ Date_____

PLEASE PAY FROM THIS INVOICE

# Please remit to

24 Seven Discovere, L.L.C.
Fed ID# 20-1987363
222 N. LaSalle
Suite - 1930
Chicago, IL  60601

(312)704-0247


24 seven
DISCOVERE

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/03/2010 | 86756 |
| TERMS | DUE DATE |
| Net 15 | 12/18/2010 |

**BILL TO**

Baker & McKenzie
Baker & McKenzie
130 E. Randolph / Suite 3500
Chicago, IL  60601
(312) 861-8000

| Reference # | Ordered By | 247 Contact |
|-------------|------------|-------------|
| 22231668-000003 | Kristin McNeely | JW |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1664 | 202 | TIFF or PDF Blowbacks (assembled) | 0.08 | 133.12 |
| 35 | 850 | Index Tabs | 0.20 | 7.00 |
| | | 1210-9476 | | |

We appreciate your business. Our Terms are net 15 days from date of invoice. All delinquent accounts shall bear interest at a rate of 1.5% per month (18% annum), or the maximum legal rate of interest, if less, commencing 10 days after the invoice date.

| | TOTAL | $140.12 |
|--|-------|---------|

Signature for acceptance of services represented by this invoice.

_Keith Fankson_ _____ Date _____

_Kristin McNeely_  22398

PLEASE PAY FROM THIS INVOICE

6-007

# Please remit to

**24 Seven Discovere, L.L.C.**
Fed ID# 20-1987363
222 N. LaSalle
Suite - 1930
Chicago, IL  60601

(312)704-0247



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 04/08/2010 | 82823 |

| TERMS | DUE DATE |
|-------|----------|
| Net 15 | 04/23/2010 |

**BILL TO**

Baker & McKenzie
Baker & McKenzie
130 E. Randolph / Suite 3500
Chicago, IL  60601
(312) 861-8000

| Reference # | Ordered By | 247 Contact |
|-------------|------------|-------------|
| 22231668-000003 | Kristin McNeely | JW |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 6161 | 200 | • Litigation Copies | 0.11 | 677.71 |
| 8 | 600 | • GBC Binding | 2.00 | 16.00 |
| 56 | 850 | • Index Tabs | 0.20 | 11.20 |
| 16 | 855 | • Custom Tabs | 0.50 | 8.00 |
| | | 0410-5970 | | |

We appreciate your business.  Our Terms are net 15 days from date of invoice.  All delinquent accounts shall bear interest at a rate of 1.5% per month (18% annum), or the maximum legal rate of interest, if less, commencing 10 days after the invoice date.

| | TOTAL | $712.91 |
|--|-------|---------|

Signature for acceptance of services represented by this invoice.

_Douglas A. Davel_ _____   _Date_____

PLEASE PAY FROM THIS INVOICE

6-008

# ECONOPRINT

ECONOPRINT INC
ATTN: ACCOUNTS RECEIVABLE
330 Locust Drive
Verona, WI 53593

FROM DESIGN TO DISTRIBUTION

**INVOICE**

Payment Inquiries:     608-288-5502
Customer Service:      608-273-3258

**CONTACT NUMBERS**

**JOB INFO**

| | |
|---|---|
| Invoice Number: | 512387 |
| Invoice Date: | 08/23/2010 |
| Job Number: | 566972 |
| Customer Number: | 171 |
| Customer Contact: | MIRIAM GERAGHTY |
| Purchase Order: | |
| Job Writer: | Lynne Heinzelman |
| Service Center: | Greenway Cross |
| Payment Terms: | Cash on Delivery |

BILL TO:

CASH CUSTOMER - SOUTH
1402 Greenway Cross

Madison, WI 53713

**SHIPPING INFO**

SHIP TO:

BAKER & MCKENZIE
MIRIAM GERAGHTY
130 E. RANDOLPH STREET, STE 350
CHICAGO IL 60601

| QUANTITY | DESCRIPTION | UNIT PRICE | PRICE |
|---|---|---|---|
| | Notice MLG SVC | 0.1647 | 417.06 |
| | **Mailing Service cost does not include per piece postage which would range between $.55 - $.89 at 1st Class rates** | | |
| 2,532 | Notice Mailing | 0.6070 | 1,536.86 |

| | |
|---|---|
| Subtotal | 1,953.92 |
| Freight | 0.00 |
| Tax | 84.53 |
| Total Price | 2,038.45 |

REMIT TO:

ECONOPRINT INC
ATTN: ACCOUNTS RECEIVABLE
330 Locust Drive
Verona, WI 53593

Payment Inquiries: 608-288-5502
Customer Service:  608-273-3258

| | |
|---|---|
| Invoice Number: | 512387 |
| Invoice Date: | 08/23/2010 |
| Invoice Total: | 2,038.45 |
| | |
| Job Number: | 566972 |
| Customer Number: | 171 |
| Customer Contact: | MIRIAM GERAGHTY |
| Purchase Order: | |

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

6-009

**IKON** Document Efficiency At Work.
A RICON COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | L0510040066 |
| Invoice Date: | 04/07/2010 |
| Due Date: | 05/07/2010 |
| Terms: | Net 30 Days |
| Customer Code: | L05-EE |
| Natl ID: | 60∞ |

IKON Office Solutions - Chicago, IL (North)
Phone: (312) 332-7777    Fax: (312) 332-2351
Federal ID: 230334400

**BILL TO:**
**BAKER & MCKENZIE**
1 PRUD PLAZA
SUITE 3500
CHICAGO, IL 60601

Price using: BAKER & MCKENZIE Contract

**SHIP TO:**
**BAKER & MCKENZIE**
1 PRUD PLAZA
SUITE 3500
CHICAGO, IL 60601
Attn: MIRIAM GERAGHTY

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 22231668 | | | Neil Ramich |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1004-0061 | 04/06/2010 | MIRIAM GERAGHTY - BAKER & MCKENZIE | | | | |
| *611 | | Document Numbering (applied) | 87.00 | 0.0400 | | 3.48 |
| *716 | | E-Labels Endorsement | 1,052.00 | 0.0200 | | 21.04 |
| *568 | | B&W Copies D - Heavy Litigation | 1,052.00 | 0.1050 | | 110.46 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above described work has been received and accepted by Customer. Customer assures payment of this invoice within 30 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 30 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| * Non-Taxable: | 134.98 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT  $** | **134.98** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**BAKER & MCKENZIE**
1 PRUD PLAZA
SUITE 3500
CHICAGO, IL 60601

| Amount Enclosed |
|---|
| $ |

Invoice: L0510040066
Invoice Date: 04/07/2010
Due Date: 05/07/2010
Customer Code: L05-EB0N
Natl ID:

6-010

**Please Remit To:**
IKON Office Solutions
LDS Great Lakes District - L05
1600 Solutions Center
Chicago, IL 60677-1005

**PAY THIS AMOUNT  $  134.98**

Page 1 of 1

**IKON** Document Efficiency
At Work.
A IKON COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | L0510020230 |
| Invoice Date: | 02/24/2010 |
| Due Date: | 03/26/2010 |
| Terms: | Net 30 Days |
| Customer Code: | L05-EB0N |
| Natl ID: | 6096 |

IKON Office Solutions - Chicago, IL (North)
Phone:   (312) 332-7777      Fax:   (312) 332-2351
Federal ID:   230334400

**BILL TO:**
BAKER & MCKENZIE
1 PRUD PLAZA
SUITE 3500
CHICAGO, IL 60601

**SHIP TO:**
BAKER & MCKENZIE
1 PRUD PLAZA
SUITE 3500
CHICAGO, IL 60601
Attn:  MIRIAM GERAGHTY

Price using: BAKER & MCKENZIE Contract

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 22231668-000003 | Whirlpool v. UAW | | Neil Ramich |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1002-0129 | 02/11/2010 | MIRIAM GERAGHTY - BAKER & MCKENZIE | | | | |
| *722 | | CD - Duplication(s) | 1.00 | 10.0000 | | 10.00 |
| *716 | | E-Labels Endorsement | 813.00 | 0.0200 | | 16.26 |
| *567 | | B&W Copies C - Medium Litigation | 813.00 | 0.0800 | | 65.04 |
| *712 | | Image Capture C - Medium | 813.00 | 0.0800 | | 65.04 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due.  Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely.  Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| * Non-Taxable: | 156.34 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT**  $ | 156.34 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____   Date: _____

Please pay from this copy.  The party named on this bill is held responsible for payment.

