IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MAYTAG CORPORATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 08-CV-00291 |
| v. ) | |
| ) | |
| INTERNATIONAL UNION, UNITED ) | |
| AUTOMOBILE, WORKERS ) | |
| OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

**UNCONTESTED MOTION FOR LEAVE TO FILE INADVERTENTLY OMITTED
DOCUMENTATION IN SUPPORT OF PLAINTIFFS' BILL OF COSTS**

NOW COME Plaintiffs, Maytag Corporation and Whirlpool Corporation (herein referred to collectively as the "Company" or the "Plaintiffs"), through their counsel, submit the following Uncontested Motion for Leave to File Inadvertently Omitted Documentation In Support of Plaintiffs' Bill of Costs. In support thereof, Plaintiffs state:

1. On August 5, 2011, Plaintiffs filed a timely Bill of Costs with the Court pursuant to the Court's July 21, 2011 Order, Federal Rule of Civil Procedure 54(d)(1), Local Rule 54, and 28 U.S.C. §1920. Specifically, Plaintiffs filed Form A.O. 133, a Table of Contents (which included an itemization of all costs including a description of the costs and the exact dollar amount), and 278 pages of supporting documentation.

2. On August 9, 2011, Plaintiffs learned that due to an administrative error, they did not file twenty-nine (29) pages of documentation in support of the final category of costs listed on Form A.O. 133, "Other Costs."

3. Defendants will not be prejudiced should the Court grant Plaintiffs leave to file the inadvertently omitted supporting documentation as Defendants were fully aware of the

"Other Costs" on August 5, 2011.  Specifically, the sum of these costs were listed on Form A.O. 133, and an itemization of these costs were included in the "Table of Contents" (a description of the costs and the exact dollar amount).  The inadvertently omitted documentation simply supports the information previously provided to Defendants on August 5, 2011.

4. On August 9, 2011, Plaintiffs' counsel spoke to Defendants' counsel regarding this administrative error.  Defendants' counsel stated that he did not have any objections to Plaintiffs filing the inadvertently omitted supporting documentation.

WHEREFORE, Plaintiffs, Maytag Corporation and Whirlpool Corporation, respectfully seek leave from the Court to file the inadvertently omitted supporting documentation to their Bill of Costs, attached as Exhibit A.

Respectfully submitted,


  /s/ Douglas A. Darch
Douglas Darch
Miriam Geraghty
Meagan LeGear
Baker & McKenzie LLP
130 E. Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-8933
Facsimile: (312) 698-2965
E-mail: douglas.darch@bakernet.com


Gene R. La Suer
Deborah Tharnish
Davis, Brown, Koehn, Shors & Roberts, P.C.
The Davis Brown Tower
Des Moines, Iowa 50309-3993
E-mail: GeneLaSuer@davisbrownlaw.com

## CERTIFICATE OF SERVICE

     The undersigned attorney hereby certifies that on August 10, 2011, he caused the foregoing to be filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties below not indicated on the electronic filing receipt will be served via electronic mail or U.S. Mail. Parties may access this filing through the Court's filing system.

| | |
|---|---|
| Mark T. Hedberg<br>HEDBERG & BOULTON P.C.<br>100 Court Avenue, Suite 425<br>DES MOINES, IA  50309<br>515 288 4148<br>515 288 4149 (fax)<br>mthedberg@uswest.net | Robert A. Seltzer<br>CORNFIELD AND FELDMAN<br>25 E. Washington Street<br>Suite 1400<br>Chicago, IL  60602-1803<br>312 236 7800<br>312 236 6686 (fax)<br>rseltzer@cornfieldandfeldman.com |
| Barry A. Macey<br>Macey Swanson and Allman<br>445 N. Pennsylvania Street,<br>Suite 401<br>Indianapolis, Indiana  46204<br>(317) 637-2345<br>bmacey@maceylaw.com | |

                                                 /s/ Douglas A. Darch  
                                                  Douglas A. Darch