**Payment From:**
BAKER & MCKENZIE
1 PRUD PLAZA
SUITE 3500
CHICAGO, IL 60601

| Amount Enclosed |
|---|
| $ |

Invoice: **L0510020230**
Invoice Date: **02/24/2010**
Due Date: **03/26/2010**
Customer Code: **L05-EB0N**
Natl ID: **6096**

**Please Remit To:**
IKON Office Solutions
LDS Great Lakes District - L05
1600 Solutions Center
Chicago, IL 60677-1005

**PAY THIS AMOUNT  $  156.34**

6-011



ECONOPRINT INC
ATTN: ACCOUNTS RECEIVABLE
330 Locust Drive
Verona, WI  53593

**INVOICE**

| Payment Inquiries: | 608-288-5502 | **CONTACT** |
| Customer Service: | 608-273-3258 | **NUMBERS** |

**JOB INFO**

| Invoice Number: | 513040 |
| Invoice Date: | 08/30/2010 |
| Job Number: | 568083 |
| Customer Number: | 171 |
| Customer Contact: | MIRIAM GERAGHTY |
| Purchase Order: | |
| Job Writer: | Lynne Heinzelman |
| Service Center: | Greenway Cross |
| Payment Terms: | Cash on Delivery |

BILL TO:

CASH CUSTOMER - SOUTH
1402 Greenway Cross

Madison, WI  53713

**SHIPPING INFO**

SHIP TO:

BAKER & MCKENZIE
MIRIAM GERAGHTY
130 E. RANDOLPH STREET,STE 350
CHICAGO IL 60601

| QUANTITY | DESCRIPTION | UNIT PRICE | PRICE |
|---|---|---|---|
| 42 | Notice MLG SVC | 2.2990 | 96.56 |
| 45 | Insert sheets/ Inserting | 0.4420 | 19.89 |
| 42 | POSTAGE ONLY | 1.0500 | 44.10 |

| | | |
|---|---|---|
| | Subtotal: | 160.55 |
| | Freight: | 0.00 |
| | Tax: | 1.09 |
| | Total Price: | 161.64 |

REMIT TO:

ECONOPRINT INC
ATTN: ACCOUNTS RECEIVABLE
330 Locust Drive
Verona, WI  53593

| Payment Inquiries: 608-288-5502 | Invoice Number: | 513040 |
| Customer Service:  608-273-3258 | Invoice Date: | 08/30/2010 |
| | Invoice Total: | 161.64 |
| | Job Number: | 568083 |
| | Customer Number: | 171 |
| | Customer Contact: | MIRIAM GERAGHTY |
| | Purchase Order: | |

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT!**

6-012



# Document Technologies, Inc.

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

## INVOICE

Invoice Number: 559948

Invoice Date: 11/30/10

**Bill To:**
Baker & McKenzie LLP
130 East Randolph Drive
1 Prudential Plaza
Chicago, IL 60601
Kristin McNeely

**Ship To:**
Baker & McKenzie LLP
130 East Randolph Drive
1 Prudential Plaza
Chicago, IL 60601

| | | |
|---|---|---|
| Customer ID | 12703 | |
| Terms | Net 15 Days | |
| SalesPerson | CHI FPS | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

| | |
|---|---|
| Job No. | IM 11-20486 |
| ESI Project No. | |
| Client / Matter No. | Whirlpool |

| Quantity | Description | Unit Price | Total Price |
|---:|---|---:|---:|
| | Volume: PTX001 | | |
| 1 | IMG - CD Master | 25.00 | 25.00 |
| 4,583 | IMG - Branding | 0.01 | 45.83 |
| 4,583 | IMG - PDF File Conversion | 0.01 | 45.83 |
| 1.5 | IMG - Sr. Technical Time | 100.00 | 150.00 |
| 22,915 | Blowbacks | 0.06 | 1,374.90 |
| 730 | Tabs | 0.25 | 182.50 |
| 20 | 4" Binders | 20.00 | 400.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---:|
| Subtotal: | 2,224.06 |
| Total Sales Tax: | 0.00 |
| Total: | 2,224 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435

6-013



**Invoice Number**

**CHI** 00072762

**4809 Westway Park
Payment Center
Houston, Texas 77041**
TAX   75-2796170

BILL TO:  Deronda Terrell

    Seyfarth, Shaw, et. al.
    131 S. Dearborn
    Suite 2400
    Chicago, IL 60603-5803

CLIENT MATTER NO:

16176-30

**INVOICE DATE:**  7/21/2009
**PAYMENT DUE:**  8/20/2009

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 426 | Images- Heavy Litigation | $0.08 | $34.08 |
| 1 | CD Master | $15.00 | $15.00 |
| 426 | OCR | $0.03 | $12.78 |
| | DEPOSITION EXHIBITS FOR | | |
| | HOFFERT & REID | | |

*Please pay*
*Deronda Terrell*

Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Rachel Kreitz at 713-986-4817 for payment assistance.

Data is retained on our storage devices for 6 months.  After 6 months a company representative will contact
you regarding further storage options and fees.

| | |
|---|---|
| SUBTOTAL | $61.86 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| **TOTAL** | **$61.86** |

CUSTOMER SIGNATURE:  _____

ACCOUNT MANAGER
Marc Jurcisin

JOB NUMBER
00072762

**Please Pay From This Invoice by the Due Date Below**

**8/20/2009**

By signing above you acknowledge receipt of work performed.  Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed.  The party above also agrees to the payment due date reflected on this invoice.

# C² Legal

**Invoice**

**Digital Document Management**

20 N Clark Street, STE 300
Chicago, IL 60602
(312)425-8066 Phone
(312)425-8078 Fax

Invoice Number: 0102826-IN
Invoice Date: 6/11/2009

**Sold To:**
Seyfarth Shaw LLP
131 S Dearborn St
Suite 2400
Chicago, IL 60603

**Remit to:**
C2 Legal of Illinois LLC
20 N Clark St, Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter # | Job # | Customer Name | Salesperson |
|---|---|---|---|
| 16176-30 | 058 | Deronda Terrell | Alex Gomez |

| Item Number | Ordered | Price | Amount |
|---|---|---|---|
| Full Service-Medium Litigation | 1,696.000 | 0.140 | 237.44 |
| Index Tabs | 129.000 | 0.300 | 38.70 |
| 2" 3 Ring Binder | 8.000 | 10.000 | 80.00 |

Peter M. Hill
National Accounting Manager
312-252-5303

**Past Due**

*Call with payment schedule*

Signature: _____  Date: 6/19

| To pay by credit card please fill in and fax to 312-425-8078 |
|---|
| Card #: |
| Expires on          Card Type: |

Invoice Total: 356.14

**Please pay from this invoice - Terms: net 30 days from invoice date!!**

# C²Legal

**Digital Document Management**

**20 N Clark Street, STE 300**
**Chicago, IL 60602**
**(312)425-8066 Phone**
**(312)425-8078 Fax**

**Invoice**

Invoice Number: 0102787-IN
Invoice Date: 6/9/2009

Sold To:
Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL  60603

Remit to:
C2 Legal of Illinois LLC
20 N Clark St. Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter # | Job # | | Customer Name | Salesperson |
|---|---|---|---|---|
| 16176-30 | 110 | | Deronda Terrell | Alex Gomez |

| Item Number | Ordered | | Price | Amount |
|---|---|---|---|---|
| Full Service-Medium Litigation | 1,683.000 | | 0.150 | 252.45 |
| Index Tabs | 165.000 | | 0.300 | 49.50 |
| 2" 3 Ring Binder | 4.000 | | 10.000 | 40.00 |
| Laser Color Copies | 132.000 | | 1.250 | 165.00 |

*Please Anticipate*
*16176-30*
*JC.*

Signature:   Date: 6/9/09

To pay by credit card please fill in and fax to 312-425-8078
Card #:
Expires on          Card Type:

Invoice Total:   506.95

*Please pay from  this invoice - Terms: net 30 days from invoice date!!*

Digital Imaging & Coding   Electronic Data Discovery   Litigation Copying   National Accounts   On-Site Staffing
Chicago   Dallas   Denver   Detroit   Houston   New York City
www.c2legal.com

6-016



# EQUIVALENT DATA

*Insight Into Data*®

## INVOICE

Invoice Number

CHI00072312

*INCLUDE ON*
*ALL REMITTANCE*

Please Remit to:
**Remit Payment To:**
**Equivalent DATA**
**4809 Westway Park**
**Payment Center**
**Houston, Texas 77041**

TAX    75-2796170

BILL TO:  Deronda Terrell

Seyfarth, Shaw, et. al.
131 S. Dearborn
Suite 2400
Chicago, IL 60603-5803

INVOICE DATE:  6/12/2009
**PAYMENT DUE:  7/12/2009**

CLIENT MATTER NO:
**16176-30**

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 481 | Images- Heavy Litigation | $0.08 | $38.48 |
| 1 | CD Master | $10.00 | $10.00 |
| 481 | OCR | $0.03 | $14.43 |



POSTED

JUN 2 5 REC'D

JUN 22 PM 4:03

Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Rachel Kreitz at 713-986-4817 for payment assistance.

Data is retained on our storage devices for 6 months.  After 6 months a company representative will contact you
regarding further storage options and fees.

CUSTOMER SIGNATURE: _____

| | |
|---|---|
| SUBTOTAL | $62.91 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| TOTAL | $62.91 |

ACCOUNT MANAGER          JOB NUMBER
    Marc Jurcisin            00072312

* Thank you for using Equivalent DATA !!! (312) 777-5350

Please Pay From This Invoice by the Due Date Below
**7/12/2009**

By signing above you acknowledge receipt of work performed.  Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed.  The party above also agrees to the payment due date reflected on this invoice.

**WHITE - TMG COPY**

# EQUIVALENT DATA
## Insight Into Data®

**Remit Payment To:**
**4809 Westway Park Blvd.**
**Payment Center**
**Houston, Texas 77041**

TAX   75-2796170

# INVOICE

CHI 00072152

**INCLUDE ON ALL REMITTANCE**

BILL TO:  Deronda Terrell
Seyfarth, Shaw, et. al.
131 S. Dearborn
Suite 2400
Chicago, IL 60603-5803

CLIENT MATTER NO:
**16176-30**

INVOICE DATE:  6/8/2009
PAYMENT DUE:  7/8/2009

| QTY. | DESCRIPTION | PRICE | TOTAL |
|------|-------------|-------|-------|
| 539 | Images- Heavy Litigation | $0.08 | $43.12 |
| 1 | CD Master | $10.00 | $10.00 |
| 881 | OCR | $0.03 | $26.43 |
| | Maytag - 001 | | |
| | 19025 - 19563 | | |

Pay your bala⋯ ⋯it cards.
⋯nce.

SUBTOTAL  $79.55
⋯STAGE/FREIGHT  $0.00
SALES TAX  $0.00
AMT APPLIED  $0.00

TOTAL  $79.55

CUSTOMER SIGNATURE:  _____

ACCOUNT MANAGER          JOB NUMBER
Marc Jurcisin               00072152

* Thank you for using Equivalent DATA III (312) 777-5350

Please Pay From This Invoice by the Due Date Below
**7/8/2009**

By signing above you acknowledge receipt of work performed.  Your signature above also represents acceptance of this invoice as a duly authorized agent of the firm billed.  The party above also agrees to the payment due date reflected on this invoice.

**WHITE - TMG COPY**

6-018

# C²Legal

**Invoice**

Digital Document Management

**20 N Clark Street, STE 300**
**Chicago, IL 60602**
**(312)425-8066 Phone**
**(312)425-8078 Fax**

Invoice Number: 0102787-IN
Invoice Date: 6/9/2009

Sold To:
Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL  60603

Remit to:
C2 Legal of Illinois LLC
20 N Clark St. Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter # | Job # | | Customer Name | Salesperson |
|---|---|---|---|---|
| 16176-30 | 110 | | Deronda Terrell | Alex Gomez |

| Item Number | Ordered | Price | Amount |
|---|---|---|---|
| Full Service-Medium Litigation | 1,683.000 | 0.150 | 252.45 |
| Index Tabs | 165.000 | 0.300 | 49.50 |
| 2" 3 Ring Binder | 4.000 | 10.000 | 40.00 |
| Laser Color Copies | 132.000 | 1.250 | 165.00 |

*Please Anticipate*
*16176-30*
*JC*

*(signature)* 6/9/09
Signature:                    Date:

To pay by credit card please fill in and fax to 312-425-8078
Card #:
Expires on                Card Type:

Invoice Total:  506.95

**Please pay from  this invoice - Terms: net 30 days from invoice date!!**

Digital Imaging & Coding   Electronic Data Discovery   Litigation Copying   National Accounts   On-Site Staffing
Chicago   Dallas   Denver   Detroit   Houston   New York City
www.c2legal.com

6-019

152404

W-9

# SEYFARTH SHAW LLP
ATTORNEYS

## CHECK REQUEST FORM

Chicago _____ OFFICE

Date: 6/12/09
Payable To: Cornfield and Feldman

Return Check To: Kristin Duewerth
Date/Time Needed: 06/15/09 @ noon

| Client Name | Matter Name | Client-Matter No. | Amount | Cost Code | Description | Check No. |
|---|---|---|---|---|---|---|
| Whirlpool | maytag v. UAW | 16176 - 30 | $64.98 | D12 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

_____
Requestor Signature

_____
Approving Signature

MELISSA J. AUERBACH
J. DALE BERRY
GILBERT A. CORNFIELD
GILBERT FELDMAN
DAVID M. GOLDBERG
BARBARA J. HILLMAN (NY)
JACOB POMERANZ (CA)
ROBERT A. SELTZER (DC)
RICHARD J. TUPPER
JIM M. VAINIKOS
STEPHEN A. YOKICH

GAIL E. MROZOWSKI
PAMELA LAMBOS

CORNFIELD AND FELDMAN
ATTORNEYS AND COUNSELORS
25 EAST WASHINGTON STREET
SUITE 1400
CHICAGO, ILLINOIS 60602-1803
(312) 236-7800   FAX (312) 236-6686
1-800-621-3821

NEW YORK OFFICE:
30 East 29th Street
New York, NY 10016
(212) 684-5300

ARNOLD E. CHARNIN
(1933-1978)
LINZEY D. JONES
(1922-2005)
BROUDY SIMONS
(1925-2006)
Of Counsel:
MICHAEL H. HOLLAND
MARTIN J. RUBIN

June 11, 2009

*Via Hand Delivery*

Douglas A. Darch, Esq.
SEYFARTH SHAW LLP
Suite 2400
131 South Dearborn Street
Chicago, IL 60603

Re:   *Maytag Corp. v. International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America,*
Civil Action No. 4:08-cv-00291-JEG-RAW

Dear Doug:

Enclosed are copies of the issues of Local 997's *Hotline* newsletter that you designated yesterday for Bates stamping. The Bates numbers are LOCAL 01716 through LOCAL 02196, inclusive.

I am also enclosing a copy of Integrated e Solutions' bill in the amount of $129.87. Please send me a check payable to Cornfield and Feldman for one half that amount, $64.98.

Very truly yours,

CORNFIELD AND FELDMAN

Robert A. Seltzer

/bf
Enclosures

**Integrated e Solutions, Inc.**
**224 N. Des Plaines, Suite 1 North**
**Chicago, IL  60661**

**312-441-0022 - Phone**
**312-441-0992 - Fax**
**FED ID# 27-0073885**



# Invoice

| Date | Invoice # |
|------|-----------|
| 6/11/2009 | 14252 |

| Bill To |
|---------|
| Cornfield & Feldman<br>Attn: Beye Fyfe<br>25 E. Washington St., Suite 1400<br>Chicago, IL 60602-1708 |

| Terms | Rep | Project | Client Billing Reference |
|-------|-----|---------|--------------------------|
| Net 30 | RJF | 0906-122 7808/12 - Maytag Discovery | 7808/12 - Maytag Discovery |

| Box No./CD... | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|---------------|------|------------|----------------|-------------|------|--------|
| | 6/10/2009 | | 481 | B&W Imaging; | 0.14 | 67.34 |
| | 6/10/2009 | | 481 | Endorsing - Bates Number; | 0.01 | 4.81 |
| | 6/10/2009 | | 962 | B&W Blowbacks; | 0.06 | 57.72 |
| | | | | | | |
| | | | | Bates Range: | | |
| | | | | LOCAL 01716 - LOCAL 02196 | | |

| THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC. | **Total** | $129.87 |
|---|---|---|

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

# C²Legal

**Invoice**

**Digital Document Management**

**20 N Clark Street, STE 300**
**Chicago, IL 60602**
**(312)425-8066 Phone**
**(312)425-8078 Fax**

Invoice Number: 0102418-IN
Invoice Date: 5/22/2009

Sold To:
Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL 60603

Remit to:
C2 Legal of Illinois LLC
20 N Clark St. Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter #<br>16176-30 | Job #<br>264 | | Customer Name<br>Deronda Terrell | Salesperson<br>Alex Gomez | |
|---|---|---|---|---|---|
| Item Number | | Ordered | | Price | Amount |
| Full Service-Medium Litigation | | 1,724.000 | | 0.130 | 224.12 |
| Index Tabs | | 116.000 | | 0.300 | 34.80 |



*Please pay V.C. 6/1/09*

POSTED
JUN 01 REC'D

| | | To pay by credit card please fill in and fax to 312-425-8078 | | |
|---|---|---|---|---|
| *Deronda Terrell* 5/27/09 | | Card #: | | Invoice Total: 258.92 |
| Signature: | Date: | Expires on | Card Type: | |

*Please pay from this invoice - Terms: net 30 days from invoice date!!*

Digital Imaging & Coding   Electronic Data Discovery   Litigation Copying   National Accounts   On-Site Staffing
Chicago   Dallas   Denver   Detroit   Houston   New York City
www.c2legal.com

# EQUIVALENT DATA
*Insight Into Data®*

# INVOICE

**Remit Payment To:**

P.O. Box 96370
Houston, Texas 77213

TAX    75-2796170

CHI 00066734

**INCLUDE ON
ALL REMITTANCE**

BILL TO: Doug Darch

Seyfarth, Shaw, et. al.
131 S. Dearborn
Suite 2400
Chicago, IL 60603-5803

**INVOICE DATE:** 7/21/2008
**PAYMENT DUE:** 8/20/2008

CLIENT MATTER NO.
~~16176.000030~~
161476.000030

| QTY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1,222 | Images- Heavy Litigation | $0.08 | $97.76 |
| 3,285 | Images- Glass Work | $0.12 | $394.20 |
| 1 | CD Master | $20.00 | $20.00 |
| 4,507 | OCR | $0.03 | $135.21 |

*Attn: Bill Chickering
Please Pay ASAP*

*269-923-3731*

Pay your balance today with American Express, MasterCard or Visa credit cards.
Call Patrice Spivey at 312-777-5356 for payment assistance.

Data is retained on our storage devices for 6 months. After 6 months a company representative will contact you
regarding further storage options and fees.

*v.m. 8/13*
*8/15 - forwarded to Doug*

**CUSTOMER SIGNATURE:** _____

**ACCOUNT MANAGER**
Marc Jurcisin

**JOB NUMBER**
00066734

| | |
|---|---|
| SUBTOTAL | $647.17 |
| POSTAGE/FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| AMT APPLIED | $0.00 |
| **TOTAL** | **$647.17** |

* Thank you for using Eqivalent Data III (312) 777-5350

*(5351)*

Please Pay From This Invoice by the Due Date Below

**8/20/2008**

By signing above you acknowledge receipt of work performed. Your signature above also represents acceptance of this invoice as a duly
authorized agent of the firm billed. The party above also agrees to the payment due date reflected on this invoice.

TOTAL  P.02

# Loop Legal Copy & Imaging

**Invoice**

Mail Payments to:
Finance Dept.
1701 S. Mays
Suite J-198
Round Rock, TX   78664

318 West Adams Suite 404
Chicago, IL 60606
EIN-36-4248571
(312) 726-COPY

| DATE | INVOICE # |
|------|-----------|
|      |           |

| BILL TO |
|---------|
| Seyfarth Shaw, LLP |
| 131 S. Dearborn St. |
| Suite 2400 |
| Chicago, IL   60603 |

| TERMS | REP | CLIENT# | ORDERED BY |
|-------|-----|---------|------------|
| Net 30 | NC | 16176-30 | Rishi Ballakhan |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Scanning/Digital Imaging | 2,241 | 0.11 | 246.51 |
| Optical Character Recognition (OCR) | 2,241 | 0.04 | 89.64 |
| Computer Time: Scan Set Up and Ringtauk | 1 | 50.00 | 50.00 |
| | | | |
| THANK YOU | | | |

| | |
|---|---|
| **Total** | $386.15 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | |

Signature:

Your signature above is an agreement that the above described work has been authorized and received.  The party above assures payment of this invoice within 30 days.  Interest at the rate of 1.5% per month or a minimum of $10.00 will be charged on invoices not paid within 30 days. Customer agrees to pay all fees incured in the collection of past due accounts.

# C²Legal                     Invoice

**Digital Document Management**

20 N Clark Street, STE 300
Chicago, IL 60602
(312)425-8066 Phone
(312)425-8078 Fax

**Sold To:**
Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL  60603

**Remit to:**
C2 Legal of Illinois LLC
20 N Clark St. Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter #<br>16176-31 | Job #<br>IM213 | | Customer Name<br>Deronda Terrell | | Salesperson<br>Alex Gomez | |
|---|---|---|---|---|---|---|
| Item Number | | Ordered | | | Price | Amount |
| Full Service Scanning-B&W | | 1,734.000 | | | 0.150 | 260.10 |
| Optical Character Recognition | | 1,734.000 | | | 0.030 | 52.02 |
| Data Capture | | 228.000 | | | 0.250 | 57.00 |
| Compact Disc | | 1.000 | | | 25.000 | 25.00 |
| Tech Time | | 1.000 | | | 75.000 | 75.00 |

*OK
Anticipate bills*

**To pay by credit card please fill in and fax to 312-425-8078**

Signature:                  Date: 1/24/08

| Card #: |
|---|
| Expires on          Card Type: |

**Invoice Total:**   469.12

*Please pay from this invoice - Terms: net 30 days from invoice date!!*

Digital Imaging & Coding    Electronic Data Discovery    Litigation Copying    National Accounts    On-Site Staffing
Chicago    Dallas    Denver    Detroit    Houston    New York City
www.c2legal.com



**Invoice**

16176·30

Digital Document Management

Invoice Number:  0098542-IN
Invoice Date:

20 N Clark Street, STE 300
Chicago, IL 60602
(312)425-8066 Phone
(312)425-8078  Fax

Sold To:
Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL  60603

Remit to:
C2 Legal of Illinois LLC
20 N Clark St. Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter #<br>16176-30 | Job #<br>IM115 | | Customer Name<br>Deronda Terrell | Salesperson<br>Alex Gomez | |
|---|---|---|---|---|---|
| Item Number | | Ordered | | Price | Amount |
| Full Service Scanning-B&W | | 1,767.000 | | 0.150 | 265.05 |
| Optical Character Recognition | | 1,767.000 | | 0.030 | 53.01 |
| Data Capture | | 302.000 | | 0.250 | 75.50 |
| Compact Disc | | 1.000 | | 25.000 | 25.00 |

*ok to pay*

Signature:                Date:

**To pay by credit card please fill in and fax to 312-425-8078**

Card #:

Expires on              Card Type:

Invoice Total:          418.56

*Please pay from  this invoice - Terms: net 30 days from invoice date!!*

Digital Imaging & Coding     Electronic Data Discovery     Litigation Copying     National Accounts     On-Site Staffing

Chicago     Dallas     Denver     Detroit     Houston     New York City

www.c2legal.com

*16176-30*

# C²Legal

**Invoice**

Digital Document Management

**Invoice Number:** 0098598-IN

Invoice Date:

20 N Clark Street, STE 300
Chicago, IL 60602
(312)425-8066 Phone
(312)425-8078 Fax

Sold To:
Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL 60603

Remit to:
C2 Legal of Illinois LLC
20 N Clark St. Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter # | Job # | | Customer Name | Salesperson |
|---|---|---|---|---|
| 16176-30 | IM162 | | Deronda Terrell | Alex Gomez |

| Item Number | Ordered | | Price | Amount |
|---|---|---|---|---|
| Full Service Scanning-B&W | 1,637.000 | | 0.130 | 212.81 |
| Optical Character Recognition | 1,637.000 | | 0.030 | 49.11 |
| Data Capture | 233.000 | | 0.250 | 58.25 |
| Compact Disc | 1.000 | | 25.000 | 25.00 |
| Tech Time | 1.000 | | 75.000 | 75.00 |

*ok to pay*

Signature:   Date: 11/18/07

| To pay by credit card please fill in and fax to 312-425-8078 |
|---|
| Card #: |
| Expires on        Card Type: |

Invoice Total:   420.17

***Please pay from this invoice - Terms: net 30 days from invoice date!!***

Digital Imaging & Coding   Electronic Data Discovery   Litigation Copying   National Accounts   On-Site Staffing
Chicago   Dallas   Denver   Detroit   Houston   New York City
www.c2legal.com

# C² Legal

Digital Document Management

**Invoice**

16176-30

Invoice Number: 0098717-IN

20 N Clark Street, STE 300
Chicago, IL 60602
(312)425-8066  Phone
(312)425-8078  Fax

Sold To:
Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL  60603

Remit to:
C2 Legal of Illinois LLC
20 N Clark St. Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter #<br>1476-31 | Job #<br>IM226 | Customer Name<br>Deronda Terrell | | Salesperson<br>Alex Gomez | |
|---|---|---|---|---|---|
| Item Number | | Ordered | | Price | Amount |
| Full Service Scanning-B&W | | 171.000 | | 0.150 | 25.65 |
| Optical Character Recognition | | 171.000 | | 0.030 | 5.13 |
| Data Capture | | 26.000 | | 0.250 | 6.50 |
| Compact Disc | | 1.000 | | 25.000 | 25.00 |
| Tech Time | | 1.000 | | 75.000 | 75.00 |

OK
Anticipate bills

Signature: _Dero Terrell_   Date: 11/24/08

To pay by credit card please fill in and fax to 312-425-8078

Card #:

Expires on _____   Card Type: _____

Invoice Total:   137.28

**Please pay from  this invoice - Terms: net 30 days from invoice date!!**

Digital Imaging & Coding    Electronic Data Discovery    Litigation Copying    National Accounts    On-Site Staffing
Chicago    Dallas    Denver    Detroit    Houston    New York City
www.c2legal.com

# C² Legal

**Invoice**

Digital Document Management

**20 N Clark Street, STE 300**
**Chicago, IL 60602**
**(312)425-8066 Phone**
**(312)425-8078 Fax**

Invoice Number:  0098871-IN
Invoice Date:  12/3/2008

Sold To:
Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL  60603

Remit to:
C2 Legal of Illinois LLC
20 N Clark St. Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter # | Job # | | Customer Name | Salesperson | |
|---|---|---|---|---|---|
| 16176-30 | 044 | | Deronda Terrell | Alex Gomez | |
| **Item Number** | | **Ordered** | | **Price** | **Amount** |
| Full Service-Medium Litigation | | 140.000 | | 0.150 | 21.00 |
| Index Tabs | | 34.000 | | 0.300 | 10.20 |
| Custom Tabs | | 5.000 | | 0.500 | 2.50 |
| 2" 3 Ring Binder | | 1.000 | | 10.000 | 10.00 |

To pay by credit card please fill in and fax to 312-425-8078

Card #:

Signature:                       Date:

Expires on            Card Type:

Invoice Total:            43.70

_Please pay from  this invoice - Terms: net 30 days from invoice date!!_

Digital Imaging & Coding    Electronic Data Discovery    Litigation Copying    National Accounts    On-Site Staffing
Chicago    Dallas    Denver    Detroit    Houston    New York City
www.c2legal.com

# C² Legal

**Invoice**

16176 30

**Digital Document Management**

**20 N Clark Street, STE 300
Chicago, IL 60602
(312)425-8066 Phone
(312)425-8078 Fax**

Invoice Number: 00913491IM
Invoice Date: 12/2/2008

Sold To:
Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL  60603

Remit to:
C2 Legal of Illinois LLC
20 N Clark St. Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter #<br>16176-30 | Job #<br>IM003 | | Customer Name<br>Deronda Terrell | Salesperson<br>Alex Gomez | |
|---|---|---|---|---|---|
| Item Number | | Ordered | | Price | Amount |
| Full Service Scanning-B&W | | 585.000 | | 0.130 | 76.05 |
| Optical Character Recognition | | 585.000 | | 0.030 | 17.55 |
| Data Capture | | 585.000 | | 0.250 | 146.25 |
| Compact Disc | | 1.000 | | 25.000 | 25.00 |

Signature:          Date:

To pay by credit card please fill in and fax to 312-425-8078

Card #:

Expires on              Card Type:

Invoice Total:

**_Please pay from  this invoice - Terms: net 30 days from invoice date!!_**

Digital Imaging & Coding     Electronic Data Discovery     Litigation Copying     National Accounts     On-Site Staffing
Chicago     Dallas     Denver     Detroit     Houston     New York City
www.c2legal.com

# Loop Legal Copy & Imaging

Mail Payments to:
Finance Dept.
1701 S. Mays
Suite J-198
Round Rock, TX  78664

318 West Adams Suite 404
Chicago, IL 60606
EIN-36-4248571
(312) 726-COPY



## Invoice

| DATE | INVOICE # |
|------|-----------|
|      |           |

| BILL TO |
|---------|
| Seyfarth Shaw, LLP |
| 131 S. Dearborn St. |
| Suite 2400 |
| Chicago, IL  60603 |

| TERMS | REP | CLIENT# | ORDERED BY |
|-------|-----|---------|------------|
| Net 30 | NC | 16176-30 | Rishi Ballakhan |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Scanning/Digital Imaging | 2,241 | 0.11 | 246.51 |
| Optical Character Recognition (OCR) | 2,241 | 0.04 | 89.64 |
| Computer Time: Scan Set Up and Ringtauk | 1 | 50.00 | 50.00 |
| THANK YOU | | | |

| | |
|--|--|
| **Total** | $386.15 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | |

Signature:

Your signature above is an agreement that the above described work has been authorized and received.  The party above assures payment of this invoice within 30 days.  Interest at the rate of 1.5% per month or a minimum of $10.00 will be charged on invoices not paid within 30 days. Customer agrees to pay all fees incured in the collection of past due accounts.



# Invoice

**Digital Document Management**
**20 N Clark Street, STE 300**
**Chicago, IL 60602**
**(312)425-8066 Phone**
**(312)425-8078 Fax**

Invoice Number: 0099227-IN
Invoice Date: 12/19/2008

OK to pay

Sold To:
Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL 60603

Remit to:
C2 Legal of Illinois LLC
20 N Clark St. Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter #<br>16176-30 | Job #<br>IM200 | Customer Name<br>Deronda Terrell | Salesperson<br>Alex Gomez |
| --- | --- | --- | --- |

| Item Number | Ordered | Price | Amount |
| --- | --- | --- | --- |
| Full Service Scanning-B&W | 86.000 | 0.120 | 10.32 |
| Optical Character Recognition | 86.000 | 0.030 | 2.58 |
| Compact Disc | 1.000 | 25.000 | 25.00 |

Signature: _____ Date: 1/6/08

To pay by credit card please fill in and fax to 312-425-8078
Card #:
Expires on _____ Card Type: _____

Invoice Total: 37.90

*Please pay from  this invoice - Terms: net 30 days from invoice date!!*

Digital Imaging & Coding    Electronic Data Discovery    Litigation Copying    National Accounts    On-Site Staffing
Chicago    Dallas    Denver    Detroit   Houston    New York City
www.c2legal.com

6-033



**Invoice**

16176-30

Digital Document Management

Invoice Number: 0098717-IN

**20 N Clark Street, STE 300**
**Chicago, IL 60602**
**(312)425-8066 Phone**
**(312)425-8078 Fax**

Sold To:
Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL  60603

Remit to:
C2 Legal of Illinois LLC
20 N Clark St. Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter #<br>1476-31 | Job #<br>IM226 | | Customer Name<br>Deronda Terrell | | Salesperson<br>Alex Gomez | |
|---|---|---|---|---|---|---|
| Item Number | | Ordered | | Price | | Amount |
| Full Service Scanning-B&W | | 171.000 | | 0.150 | | 25.65 |
| Optical Character Recognition | | 171.000 | | 0.030 | | 5.13 |
| Data Capture | | 26.000 | | 0.250 | | 6.50 |
| Compact Disc | | 1.000 | | 25.000 | | 25.00 |
| Tech Time | | 1.000 | | 75.000 | | 75.00 |

OK

Anticipate bill

| | | |
|---|---|---|
| *Signature:* Dero Terrell   *Date:* 11/24/08 | To pay by credit card please fill in and fax to 312-425-8078<br>Card #:<br>Expires on              Card Type: | Invoice Total:        137.28 |

*Please pay from this invoice - Terms: net 30 days from invoice date!!!*

Digital Imaging & Coding    Electronic Data Discovery    Litigation Copying    National Accounts    On-Site Staffing
Chicago    Dallas    Denver    Detroit    Houston    New York City
www.c2legal.com

6-035



**Invoice**

16176-30

Digital Document Management

Invoice Number: 0098542-IN

Invoice Date: 11/14/2006

20 N Clark Street, STE 300
Chicago, IL 60602
(312)425-8066 Phone
(312)425-8078 Fax

**Sold To:**
Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL 60603

**Remit to:**
C2 Legal of Illinois LLC
20 N Clark St. Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter # | Job # | | Customer Name | Salesperson |
|---|---|---|---|---|
| 16176-30 | IM115 | | Deronda Terrell | Alex Gomez |

| Item Number | Ordered | Price | Amount |
|---|---|---|---|
| Full Service Scanning-B&W | 1,767.000 | 0.150 | 265.05 |
| Optical Character Recognition | 1,767.000 | 0.030 | 53.01 |
| Data Capture | 302.000 | 0.250 | 75.50 |
| Compact Disc | 1.000 | 25.000 | 25.00 |

Bill to pay

To pay by credit card please fill in and fax to 312-425-8078

Card #:

Signature:          Date: 11/16/06

Expires on          Card Type:

Invoice Total:          418.56

**Please pay from this invoice - Terms: net 30 days from invoice date!!**

Digital Imaging & Coding    Electronic Data Discovery    Litigation Copying    National Accounts    On-Site Staffing
Chicago    Dallas    Denver    Detroit    Houston    New York City
www.c2legal.com



**Invoice**

*16176-30*

Invoice Number: 0098568-JN

Invoice Date: 11/17/2008

20 N Clark Street, STE 300
Chicago, IL 60602
(312)425-8066 Phone
(312)425-8078 Fax

**Sold To:**
Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL 60603

**Remit to:**
C2 Legal of Illinois LLC
20 N Clark St. Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter #<br>16176-30 | Job #<br>IM125 | | Customer Name<br>Deronda Terrell | Salesperson<br>Alex Gomez | |
|---|---|---|---|---|---|
| Item Number | | Ordered | | Price | Amount |
| Full Service Scanning-B&W | | 2,053.000 | | 0.130 | 266.89 |
| Optical Character Recognition | | 2,053.000 | | 0.030 | 61.59 |
| Data Capture | | 198.000 | | 0.250 | 49.50 |
| Compact Disc | | 1.000 | | 25.000 | 25.00 |

*ok to pay*

To pay by credit card please fill in and fax to 312-425-8078
Card #:
Expires on          Card Type:

Invoice Total:      402.98

*Signature:* _____ *Date:* 11/18/08

**_Please pay from this invoice - Terms: net 30 days from invoice date!!_**

Digital Imaging & Coding    Electronic Data Discovery    Litigation Copying    National Accounts    On-Site Staffing
Chicago    Dallas    Denver    Detroit    Houston    New York City
www.c2legal.com

# C²Legal

**Digital Document Management**
**20 N Clark Street, STE 300**
**Chicago, IL 60602**
**(312)425-8066 Phone**
**(312)425-8078 Fax**

## Invoice

FEB 19 AM 11:08

Invoice Number: 0100200-IN
Invoice Date: 2/10/2009

**Sold To:**
Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL 60603

**Remit to:**
C2 Legal of Illinois LLC
20 N Clark St. Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter # | Job # | | Customer Name | Salesperson |
|---|---|---|---|---|
| 16176-30 | IM090 | | Deronda Terrell | Alex Gomez |

| Item Number | Ordered | Price | Amount |
|---|---|---|---|
| Full Service Scanning-B&W | 114.000 | 0.120 | 13.68 |
| Optical Character Recognition | 114.000 | 0.030 | 3.42 |
| Compact Disc | 1.000 | 25.000 | 25.00 |

**RECEIVED**

**FEB 1 8 2009**

**SEYFARTH SHAW**

Signature: _Deronda Terrell_    Date: 2/18/09

To pay by credit card please fill in and fax to 312-425-8078
Card #:
Expires on                    Card Type:

Invoice Total:                    42.10

_**Please pay from this invoice - Terms: net 30 days from invoice date!!**_

---

Digital Imaging & Coding   Electronic Data Discovery   Litigation Copying   National Accounts   On-Site Staffing
Chicago   Dallas   Denver   Detroit   Houston   New York City
www.c2legal.com

# C² Legal

**Invoice**

Digital Document Management
**20 N Clark Street, STE 300**
**Chicago, IL 60602**
**(312)425-8066 Phone**
**(312)425-8078 Fax**

FEB 19 AM 11:08

Invoice Number: 0100176-IN
Invoice Date: 2/9/2009

Sold To:
Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL  60603

Remit to:
C2 Legal of Illinois LLC
20 N Clark St. Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter # 16173-30 | Job # IM081 | Customer Name Deronda Terrell | Salesperson Alex Gomez | |
|---|---|---|---|---|
| Item Number | Ordered | | Price | Amount |
| Full Service Scanning-B&W | 161.000 | | 0.150 | 24.15 |
| Optical Character Recognition | 161.000 | | 0.030 | 4.83 |
| Compact Disc | 1.000 | | 25.000 | 25.00 |

**RECEIVED**

FEB 1 8 2009

**SEYFARTH SHAW**

Signature:                    Date:

To pay by credit card please fill in and fax to 312-425-8078
Card #:
Expires on                    Card Type:

Invoice Total:        53.98

_**Please pay from  this invoice - Terms: net 30 days from invoice date!!**_

Digital Imaging & Coding   Electronic Data Discovery   Litigation Copying   National Accounts   On-Site Staffing
Chicago   Dallas   Denver   Detroit   Houston   New York City
www.c2legal.com



**IN DEMAND**
DOCUMENT SERVICES, LLC

200 West Adams
Suite LL110
Chicago, Il 60606
312 658-1295

# Invoice

| Invoice Date | Invoice # |
|---|---|
| **2/20/2009** | **12565** |

**Bill To**

Seyfarth Shaw
Deronda Terrel
131 S. Dearborn St.
Suite 2400
Chicago, IL 60603

**Ship To**

Seyfarth Shaw
Deronda Terrel
131 S. Dearborn St.
Suite 2400
Chicago, IL 60603

**Remit Payment To:**
**In Demand Document Services, LLC**
**200 W. Adams**
**Suite LL110**
**Chicago, Il 60606**

| Reference Matter / PO # | | Payment Terms | Sales Rep. | Del. Date |
|---|---|---|---|---|
| 16176-30 | | Net 10 Days | TJK | 2/20/2009 |

| Item Code | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Scanning C Med | Scanning Medium Litigation | 201 | 0.08 | 16.08 |
| OCR | Optical Character Recognition | 201 | 0.03 | 6.03 |
| CDM | CD Master | 1 | 15.00 | 15.00 |

| | |
|---|---|
| **Total** | $37.11 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$37.11** |

Terms of payment are ten (10) days from the date of invoice.
All delinquent accounts shall bear interest at a rate of 1.5%
per month (18% per annum), or the maximum legal rate of
interest, if less, commencing eleven (11) days after invoice date.

*Make all checks payable to In Demand Document Services, LLC*

FEIN # 02-0763439

Received By: _____    Date: _____

**We now accept AMEX, MasterCard & Visa!**

# C²Legal

## Invoice

**Digital Document Management**
**20 N Clark Street, STE 300**
**Chicago, IL 60602**
**(312)425-8066 Phone**
**(312)425-8078 Fax**

Invoice Number: 0101293-IN
Invoice Date: 3/31/2009

Sold To:
Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL 60603

Remit to:
C2 Legal of Illinois LLC
20 N Clark St. Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter # | Job # | | Customer Name | Salesperson |
|---|---|---|---|---|
| 16176-30 | 389 | | Deronda Terrell | Alex Gomez |

| Item Number | Ordered | Price | Amount |
|---|---|---|---|
| Full Service-Medium Litigation | 492.000 | 0.150 | 73.80 |
| Laser Color Copies | 198.000 | 1.250 | 247.50 |
| Index Tabs | 134.000 | 0.300 | 40.20 |
| 3" 3 Ring Binder | 2.000 | 12.000 | 24.00 |



POSTED
APR 2 7 REC'D

APR 15 AM 11:38

Signature:    Date:

To pay by credit card please fill in and fax to 312-425-8078
Card #:
Expires on          Card Type:

Invoice Total:          385.50

**_Please pay from this invoice - Terms: net 30 days from invoice date!!_**

Digital Imaging & Coding    Electronic Data Discovery    Litigation Copying    National Accounts    On-Site Staffing

Chicago    Dallas    Denver    Detroit    Houston    New York City

www.c2legal.com

# C²Legal

**Invoice**

**Digital Document Management**
**20 N Clark Street, STE 300**
**Chicago, IL 60602**
**(312)425-8066 Phone**
**(312)425-8078 Fax**

Invoice Number:  0101333-IN
Invoice Date:  3/31/2009

Sold To:
Seyfarth Shaw LLP
131 S Dearborn St.
Suite 2400
Chicago, IL  60603

Remit to:
C2 Legal of Illinois LLC
20 N Clark St. Suite 300
Chicago, IL 60602-4192
Tax ID: 75-2705044

| Client Matter # | Job # | | Customer Name | Salesperson |
|---|---|---|---|---|
| 16176-30 | 399 | | Deronda Terrell | Alex Gomez |

| Item Number | Ordered | | Price | Amount |
|---|---|---|---|---|
| Full Service-Medium Litigation | 2,820.000 | | 0.150 | 423.00 |
| Laser Color Copies | 166.000 | | 1.250 | 207.50 |
| Index Tabs | 304.000 | | 0.300 | 91.20 |
| 1" 3 Ring Binder | 4.000 | | 8.000 | 32.00 |
| 2" 3 Ring Binder | 4.000 | | 10.000 | 40.00 |
| 3" 3 Ring Binder | 4.000 | | 12.000 | 48.00 |

POSTED
APR 2 7 REC'D

APR 15 AM11:38

Signature: _____  Date: _____

To pay by credit card please fill in and fax to 312-425-8078

Card #:

Expires on _____  Card Type: _____

Invoice Total:   841.70

*Please pay from  this invoice - Terms: net 30 days from invoice date!!*

Digital Imaging & Coding   Electronic Data Discovery   Litigation Copying   National Accounts   On-Site Staffing

Chicago   Dallas   Denver   Detroit   Houston   New York City

www.c2legal.com

6-042

# Loop Legal Copy & Imaging

Mail Payments to:
Finance Dept.
1701 S. Mays
Suite J-198
Round Rock, TX  78664

17 N. State Suite 1500A
Chicago, IL 60602
EIN-36-4248571
(312) 726-COPY

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/17/2009 | 56096 |

| BILL TO |
|---------|
| Seyfarth Shaw, LLP |
| 131 S. Dearborn St. |
| Suite 2400 |
| Chicago, IL   60603 |

POSTED

APR 2 7 REC'D

| TERMS | REP | CLIENT# | | ORDERED BY |
|-------|-----|---------|---|-----------|
| Net 30 | NC | 16176-30 | | Derronda Terrell |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Follow Special Detailed Instructions | | | |
| Scanning/Digital Imaging | | | |
| Optical Character Recognition (OCR) | 4,518 | 0.09 | 406.62 |
| Matching Bates Numbering | 4,518 | 0.03 | 135.54 |
| UAW_00001-01090 | 4,518 | 0.01 | 45.18 |
| UAW_01091-02892 (1 Gap from range UAW_02002-02087) | | | |
| LOCAL_00001-01712 | | | |
| Computer Time | | | |
| Labor Intensive Project | 1 | 50.00 | 50.00 |
| DUE - 9:30 A.M. | | | |
| | | | |
| THANK YOU | | | |

| | Total | $637.34 |
|--|-------|---------|

Signature:

| Payments/Credits | $0.00 |
|------------------|-------|
| **Balance Due** | $637.34 |

Your signature above is an agreement that the above described work has been authorized and received.  The party above assures payment of this invoice within 30 days.  Interest at the rate of 1.5% per month or a minimum of $10.00 will be charged on invoices not paid within 30 days. Customer agrees to pay all fees incured in the collection of past due accounts.



**IN DEMAND**

APR 15 AM 11:38

200 West Adams
Suite LL110
Chicago, Il 60606
312 658-1295

| Invoice Date | Invoice # |
|---|---|
| 3/20/2009 | 12964 |

**Bill To**

Seyfarth Shaw
Justin Beyer
131 S. Dearborn St.
Suite 2400
Chicago, IL 60603

**Ship To**

Seyfarth Shaw
Deronda Terrell
131 S. Dearborn St.
Suite 2400
Chicago, IL 60603

Remit Payment To:
In Demand Document Services, LLC
200 W. Adams
Suite LL110
Chicago, Il 60606

| Reference Matter / PO # | Payment Terms | Sales Rep. | Del. Date |
|---|---|---|---|
| 16176-30 | Net 10 Days | PJH | 3/20/2009 |

| Item Code | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Scanning D Heavy | Scanning Heavy Litigation | 304 | 0.08 | 24.32 |
| BM | Bates Matching | 304 | 0.02 | 6.08 |
| OCR | Optical Character Recognition | 304 | 0.03 | 9.12 |
| CDM | CD Master | 1 | 15.00 | 15.00 |

POSTED

APR 2 7 REC'D

| | |
|---|---|
| **Total** | $54.52 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $54.52 |

Terms of payment are ten (10) days from the date of invoice.
All delinquent accounts shall bear interest at a rate of 1.5%
per month (18% per annum), or the maximum legal rate of
interest, if less, commencing eleven (11) days after invoice date.

*Make all checks payable to In Demand Document Services, LLC*

FEIN # 02-0763439

Received By: _____     Date: _____

**We now accept AMEX, MasterCard & Visa!**

**IN DEMAND**
DOCUMENT SERVICES, LLC

200 West Adams
Suite LL110
Chicago, Il 60606
312 658-1295

POSTED
MAY 04 REC'D

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 5/1/2009 | 13345 |

| Bill To |
|---|
| Seyfarth Shaw<br>Deronda Terrell<br>131 S. Dearborn St.<br>Suite 2400<br>Chicago, IL 60603 |

| Ship To |
|---|
| Seyfarth Shaw<br>Deronda Terrell<br>131 S. Dearborn St.<br>Suite 2400<br>Chicago, IL 60603 |

**Remit Payment To:**
**In Demand Document Services, LLC**
**200 W. Adams**
**Suite LL110**
**Chicago, Il 60606**

| Reference Matter / PO # | Payment Terms | Sales Rep. | Del. Date |
|---|---|---|---|
| 16176-30 | Net 10 Days | TJK | 5/1/2009 |

| Item Code | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Scanning C Med | Scanning Medium Litigation | 229 | 0.08 | 18.32 |
| CDM | CD Master | 1 | 15.00 | 15.00 |

| | |
|---|---|
| **Total** | $33.32 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$33.32** |

Terms of payment are ten (10) days from the date of invoice.
All delinquent accounts shall bear interest at a rate of 1.5%
per month (18% per annum), or the maximum legal rate of
interest, if less, commencing eleven (11) days after invoice date.

*Make all checks payable to In Demand Document Services, LLC*

FEIN # 02-0763439

Received By: _____   Date: _____

**We now accept AMEX, MasterCard & Visa!**



200 West Adams
Suite LL110
Chicago, Il 60606
312 658-1295

| Invoice Date | Invoice # |
|---|---|
| 5/11/2009 | 13386 |

**Bill To**

Seyfarth Shaw
Deronda Terrell
131 S. Dearborn St.
Suite 2400
Chicago, IL 60603

**Ship To**

Seyfarth Shaw
Deronda Terrell
131 S. Dearborn St.
Suite 2400
Chicago, IL 60603

Remit Payment To:
**In Demand Document Services, LLC**
**200 W. Adams**
**Suite LL110**
**Chicago, Il 60606**

| Reference Matter / PO # | Payment Terms | Sales Rep. | Del. Date |
|---|---|---|---|
| 16176-30 | Net 10 Days | TJK | 5/11/2009 |

| Item Code | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Scanning C Med | Scanning Medium Litigation | 235 | 0.08 | 18.80 |
| Scanning  Color | Scan color documents 8 1/2 x 11 | 40 | 0.40 | 16.00 |
| OCR | Optical Character Recognition | 235 | 0.03 | 7.05 |
| CDM | CD Master | 1 | 15.00 | 15.00 |

POSTED
MAY 1 4 REC'D

*Lester,*
*Please pay per O'Drein*
*Charge 16176-30*
*VC Perk*
*6/12/09*

| | |
|---|---|
| **Total** | $56.85 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $56.85 |

Terms of payment are ten (10) days from the date of invoice.
All delinquent accounts shall bear interest at a rate of 1.5%
per month (18% per annum), or the maximum legal rate of
interest, if less, commencing eleven (11) days after invoice date.

*Make all checks payable to In Demand Document Services, LLC*

FEIN # 02-0763439

Received By: _____      Date: _____

**We now accept AMEX, MasterCard & Visa!**

 **BlueStar**

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2010 | 65429 |

Bill To

Baker & McKenzie LLP
One Prudential Plaza
130 E. Randolph
Chicago, IL  60601

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

| Balance Due | $41.92 |
|-------------|--------|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

**BlueStar Computer Solutions, Inc.**

| Attention | Terms | Due Date | Client Matter | Rep |
|-----------|-------|----------|---------------|-----|
| Karen Sewell | Net 30 | 1/31/2011 | 22231668-000003 | JW |

| Description | Qty | Rate | Service Date | Amount |
|-------------|-----|------|--------------|--------|
| Endorse Pages<br>Bates Range: W00016185 - W00016607 | 423 | 0.02 | 12/2/2010 | 8.46 |
| Redactions | 423 | 0.02 | 12/2/2010 | 8.46 |
| Media Delivery: CD Master<br>Export Volume Name 20101202_VOL001 | 1 | 25.00 | 12/2/2010 | 25.00 |

Customer Signature:

| | |
|---|---|
| Total | $41.92 |
| Payments/Credits | $0.00 |
| Balance Due | $41.92 |

For questions about your bill please call 312.939.3000.  Our Federal
Tax ID number is 56-2355533

**BlueStar**

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2010 | 65430 |

**Bill To**

Baker & McKenzie LLP
One Prudential Plaza
130 E. Randolph
Chicago, IL  60601

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

**Balance Due**    $273.64

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

**BlueStar Computer Solutions, Inc.**

| Attention | Terms | Due Date | Client Matter | Rep |
|-----------|-------|----------|---------------|-----|
| Karen Sewell | Net 30 | 1/30/2011 | 22231668-000003 | JW |

| Description | Qty | Rate | Service Date | Amount |
|-------------|-----|------|--------------|--------|
| OCR Pages | 8,161 | 0.03 | 12/3/2010 | 244.83 |
| Tiff Conversion | 127 | 0.03 | 12/3/2010 | 3.81 |
| Bates Range:<br>LOCAL 00001 - LOCAL 03066,<br>UAW 00001 - UAW 04804,<br>W00015263 - W00016821 | | | | |
| Media Delivery: CD Master<br>Export Volume Name:<br>20101204_CON_VOL001_new | 1 | 25.00 | 12/3/2010 | 25.00 |

| Customer Signature: | | |
|---------------------|---|---|
| **Total** | | $273.64 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | **$273.64** |

For questions about your bill please call 312.939.3000.  Our Federal
Tax ID number is 56-2355533