CHICAGO MESSENGER SERVICE
Seyfarth Shaw LLP
131 S Dearborn St / #2400
Chicago Il 60603

Page 01

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16176030 | 3090990 | DARCH | 06/26/09 | $ 89.52 | 317 | N AVE | BARRINGTON | 131 | S DEARBORN ST | CHICAGO | 0508p | 075 |
| | | | Subtotal | $ 89.52 | | | | | | | | |



**CHICAGO MESSENGER SERVICE**

1600 S. Ashland Avenue • Chicago, IL 60608-2013

312-997-2625
Orders: 312-666-6800
Billing Fax: 312-997-2552

REMIT TO:
3188 EAGLE WAY
CHICAGO, IL 60678-1318

312-666-6800

REMIT TO:
3188 EAGLE WAY
CHICAGO, IL 60678-1318

| 06/26/09 | 3890-9901 | SEYFARTH SHAW LLP |
| | 2/ 79 131 | S DEARBORN ST |

FREIGHT CHARGES UNPAID BEYOND 30 DAYS
SUBJECT TO 1½% LATE PAYMENT CHARGE PER MONTH

H =HURRIER   B =BIKE   C =CAR   1 =SPEEDY
FS=FUEL SURCHARGE        RT=ROUND TRIP

| DOUGLAS DARCH | | |
| BARRINGTON | | |
| CURRENT | 15-30 | 31-45 | OVER 45 |

| | | | 161768300ARCH | | |
| | | JDN | HC | FS |
| | | | 80.29 | 9.23 |

PLEASE PAY
THIS AMOUNT

| INTERIM PAYMENT CHARGE | 89.52 3890-9901 | 89.52 |
| TOTAL BALANCE DUE | | |

LATE PAYMENT
CHARGE

TOTAL DUE

-CONT-   -CONT-   -CONT-

PLEASE DETACH AND
RETURN WITH REMITTANCE
FOR PROPER CREDIT

CHICAGO MESSENGER SERVICE
Seyfarth Shaw LLP
131 S Dearborn St / #2400

1617630        3033762  D DARCH      05/15/09  $   7.45      25    E WASHINGTON S CHICAGO       131    S DEARBORN ST  CHICAGO      0343p  0418
                                     Subtotal $   7.45



CHICAGO MESSENGER SERVICE

312-666-6800

REMIT TO:
3188 EAGLE WAY
CHICAGO, IL 60678-1318

INVOICE #: 479823
ACCOUNT #: 900918
REMITTANCE STUB

7.45   3833-7621

INVOICE #: 479823
BILLING DATE: 05/17/09
ACCOUNT #: 900918
PERIOD ENDING: 05/17/09
PAGE: .00

ICCMC 166935 ILCC 22337 MC-CRB
F.E.I.N. 36-2828687

BILLING QUESTIONS CALL:
312-997-2625
Orders: 312-666-6800
Billing Fax: 312-997-2552

REMIT TO:
3188 EAGLE WAY



CHICAGO MESSENGER SERVICE

1617630 D DARCH     HB
SANDRA              7.45

7.45   3833-7621

CORNFIELD & FELDMAN
25   E WASHINGTON ST

05/15/09  3833-7621  SEYFARTH SHAW LLP
11  1  131  S DEARBORN ST

ATLAS FORMS & GRAPHICS (630) 932-6300

Seyfarth Shaw LLP
131 S Dearborn St / #2400
Chicago Il 60603
10/26/08   S00918

Page 01

| Client/Matter | Job# | Att. Name | Date | Total | Del. Addr. | Del. City | Pu. Addr. | Pu. City | Ready | POD |
|---|---|---|---|---|---|---|---|---|---|---|
| 16176030 | 2630230 | VELTMAN | 10/20/08 $ 7.45 | 131 | S DEARBORN ST | CHICAGO | 10 S LA SALLE ST | CHICAGO | 0943a | 1010a |
| | | | Subtotal $ 7.45 | | | | | | | |

11-005



# CHICAGO MESSENGER SERVICE

1600 S. Ashland Avenue • Chicago, IL 60608-2013

**312-997-2625**
Orders: 312-666-6800
Billing Fax: 312-997-2552

REMIT TO:
3188 EAGLE WAY
CHICAGO, IL 60678-1318

| | | |
|---|---|---|
| 10/20/08  2630-2301  CLAUSEN MILLER PC | SEYFARTH SHAW LLP | |
| 11   1   10      S LA SALLE ST | 131   S DEARBORN ST | |
| | 1617603WELTMAN   1B | 7.45   2630-2301 |
| | DON            7.45 | |
| | | 7.45 |

THIS AMOUNT

SUBJECT TO 1½% LATE PAYMENT CHARGE PER MONTH

H =HURRIER   b =BIKE   1 =SPEEDY   c = CAR   B =BIKE   C =CAR
RT=ROUND TRIP          FS=FUEL SURCHARGE   MR=MAIL RUN

PLEASE DETACH AND
RETURN WITH REMITTANCE
FOR PROPER CREDIT

ATLAS FORMS & GRAPHICS (630) 932-6300



16176030      2648537   VELTMAN   10/27/08  $   7.45    10    S LA SALLE ST   CHICAGO   131   S DEARBORN ST   CHICAGO   0951a  1006a
                                  Subtotal $   7.45

# SODEXO, INC & AFFILIATES

# INVOICE

**BILL TO:**

Baker and McKenzie
130 East Randolph
Suite #3500
Chicago, IL 60601
ATTN: D Darch/Kristin McNeely

**SERVICES RENDERED TO:**

DMACC NEWTON CONFERENCE CENTER
600 N. 2ND AVE. W.
Suite N
NEWTON, IA 50208

**MAKE CHECK PAYABLE TO:**

SODEXO, INC & AFFILIATES
600 N. 2ND AVE. W.
Suite N
NEWTON, IA 50208

| TERMS | SDX A/R NUMBER | UNIT NUMBER | CUSTOMER REF. | INVOICE DATE | INVOICE NUMBER | Page |
|---|---|---|---|---|---|---|
| Net30 | 22523 | 11720001 | | 08/31/2009 | 136503 | 1 |

| DESCRIPTION | AMOUNT | SALES TAX | TOTAL |
|---|---|---|---|
| Baker and McKenzie - Deposition 08-26-09&08-27-09 | | | |
| Room 214 Rental  08-26-09 | $30.00 | $2.10 | $32.10 |
| Room 214 Rental  08-27-09 | $30.00 | $2.10 | $32.10 |
| Service Fee | $12.00 | $0.84 | $12.84 |
| | | | |
| Total for Function Sheet 3315:        $77.04 | | | |

| | INVOICE TOTAL | | |
|---|---|---|---|
| | $72.00 | $5.04 | $77.04 |

TERMS: PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE UNLESS OTHERWISE SPECIFIED BY CONTRACT OR IN WRITING.
A SERVICE CHARGE MAY BE ASSESSED ON ANY PAST DUE AMOUNT. ANNUAL PERCENTAGE RATE NOT TO EXCEED STATUTORY LIMITATIONS.

11-009

# SODEXHO DMACC CONFERENCE CENTER EVENT CONTRACT

| EVENT | Whirlpool Deposition | DATE | 6/30/2009 | DAY | Tuesday |
|---|---|---|---|---|---|
| CONTACT | Kristen Duewerth | START | 8:30 | EST COUNT | 5 |
| COMPANY | Seyfarth Shaw LLP | END | 5:00 | GUAR. COUNT | |
| ADDRESS | 131 S Dearborn St Suite 2400 | | *16176-30* | | |
| CITY,ST | Chicago, IL 60603 | PHONE | 312-460-6433 | FAX | |
| ZIP CODE | kduewerth@seyfarth.com | | | | |

## MENU

| TIME | MENU ITEM | QUANT | PRICE | EST COST |
|---|---|---|---|---|
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | EST FOOD COST | | | $ - |

## ROOM & AV

| MEETING ROOM | |
|---|---|
| #214 Room Rental | $30.00 |
| DINING ROOM | |
| BREAK OUTS | |
| OTHER | |
| AUDITORIUM EQUIPMENT | |
| AUDIO VISUAL EQUIPMENT | |
| SUPPLEMENTAL A / V | |
| EST ROOM/AV COST | $30.00 |

## OTHER DETAILS

NS

## COST ESTIMATE

| | | |
|---|---|---|
| EST. FOOD COST | $ | - |
| EST. ROOM/AV | $ | 30.00 |
| EST. SERVICE FEE-20% | $ | 6.00 |
| EST. SALES TAX-7% | $ | 2.52 |
| LESS DEPOSIT | $ | - |
| EST. TOTAL | $ | 38.52 |

Signature _____   Date _____
(Group Authorization)

I approve the preceeding information and agree to all of the Sodexho DMACC Newton Conference Center's Event policies and terms

22231668-000003   *Total $860.24*

# PACER QUARTERLY STATEMENT/INVOICE

| | | |
|---|---|---|
| **LOGIN ID:** | BM3850 | Joseph Laframbois |
| **BILLING DATE:** | 04/07/2010 | Baker & McKenzie LLP |
| **BILLING CYCLE:** | 01/01/10 to 03/31/10 | 312-861-2773 |
| **INVOICE NUMBER:** | BM3850-Q12010 | |
| **PAGE:** | 1 | |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login id on your check. For your information, the Pacer Service Center's Federal tax identification number is 74–2747938. To make payment by credit card, change account information, or view transaction details for this statement, visit the 'Account Information' Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the Pacer Service Center at (210) 301–6441. In your correspondence provide us with your name, login id, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the Pacer Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than **05/03/2010**. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800)676–6856* or *(210)301–6440*.

## ACCOUNT SUMMARY

| | |
|---|---|
| Number of Transactions : | 717 |
| Billing Rate: | $ 0.08 / Page |
| Total Pages: | 6390 |
| *Current Charges:* | *$511.20* |

| | |
|---|---|
| **Previous Balance:** | $0.00 |
| **Current Charges:** | $511.20 |
| **Total Amount Due:** | **$511.20** |

---

*Please detach this portion and return with your payment. Thank You!*
*Visit http://pacer.psc.uscourts.gov for address changes, online payments, and more.*

# PACER

**Public Access to Court Electronic Records**

| LOGIN ID | DUE DATE |
|---|---|
| *BM3850* | 05/03/2010 |

| AMOUNT DUE |
|---|
| $511.20 |

Joseph Laframbois
Baker & McKenzie LLP
130 E Randolph
Suite 3900
Chicago, IL 60601-

**Mail Payment to :**

PACER Service Center
P.O. Box 70951
Charlotte, NC 28272-0951

# PACER QUARTERLY STATEMENT/INVOICE

| LOGIN ID: | BM3850 | | Joseph Laframbols |
|---|---|---|---|
| BILLING DATE: | 04/07/2010 | | Baker & McKenzie LLP |
| BILLING CYCLE: | 01/01/10 to 03/31/10 | | 312-861-2773 |
| INVOICE NUMBER: | BM3850-Q12010 | | |
| PAGE: | 2 | | |

| DATE | CLIENT | NUM TRANS | TOTAL PAGES |
|---|---|---|---|
| UNITED STATES PARTY/CASE INDEX | | | |
| 01/05/2010 | 22999999-000001 | 1 | 1 |
| 01/07/2010 | 22231668-000003 | 1 | 1 |
| 01/08/2010 | 22231668-000003 | 1 | 1 |
| 01/09/2010 | 22999999-000001 | 1 | 1 |
| 01/10/2010 | 22231668-000003 | 12 | 12 |
| 01/11/2010 | 22231668-000003 | 4 | 4 |
| 01/11/2010 | 22999999-000001 | 1 | 1 |
| 01/14/2010 | 22999999-000001 | 1 | 1 |
| 01/17/2010 | 22231668-000003 | 15 | 15 |
| 01/18/2010 | 22231668-000003 | 1 | 1 |
| 01/19/2010 | 22999999-000001 | 1 | 1 |
| 01/20/2010 | 22999999-000001 | 2 | 2 |
| 01/21/2010 | 22999999-000001 | 2 | 2 |
| 01/22/2010 | 22999999-000001 | 2 | 2 |
| 01/25/2010 | 22999999-000001 | 5 | 5 |
| 01/26/2010 | 22999999-000001 | 2 | 2 |
| 01/27/2010 | 22999999-000001 | 6 | 6 |
| 02/02/2010 | 22999999-000001 | 1 | 1 |
| 02/03/2010 | 22231668-000003 | 5 | 5 |
| 02/08/2010 | 22999999-000001 | 2 | 2 |
| 02/09/2010 | 22231668-000003 | 1 | 1 |
| 02/10/2010 | 22040995-000002 | 1 | 1 |
| 02/12/2010 | 22999999-000001 | 2 | 2 |
| 02/14/2010 | 22040995-000002 | 1 | 1 |
| 02/14/2010 | 22999999-000001 | 3 | 3 |
| 02/15/2010 | 22999999-000001 | 2 | 2 |
| 02/16/2010 | 22999999-000001 | 1 | 1 |
| 02/18/2010 | 22999999-000001 | 1 | 1 |
| 02/22/2010 | 22999999-000001 | 1 | 1 |
| 02/23/2010 | 22231668-000003 | 1 | 1 |
| 02/23/2010 | 22999999-000001 | 1 | 1 |
| 02/24/2010 | 22999999-000001 | 3 | 3 |
| 02/25/2010 | 22999999-000001 | 3 | 3 |
| 03/02/2010 | 22999999-000001 | 2 | 2 |
| 03/03/2010 | 22999999-000001 | 1 | 1 |
| 03/05/2010 | 22999999-000001 | 6 | 6 |
| 03/17/2010 | 22999999-000001 | 1 | 1 |
| 03/18/2010 | 22999999-000001 | 6 | 6 |
| 03/19/2010 | 22999999-000001 | 3 | 3 |
| 03/24/2010 | 22999999-000001 | 1 | 1 |
| 03/29/2010 | 22999999-000001 | 4 | 4 |
| 03/30/2010 | 22999999-000001 | 4 | 4 |
| 03/31/2010 | 22999999-000001 | 1 | 1 |
| UNITED STATES PARTY/CASE INDEX PACER SUBTOTAL | | | 111 |
| | | | |
| U.S. COURT OF APPEALS, SECOND CIRCUIT | | | |
| 01/28/2010 | 22000005-000018 | 6 | 77 |
| 03/12/2010 | 56232227-000001 | 2 | 25 |
| 03/30/2010 | 56232227-000001 | 8 | 84 |
| U.S. COURT OF APPEALS, SECOND CIRCUIT PACER SUBTOTAL | | | 186 |
| | | | |
| U.S. COURT OF APPEALS, THIRD CIRCUIT | | | |
| 01/28/2010 | 22000005-980510 | 9 | 50 |
| 03/12/2010 | 22000005-980510 | 3 | 12 |
| 03/30/2010 | 22000005-980510 | 11 | 65 |
| U.S. COURT OF APPEALS, THIRD CIRCUIT PACER SUBTOTAL | | | 127 |
| | | | |
| U.S. COURT OF APPEALS, SIXTH CIRCUIT | | | |
| 01/18/2010 | 22999999-000001 | 12 | 90 |

411 pages

= $3.28

# PACER QUARTERLY STATEMENT/INVOICE

| LOGIN ID: | BM3850 | Joseph Laframbois |
|---|---|---|
| BILLING DATE: | 04/07/2010 | Baker & McKenzie LLP |
| BILLING CYCLE: | 01/01/10 to 03/31/10 | 312-861-2773 |
| INVOICE NUMBER: | BM3850-Q12010 | |
| PAGE: | 3 | |

| DATE | CLIENT | NUM TRANS | TOTAL PAGES |
|---|---|---|---|
| U.S. COURT OF APPEALS, SIXTH CIRCUIT PACER SUBTOTAL | | | 90 |
| **CALIFORNIA CENTRAL DISTRICT COURT** | | | |
| 02/02/2010 | 56232227-000001 | 1 | 6 |
| 03/11/2010 | 22000005-000014 | 2 | 43 |
| CALIFORNIA CENTRAL DISTRICT COURT PACER SUBTOTAL | | | 49 |
| **CONNECTICUT DISTRICT COURT** | | | |
| 03/11/2010 | 56232227-000001 | 1 | 16 |
| CONNECTICUT DISTRICT COURT PACER SUBTOTAL | | | 16 |
| **FLORIDA MIDDLE DISTRICT COURT** | | | |
| 02/12/2010 | 22999999-000001 | 2 | 8 |
| 02/14/2010 | 22040995-000002 | 9 | 34 |
| FLORIDA MIDDLE DISTRICT COURT PACER SUBTOTAL | | | 42 |
| **IOWA SOUTHERN DISTRICT COURT** | | | |
| 01/07/2010 | 22231668-000003 | 7 | 76 |
| 01/08/2010 | 22231668-000003 | 2 | 18 |
| 01/11/2010 | 22231668-000003 | 7 | 140 |
| 01/11/2010 | 22999999-000001 | 4 | 81 |
| 01/20/2010 | 22999999-000001 | 3 | 52 |
| 01/21/2010 | 22999999-000001 | 2 | 20 |
| 01/25/2010 | 22999999-000001 | 3 | 55 |
| 01/26/2010 | 22999999-000001 | 5 | 78 |
| 01/27/2010 | 22999999-000001 | 17 | 256 |
| 02/02/2010 | 22999999-000001 | 1 | 16 |
| 02/08/2010 | 22999999-000001 | 9 | 121 |
| 02/09/2010 | 22231668-000003 | 3 | 46 |
| 02/12/2010 | 22999999-000001 | 1 | 16 |
| 02/14/2010 | 22999999-000001 | 1 | 3 |
| 02/15/2010 | 22999999-000001 | 2 | 41 |
| 02/16/2010 | 22999999-000001 | 2 | 47 |
| 02/18/2010 | 22999999-000001 | 1 | 16 |
| 02/22/2010 | 22999999-000001 | 2 | 17 |
| 02/23/2010 | 22231668-000003 | 34 | 580 |
| 02/23/2010 | 22999999-000001 | 1 | 16 |
| 02/24/2010 | 22999999-000001 | 4 | 37 |
| 02/25/2010 | 22999999-000001 | 17 | 322 |
| 03/19/2010 | 22999999-000001 | 1 | 17 |
| 03/20/2010 | 22999999-000001 | 1 | 30 |
| 03/24/2010 | 22999999-000001 | 6 | 167 |
| 03/29/2010 | 22999999-000001 | 8 | 131 |
| 03/30/2010 | 22999999-000001 | 3 | 26 |
| 03/31/2010 | 22999999-000001 | 1 | 17 |
| IOWA SOUTHERN DISTRICT COURT PACER SUBTOTAL | | | 2442 |
| **ILLINOIS CENTRAL DISTRICT COURT** | | | |
| 03/02/2010 | 22999999-000001 | 2 | 12 |
| ILLINOIS CENTRAL DISTRICT COURT PACER SUBTOTAL | | | 12 |
| **ILLINOIS NORTHERN DISTRICT COURT** | | | |
| 01/10/2010 | 22231668-000003 | 3 | 37 |
| 01/14/2010 | 22999999-000001 | 5 | 10 |
| 01/19/2010 | 22999999-000001 | 4 | 23 |
| 01/21/2010 | 22999999-000001 | 4 | 51 |
| 01/22/2010 | 22999999-000001 | 4 | 58 |
| 01/25/2010 | 22999999-000001 | 4 | 10 |
| 02/08/2010 | 22999999-000001 | 12 | 100 |
| 02/10/2010 | 22040995-000002 | 3 | 28 |
| 02/24/2010 | 22999999-000001 | 3 | 28 |
| 02/25/2010 | 22999999-000001 | 15 | 73 |
| 02/26/2010 | 22999999-000001 | 6 | 12 |
| 03/03/2010 | 22999999-000001 | 1 | 4 |
| 03/05/2010 | 22999999-000001 | 1 | 7 |
| 03/11/2010 | 56232227-000001 | 2 | 23 |
| 03/17/2010 | 22999999-000001 | 12 | 77 |
| 03/18/2010 | 22999999-000001 | 5 | 43 |
| 03/19/2010 | 22999999-000001 | 11 | 50 |
| 03/29/2010 | 22999999-000001 | 92 | 376 |
| ILLINOIS NORTHERN DISTRICT COURT PACER SUBTOTAL | | | 1010 |
| **INDIANA SOUTHERN DISTRICT COURT** | | | |
| 03/11/2010 | 22000005-000014 | 3 | 26 |
| INDIANA SOUTHERN DISTRICT COURT PACER SUBTOTAL | | | 26 |
| **MASSACHUSETTS DISTRICT COURT** | | | |
| 03/30/2010 | 22999999-000001 | 2 | 25 |
| MASSACHUSETTS DISTRICT COURT PACER SUBTOTAL | | | 25 |
| **MARYLAND DISTRICT COURT** | | | |
| 02/09/2010 | 56232227-000001 | 3 | 70 |
| 03/12/2010 | 56232227-000001 | 1 | 21 |
| 03/30/2010 | 56232227-000001 | 3 | 62 |

892 pages = $71.76

# PACER QUARTERLY STATEMENT/INVOICE

| LOGIN ID: | BM3850 | Joseph Laframbois |
|---|---|---|
| BILLING DATE: | 04/07/2010 | Baker & McKenzie LLP |
| BILLING CYCLE: | 01/01/10 to 03/31/10 | 312-861-2773 |
| INVOICE NUMBER: | BM3850-Q12010 | |
| PAGE: | 4 | |

| DATE | CLIENT | NUM TRANS | | TOTAL PAGES |
|---|---|---|---|---|
| MARYLAND DISTRICT COURT PACER SUBTOTAL | | | | 153 |
| **MICHIGAN EASTERN DISTRICT COURT** | | | | |
| 01/05/2010 | 22999999-000001 | 2 | | 33 |
| 01/07/2010 | 22231668-000003 | 24 | | 393 |
| MICHIGAN EASTERN DISTRICT COURT PACER SUBTOTAL | | | | 426 |
| **MISSOURI EASTERN DISTRICT COURT** | | | | |
| 03/30/2010 | 22999999-000001 | 2 | | 22 |
| MISSOURI EASTERN DISTRICT COURT PACER SUBTOTAL | | | | 22 |
| **NEBRASKA DISTRICT COURT** | | | | |
| 01/10/2010 | 22231668-000003 | 3 | | 82 |
| NEBRASKA DISTRICT COURT PACER SUBTOTAL | | | | 82 |
| **NEW YORK EASTERN DISTRICT COURT** | | | | |
| 02/15/2010 | 22999999-000001 | 4 | | 88 |
| NEW YORK EASTERN DISTRICT COURT PACER SUBTOTAL | | | | 88 |
| **NEW YORK SOUTHERN BANKRUPTCY COURT** | | | | |
| 03/18/2010 | 22000005-000052 | 2 | | 3 |
| NEW YORK SOUTHERN BANKRUPTCY COURT PACER SUBTOTAL | | | | 3 |
| **NEW YORK WESTERN DISTRICT COURT** | | | | |
| 01/29/2010 | 56232227-000001 | 1 | | 1 |
| NEW YORK WESTERN DISTRICT COURT PACER SUBTOTAL | | | | 1 |
| **OHIO SOUTHERN DISTRICT COURT** | | | | |
| 02/03/2010 | 22231668-000003 | 4 | | 26 |
| OHIO SOUTHERN DISTRICT COURT PACER SUBTOTAL | | | | 26 |
| **PENNSYLVANIA WESTERN BANKRUPTCY COURT** | | | | |
| 03/30/2010 | 56232227-000001 | 5 | | 60 |
| PENNSYLVANIA WESTERN BANKRUPTCY COURT PACER SUBTOTAL | | | | 60 |
| **SOUTH DAKOTA DISTRICT COURT** | | | | |
| 01/10/2010 | 22231668-000003 | 2 | | 32 |
| SOUTH DAKOTA DISTRICT COURT PACER SUBTOTAL | | | | 32 |
| **TENNESSEE EASTERN DISTRICT COURT** | | | | |
| 02/24/2010 | 56232227-000001 | 16 | | 324 |
| TENNESSEE EASTERN DISTRICT COURT PACER SUBTOTAL | | | | 324 |
| **TEXAS EASTERN DISTRICT COURT** | | | | |
| 01/04/2010 | 24167786-000317 | 1 | | 13 |
| 01/05/2010 | 24167786-000317 | 1 | | 13 |
| 01/15/2010 | 24167786-000317 | 1 | | 1 |
| 01/18/2010 | 24167786-000317 | 1 | | 13 |
| 01/19/2010 | 24167786-000317 | 10 | | 109 |
| 01/24/2010 | 24167786-000317 | 2 | | 18 |
| 01/25/2010 | 24167786-000317 | 7 | | 68 |
| 01/26/2010 | 24167786-000317 | 6 | | 39 |
| 01/27/2010 | 24167786-000317 | 1 | | 15 |
| 01/28/2010 | 24167786-000317 | 2 | | 16 |
| 01/29/2010 | 24167786-000317 | 4 | | 29 |
| TEXAS EASTERN DISTRICT COURT PACER SUBTOTAL | | | | 334 |
| **TEXAS NORTHERN BANKRUPTCY COURT** | | | | |
| 01/04/2010 | 24167786-000317 | 2 | | 16 |
| 01/05/2010 | 24167786-000317 | 3 | | 13 |
| 01/06/2010 | 24167786-000317 | 1 | | 18 |
| 01/07/2010 | 24167786-000317 | 21 | | 159 |
| 01/08/2010 | 24167786-000317 | 1 | | 3 |
| 01/11/2010 | 24167786-000317 | 1 | | 5 |
| 01/12/2010 | 24167786-000317 | 1 | | 4 |
| 01/13/2010 | 24167786-000317 | 6 | | 43 |
| 01/14/2010 | 24167786-000317 | 3 | | 10 |
| 01/19/2010 | 24167786-000317 | 3 | | 20 |
| TEXAS NORTHERN BANKRUPTCY COURT PACER SUBTOTAL | | | | 291 |
| **VIRGINIA WESTERN DISTRICT COURT** | | | | |
| 01/06/2010 | 22231668-000003 | 6 | | 46 |
| 01/06/2010 | 22231668-000003 | 10 | | 117 |
| 01/08/2010 | 24167786-000317 | 2 | | 18 |
| 01/09/2010 | 22999999-000001 | 1 | | 13 |
| VIRGINIA WESTERN DISTRICT COURT PACER SUBTOTAL | | | | 194 |
| **WISCONSIN EASTERN DISTRICT COURT** | | | | |
| 01/10/2010 | 22231668-000003 | 1 | | 5 |
| 01/17/2010 | 22231668-000003 | 5 | | 65 |
| WISCONSIN EASTERN DISTRICT COURT PACER SUBTOTAL | | | | 70 |
| **WEST VIRGINIA NORTHERN DISTRICT COURT** | | | | |
| 01/04/2010 | 24167786-000317 | 1 | | 7 |

649 pages = $51.92

# PACER QUARTERLY STATEMENT/INVOICE

| LOGIN ID: | BM3850 | | Joseph Laframbois |
|---|---|---|---|
| BILLING DATE: | 04/07/2010 | | Baker & McKenzie LLP |
| BILLING CYCLE: | 01/01/10 to 03/31/10 | | 312-861-2773 |
| INVOICE NUMBER: | BM3850-Q12010 | | |
| PAGE: | 5 | | |

| DATE | CLIENT | NUM TRANS | TOTAL PAGES |
|---|---|---|---|
| 01/05/2010 | 24167786-000317 | 2 | 14 |
| 01/07/2010 | 24167786-000317 | 9 | 51 |
| 01/08/2010 | 24167786-000317 | 1 | 7 |
| 01/11/2010 | 24167786-000317 | 1 | 7 |
| 01/15/2010 | 24167786-000317 | 1 | 7 |
| 01/19/2010 | 24167786-000317 | 1 | 7 |
| 01/21/2010 | 24167786-000317 | 3 | 24 |
| 01/24/2010 | 24167786-000317 | 1 | 8 |
| 03/17/2010 | 22999999-100001 | 2 | 16 |
| **WEST VIRGINIA NORTHERN DISTRICT COURT PACER SUBTOTAL** | | | 148 |

| | |
|---|---|
| PAGE TOTAL: | 6390 |
| CURRENT CHARGES: | $511.20 |
| PREVIOUS BALANCE: | $0.00 |
| BALANCE DUE: | $511.20 |

NOTE: The transaction details listed on this statement are summed up by client code for each court by day. The **TOTAL PAGES** column is actually the total number of pages for all, **NUM TRANS**, transactions with the same **CLIENT CODE** for the given **DATE**. To get the individual transaction detail, select the **Review Transaction History** option under the **Account Information** section of the PACER Service Center web site, http://pacer.psc.uscourts.gov.

# PACER QUARTERLY STATEMENT/INVOICE

| | | |
|---|---|---|
| **LOGIN ID:** | BM3850 | ~~La Shaun Wilson/JL~~ JOSEPH LAFKAMBOK |
| **BILLING DATE:** | 10/05/2009 | Baker & McKenzie LLP |
| **BILLING CYCLE:** | 07/01/09 to 09/30/09 | 312-861-2773 |
| **PAGE:** | 1 | |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login id on your check. For your information, the Pacer Service Center's Federal tax identification number is 74−2747938. To make payment by credit card, change account information, or view transaction details for this statement, visit the 'Account Information' Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the Pacer Service Center at (210) 301−6441. In your correspondence provide us with your name, login id, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the Pacer Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than **11/02/2009**. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800)676−6856* or *(210)301−6440*.

## ACCOUNT SUMMARY

| | |
|---|---|
| Number of PACER-Net Transactions : | 1182 |
| PACER-Net Billing Rate: | $ 0.08 / Page |
| PACER-Net Total Web Pages: | 12206 |
| *PACER-Net Charges:* | *$976.48* |

| | |
|---|---|
| **Previous Balance:** | $0.00 |
| **Current Charges:** | $976.48 |
| **Total Amount Due:** | **$976.48** |

---

*Please detach this portion and return with your payment.* **Thank You!**
*Visit http://pacer.psc.uscourts.gov for address changes, online payments, and more.*

# PACER

Public Access to Court Electronic Records

| LOGIN ID | DUE DATE |
|---|---|
| *BM3850* | 11/02/2009 |

| AMOUNT DUE |
|---|
| **$976.48** |

La Shaun Wilson/JL
Baker & McKenzie LLP
130 E Randolph
Suite 3900
Chicago, IL 60601-

Mail Payment to :

PACER Service Center
P.O. Box 70951
Charlotte, NC 28272-0951

```
CUSTOMER NUMBER: BM3850
DATE RANGE:    07/01/2009 - 09/30/2009              PAGE:           1

DATE        COURT                      TIME IN   TIME OUT TIME/PAGES   AMOUNT
            SEARCH CRITERIA                               DESCRIPTION
-----------------------------------------------------------------------------
SUBTOTAL FOR CLIENT CODE: 22018103-000001                              39.28
SUBTOTAL FOR CLIENT CODE: 22065749-000148                               0.24
SUBTOTAL FOR CLIENT CODE: 22105210-000038 — iNVALID #                   0.24
SUBTOTAL FOR CLIENT CODE: 22115210-000031                              86.80
SUBTOTAL FOR CLIENT CODE: 22115210-000038                              35.44
SUBTOTAL FOR CLIENT CODE: 22115210-000317                               2.32
SUBTOTAL FOR CLIENT CODE: 22115210-000500                              22.00
SUBTOTAL FOR CLIENT CODE: 22225447-000001                              20.72
SUBTOTAL FOR CLIENT CODE: 22231668-000003                             207.76
SUBTOTAL FOR CLIENT CODE: 22231668-000006                              53.28
SUBTOTAL FOR CLIENT CODE: 22231668-000007                               1.68
SUBTOTAL FOR CLIENT CODE: 22231669-000005 — iNVALID #                   2.96
SUBTOTAL FOR CLIENT CODE: 22231678-000002                               1.04
SUBTOTAL FOR CLIENT CODE: 22424968-000317 — iNVALID #                   1.28
SUBTOTAL FOR CLIENT CODE: 22999999-000001                               5.12
SUBTOTAL FOR CLIENT CODE: 22999999-000003                               0.40
SUBTOTAL FOR CLIENT CODE: 22999999-000005   iNVALID #                   0.24
SUBTOTAL FOR CLIENT CODE: 22999999-000007                              18.32
SUBTOTAL FOR CLIENT CODE: 22999999-700001                              38.48
SUBTOTAL FOR CLIENT CODE: 24222968-000317 — iNVALID #                  16.00
SUBTOTAL FOR CLIENT CODE: 24224968-000001                              19.36
SUBTOTAL FOR CLIENT CODE: 24224968-000317                             153.60
SUBTOTAL FOR CLIENT CODE: 31005454-000001                               0.08
SUBTOTAL FOR CLIENT CODE: 31175218-000010                              40.64
SUBTOTAL FOR CLIENT CODE: 31175718-000010                             198.16
SUBTOTAL FOR CLIENT CODE: 31175718-000047                               3.04
SUBTOTAL FOR CLIENT CODE: 56232227-000001                               3.12
SUBTOTAL FOR CLIENT CODE: 99999996-500001                               4.88


    TOTAL:                                             ================
                                                             976.48
```

$207.76

# PACER QUARTERLY STATEMENT/INVOICE

| | | |
|---|---|---|
| **LOGIN ID:** | BM4124 | LA Shaun Wilson/Dd |
| **BILLING DATE:** | 10/05/2009 | Baker & McKenzie - Chicago |
| **BILLING CYCLE:** | 07/01/09 to 09/30/09 | 312-861-2773 |
| **PAGE:** | 1 | |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login id on your check. For your information, the Pacer Service Center's Federal tax identification number is **74-2747938**. To make payment by credit card, change account information, or view transaction details for this statement, visit the 'Account Information' Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the Pacer Service Center at (210) 301-6441. In your correspondence provide us with your name, login id, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the Pacer Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than **11/02/2009**. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800)676-6856* or *(210)301-6440*.

## ACCOUNT SUMMARY

| | |
|---|---|
| Number of PACER-Net Transactions : | 195 |
| PACER-Net Billing Rate: | $ 0.08 / Page |
| PACER-Net Total Web Pages: | 652 |
| *PACER-Net Charges:* | *$52.16* |

| | |
|---|---|
| **Previous Balance:** | **$0.00** |
| **Current Charges:** | **$52.16** |
| **Total Amount Due:** | **$52.16** |

---

*Please detach this portion and return with your payment. Thank You!*
*Visit http://pacer.psc.uscourts.gov for address changes, online payments, and more.*

| LOGIN ID | DUE DATE |
|---|---|
| BM4124 | 11/02/2009 |

# PACER

Public Access to Court Electronic Records

| AMOUNT DUE |
|---|
| $52.16 |

LA Shaun Wilson/Dd
Baker & McKenzie - Chicago
130 E Randolph
Suite 3900
Chicago, IL 60601-

Mail Payment to :

PACER Service Center
P.O. Box 70951
Charlotte, NC 28272-0951

DD ?

```
CUSTOMER NUMBER: BM4124
DATE RANGE:      07/01/2009 - 09/30/2009              PAGE:        1

DATE         COURT                          TIME IN   TIME OUT TIME/PAGES    AMOUNT
             SEARCH CRITERIA                                   DESCRIPTION
-------------------------------------------------------------------------------------
SUBTOTAL FOR CLIENT CODE: 22160095-000111                                     1.20
SUBTOTAL FOR CLIENT CODE: 22231668-000001                                     0.88
SUBTOTAL FOR CLIENT CODE: 22231668-000003                                     9.52
SUBTOTAL FOR CLIENT CODE: 22231668-000004                                     0.96
SUBTOTAL FOR CLIENT CODE: 22999999-700001 -invalid#                           1.28
SUBTOTAL FOR CLIENT CODE: 99999996-000000  invalid#                           0.80
SUBTOTAL FOR CLIENT CODE: 99999996-500001  invalid#                          37.52

                                                              ===============
        TOTAL:                                                   52.16
```

$9.52

# PACER QUARTERLY STATEMENT/INVOICE

| | | |
|---|---|---|
| **LOGIN ID:** | BM4051 | **Lindsay Martin** |
| **BILLING DATE:** | 04/07/2010 | **Baker & McKenzie Chicago** |
| **BILLING CYCLE:** | 01/01/10 to 03/31/10 | 312-861-2773 |
| **INVOICE NUMBER:** | BM4051-Q12010 | |
| **PAGE:** | 1 | |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login id on your check. For your information, the Pacer Service Center's Federal tax identification number is **74−2747938.** To make payment by credit card, change account information, or view transaction details for this statement, visit the 'Account Information' Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the Pacer Service Center at (210) 301−6441. In your correspondence provide us with your name, login id, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the Pacer Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than **05/03/2010.** If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800)676−6856* or *(210)301−6440.*

## ACCOUNT SUMMARY

| | |
|---|---|
| Number of Transactions : | 514 |
| Billing Rate: | $ 0.08 / Page |
| Total Pages: | 4369 |
| *Current Charges:* | *$349.52* |

| | |
|---|---|
| **Previous Balance:** | **$0.00** |
| **Current Charges:** | **$349.52** |
| **Total Amount Due:** | **$349.52** |

---

*Please detach this portion and return with your payment. Thank You!*
*Visit http://pacer.psc.uscourts.gov for address changes, online payments, and more.*

# PACER
Public Access to Court Electronic Records

| LOGIN ID | DUE DATE |
|---|---|
| *BM4051* | 05/03/2010 |

| AMOUNT DUE |
|---|
| $349.52 |

Lindsay Martin
Baker & McKenzie Chicago
130 E Randolph
Suite 3900
Chicago, IL 60601-

**Mail Payment to :**

PACER Service Center
P.O. Box 70951
Charlotte, NC 28272-0951

# PACER QUARTERLY STATEMENT/INVOICE

| LOGIN ID: | BM4051 | Lindsay Martin |
|---|---|---|
| BILLING DATE: | 04/07/2010 | Baker & McKenzie Chicago |
| BILLING CYCLE: | 01/01/10 to 03/31/10 | 312-861-2773 |
| INVOICE NUMBER: | BM4051-Q12010 | |
| PAGE: | 2 | |

| DATE | CLIENT | NUM TRANS | TOTAL PAGES |
|---|---|---|---|
| **U.S. COURT OF APPEALS, SIXTH CIRCUIT** | | | |
| 02/11/2010 | 22231668-000003 | 8 | 16 |
| 02/24/2010 | 22231668-000003 | 2 | 2 |
| 02/25/2010 | 22231668-000003 | 3 | 3 |
| **U.S. COURT OF APPEALS, SIXTH CIRCUIT PACER SUBTOTAL** | | | **21** |
| **U.S. COURT OF APPEALS, SEVENTH CIRCUIT** | | | |
| 01/19/2010 | 22999999-700007 | 24 | 35 |
| **U.S. COURT OF APPEALS, SEVENTH CIRCUIT PACER SUBTOTAL** | | | **35** |
| **CALIFORNIA NORTHERN DISTRICT COURT** | | | |
| 02/16/2010 | 22231668-000003 | 2 | 42 |
| **CALIFORNIA NORTHERN DISTRICT COURT PACER SUBTOTAL** | | | **42** |
| **IOWA SOUTHERN DISTRICT COURT** | | | |
| 01/07/2010 | 22231668-000003 | 10 | 194 |
| 01/20/2010 | 22231668-000003 | 3 | 52 |
| 01/21/2010 | 22231668-000003 | 1 | 16 |
| 01/27/2010 | 22231668-000003 | 4 | 59 |
| 01/28/2010 | 22231668-000003 | 2 | 20 |
| 02/05/2010 | 22231668-000003 | 39 | 249 |
| 02/08/2010 | 22231668-000003 | 15 | 396 |
| 02/09/2010 | 22231668-000003 | 1 | 16 |
| 02/11/2010 | 22231668-000003 | 24 | 322 |
| 02/18/2010 | 22231668-000003 | 7 | 97 |
| 02/22/2010 | 22231668-000003 | 3 | 46 |
| 02/24/2010 | 22231668-000003 | 23 | 281 |
| 02/25/2010 | 22231668-000003 | 14 | 189 |
| 03/22/2010 | 22231668-000003 | 2 | 47 |
| 03/25/2010 | 22231668-000003 | 4 | 86 |
| 03/30/2010 | 22231668-000003 | 2 | 30 |
| 03/31/2010 | 22231668-000003 | 8 | 214 |
| **IOWA SOUTHERN DISTRICT COURT PACER SUBTOTAL** | | | **2314** |
| **ILLINOIS NORTHERN DISTRICT COURT** | | | |
| 01/07/2010 | 22065749-000517 | 1 | 2 |
| 02/24/2010 | 22231668-000003 | 15 | 107 |
| 02/25/2010 | 22231668-000003 | 23 | 109 |
| 03/09/2010 | 22065749-000157 | 5 | 35 |
| 03/15/2010 | 22065749-000157 | 64 | 212 |
| **ILLINOIS NORTHERN DISTRICT COURT PACER SUBTOTAL** | | | **465** |
| **ILLINOIS SOUTHERN DISTRICT COURT** | | | |
| 01/07/2010 | 22065749-000517 | 1 | 4 |
| 01/15/2010 | 22065749-000157 | 1 | 4 |
| 01/22/2010 | 22065749-000157 | 6 | 20 |
| 01/25/2010 | 22065749-000157 | 3 | 11 |
| 03/08/2010 | 22065749-000157 | 1 | 4 |
| 03/09/2010 | 22065749-000157 | 58 | 260 |
| 03/15/2010 | 22065749-000157 | 18 | 124 |
| 03/16/2010 | 22065749-000157 | 61 | 331 |
| **ILLINOIS SOUTHERN DISTRICT COURT PACER SUBTOTAL** | | | **758** |
| **INDIANA SOUTHERN DISTRICT COURT** | | | |
| 02/24/2010 | 22231668-000003 | 1 | 1 |
| **INDIANA SOUTHERN DISTRICT COURT PACER SUBTOTAL** | | | **1** |
| **KENTUCKY EASTERN DISTRICT COURT** | | | |
| 02/24/2010 | 22231668-000003 | 1 | 1 |
| **KENTUCKY EASTERN DISTRICT COURT PACER SUBTOTAL** | | | **1** |

2595 pages

= $207.60

# PACER QUARTERLY STATEMENT/INVOICE

| LOGIN ID: | BM4051 | Lindsay Martin |
|---|---|---|
| BILLING DATE: | 04/07/2010 | Baker & McKenzie Chicago |
| BILLING CYCLE: | 01/01/10 to 03/31/10 | 312-861-2773 |
| INVOICE NUMBER: | BM4051-Q12010 | |
| PAGE: | 3 | |

| DATE | CLIENT | NUM TRANS | TOTAL PAGES |
|---|---|---|---|
| **MICHIGAN EASTERN DISTRICT COURT** | | | |
| 01/06/2010 | 22231668-000003 | 9 | 146 |
| 02/11/2010 | 22231668-000003 | 8 | 188 |
| 02/12/2010 | 22231668-000003 | 3 | 37 |
| 02/19/2010 | 22231668-000003 | 1 | 30 |
| 02/22/2010 | 22231668-000003 | 4 | 83 |
| 02/24/2010 | 22231668-000003 | 2 | 2 |
| **MICHIGAN EASTERN DISTRICT COURT PACER SUBTOTAL** | | | **486** |
| **MICHIGAN WESTERN DISTRICT COURT** | | | |
| 01/27/2010 | 22231668-000003 | 4 | 35 |
| 02/24/2010 | 22231668-000003 | 1 | 1 |
| **MICHIGAN WESTERN DISTRICT COURT PACER SUBTOTAL** | | | **36** |
| **MINNESOTA DISTRICT COURT** | | | |
| 01/14/2010 | 22231668-000003 | 5 | 52 |
| 03/25/2010 | 22231668-000003 | 6 | 106 |
| **MINNESOTA DISTRICT COURT PACER SUBTOTAL** | | | **158** |
| **OHIO NORTHERN DISTRICT COURT** | | | |
| 01/19/2010 | 22231668-000003 | 5 | 6 |
| 02/12/2010 | 22231668-000003 | 1 | 1 |
| **OHIO NORTHERN DISTRICT COURT PACER SUBTOTAL** | | | **7** |
| **OHIO SOUTHERN DISTRICT COURT** | | | |
| 02/18/2010 | 22231668-000003 | 2 | 18 |
| **OHIO SOUTHERN DISTRICT COURT PACER SUBTOTAL** | | | **18** |
| **TENNESSEE EASTERN DISTRICT COURT** | | | |
| 02/24/2010 | 22231668-000003 | 1 | 1 |
| **TENNESSEE EASTERN DISTRICT COURT PACER SUBTOTAL** | | | **1** |
| **VIRGINIA WESTERN DISTRICT COURT** | | | |
| 03/25/2010 | 22231668-000003 | 2 | 26 |
| **VIRGINIA WESTERN DISTRICT COURT PACER SUBTOTAL** | | | **26** |

| | |
|---|---|
| PAGE TOTAL: | 4369 |
| CURRENT CHARGES: | $349.52 |
| PREVIOUS BALANCE: | $0.00 |
| **BALANCE DUE:** | **$349.52** |

NOTE: The transaction details listed on this statement are summed up by client code for each court by day. The TOTAL PAGES column is actually the total number of pages for all, NUM TRANS, transactions with the same CLIENT CODE for the given DATE. To get the individual transaction detail, select the **Review Transaction History** option under the **Account Information** section of the PACER Service Center web site, http://pacer.psc.uscourts.gov.

732 pages
= $58.56

*Docket Dep. Lynn Davis*

```
CUSTOMER NUMBER: BM3845
DATE RANGE:     07/01/2009 - 09/30/2009              PAGE:        1

DATE         COURT                  TIME IN  TIME OUT TIME/PAGES  AMOUNT
             SEARCH CRITERIA                          DESCRIPTION
------------------------------------------------------------------------
SUBTOTAL FOR CLIENT CODE: 12345678-654321                          6.24
SUBTOTAL FOR CLIENT CODE: 22086870-000003                          0.40
SUBTOTAL FOR CLIENT CODE: 22090718-000026                          0.72
SUBTOTAL FOR CLIENT CODE: 22100783-000036                          3.52
SUBTOTAL FOR CLIENT CODE: 22137493-000007                         11.44
SUBTOTAL FOR CLIENT CODE: 22177453-091121                          1.60
SUBTOTAL FOR CLIENT CODE: 22191634-000001                         20.16
SUBTOTAL FOR CLIENT CODE: 22196255-000001                          4.96
SUBTOTAL FOR CLIENT CODE: 22208826-000004                         19.92
SUBTOTAL FOR CLIENT CODE: 22218781-000001                          0.88
SUBTOTAL FOR CLIENT CODE: 22231253-000001                          9.76
SUBTOTAL FOR CLIENT CODE: 22231668-000003                          0.96
SUBTOTAL FOR CLIENT CODE: 22231678-000002                          0.56
SUBTOTAL FOR CLIENT CODE: 22276736-090860                          0.56
SUBTOTAL FOR CLIENT CODE: 22276736-091158                          5.28
SUBTOTAL FOR CLIENT CODE: 56232227-000001                         21.84
SUBTOTAL FOR CLIENT CODE: 59229121-000001                          0.32
SUBTOTAL FOR CLIENT CODE: 68599275-001084                          0.24
SUBTOTAL FOR CLIENT CODE: 87212499-220001                         22.64
SUBTOTAL FOR CLIENT CODE: 99999996-000000                         30.80
SUBTOTAL FOR CLIENT CODE: 99999996-500001                         67.20
SUBTOTAL FOR CLIENT CODE: 99999997-000000                          2.88
SUBTOTAL FOR CLIENT CODE: 99999998-500001                          2.48

                                                        ==============
      TOTAL:                                                235.36
```

= $0.96

11-023

```
CUSTOMER NUMBER: BM3731
DATE RANGE:      07/01/2009 - 09/30/2009                    PAGE:        1

DATE           COURT                   TIME IN   TIME OUT TIME/PAGES    AMOUNT
               SEARCH CRITERIA                            DESCRIPTION
----------------------------------------------------------------------------
SUBTOTAL FOR CLIENT CODE: 22231668-000003✓                              248.88 ✓  ⟵
SUBTOTAL FOR CLIENT CODE: 99999996-500001✓ - INVALID #                  129.44 ✓

                                                           ===============
          TOTAL:                                                 378.32
```

$24888

*2069829*

## BAKER & McKENZIE

# E-PAY

## CHECK REQUEST

| DATE SUBMITTED | DATE NEEDED | MAIL | PICK UP at Petty Cash Desk | RETURN (Houston Only) | REQUESTED BY |
|---|---|---|---|---|---|
| 9/9/2010 | | ☐ | Ext. 2519 | ☐ | Miriam Geraghty |

### CLIENT COSTS ADVANCED

When should this payment be made? _____

Please check the appropriate box to the right:
- ☐ Pay invoice per terms
- ☐ Pay invoice immediately
- ☐ Place invoice on HOLD until payment is received from client

| CLIENT NO. | MATTER NO. | CLIENT & MATTER NAMES | COST CODE NO.* | AMOUNT |
|---|---|---|---|---|
| 22231668 | 000003 | Whirlpool - UAW | 15 | 1,510.18 |
| | | | | |
| | | | | |
| | | | | |

*Refer to attached list.

### NON-CLIENT CHARGES

How should this disbursement be charged?

| | |
|---|---|
| 1. ☐ Globally (which cost center?) | 2. ☐ Regionally (which cost center?) |
| 3. ☐ Chicago Office Administrative Depart. or Committee (which one?) Select One | 4. ☐ Chicago Office Practice Group (which one?) Select One |
| 5. ☐ Timekeeper Direct Expense | 6. ☐ International Partner Personal Account [3000] |
| 7. ☐ Non-International Partner Timekeeper [1200] / Staff [1210] Advance | 8. ☐ Other [Explanation] |

| ACCT. NO. | COST CENTER NO. OR SUB-ACCT. NO. | TIMEKEEPER NO.** | TIMEKEEPER TITLE** [Acctg. use] | OFFICE NO. | LOCAL DEPT. NO. OR PG NO. | ACCOUNT NAME | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | 022C | Select one | | |
| | | | | 022C | Select one | | |
| | | | | 022C | Select one | | |

**With use of a timekeeper number, Elite will automatically cascade timekeeper title, office and local PG when entered by Accounting personnel.

| | |
|---|---|
| CHECK TOTAL | $1,510.18 |

| CHECK PAYABLE TO: PAYEE NAME AND ADDRESS | VENDOR NO. [Acctg. use] | INVOICE NO. | INVOICE DATE | INVOICE TERMS |
|---|---|---|---|---|
| Miriam Geraghty Epay Epay | CH494527 | 0900 MG | 0913.10 | |
| | SOCIAL SECURITY OR TAX ID NO. [if applicable] | | | |

### DESCRIPTION OF EXPENDITURE***

Postage cost for mailing 2,468 Notices to class members.

***1)  Indicate what the check is for, including business purpose; original supporting documentation is required.
2)  For business meals & entertainment, identify persons attending, location and business discussed.
3)  Associate/paralegal client cost approval limit is $500; amounts exceeding require Partner approval.
4)  Please submit this form on TAN paper.

| APPROVAL: REQUESTING PERSONNEL | ADDITIONAL APPROVAL [if applicable]: |
|---|---|
| PRINTED: Miriam Geraghty | PRINTED: Douglas Darch |
| SIGNATURE: *Associate or Paralegal* | SIGNATURE: |

| ACCOUNTING REVIEW ONLY: |
|---|
| SIGNATURE: 9/13/10 |

RECEIVED 10 PM 12:17

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.



```
ECONOPRINT INC                                      Invoice Number:                  511986
ATTN: ACCOUNTS RECEIVABLE                           Invoice Date:                 08/19/2010
330 Locust Drive                                    Job Number:                      567540
Verona, WI  53593                                   Customer Number:                     10
                                                    Customer Contact:       Miriam Garaghty
Payment Inquiries:       608-288-5502               Purchase Order:
Customer Service:        608-273-3258               Job Writer:            Lynne Heinzelman
                                                    Service Center:          Greenway Cross
                                                    Payment Terms:              Net 7 Days


BILL TO:                                            SHIP TO:

ECONOPRINT POSTAGE                                  Baker & McKenzie LLP
330 Locust Drive                                    Miriam Garaghty
                                                    1 Prudential Plaza,STE3500 130
Verona, WI  53593                                   Chicago IL 60601
```

| QUANTITY | DESCRIPTION | | | UNIT PRICE | PRICE |
|---|---|---|---|---|---|
| 2,532 | POSTAGE ONLY | | | 0.5964 | 1,510.18 |
| | Category | Count | Postage | | |
| | Barcoded: | 2,468 | | | |
| | Not Barcoded: | 64 | | | |
| | Totals: | 2,532 | $1,510.18 | | |

```
                                                    Subtotal:                      1,510.18
                                                    Freight:                           0.00
                                                    Tax:                               0.00
                                                    Total Price:                   1,510.18


REMIT TO:                  Payment Inquiries: 608-288-5502  Invoice Number:            511986
                           Customer Service:  608-273-3258  Invoice Date:          08/19/2010
ECONOPRINT INC                                             Invoice Total:           1,510.18
ATTN: ACCOUNTS RECEIVABLE
330 Locust Drive                                           Job Number:                567540
Verona, WI  53593                                          Customer Number:                10
                                                           Customer Contact:     Miriam Garaghty
                                                           Purchase Order:
```

**BAKER & McKENZIE**

# CHECK REQUEST

| DATE SUBMITTED | DATE NEEDED | MAIL | PICK UP at Petty Cash Desk | RETURN (Houston Only) | REQUESTED BY |
|---|---|---|---|---|---|
| 1/13/2010 | | ☐ | Ext. 2519 | ☐ | Douglas Darch |

## CLIENT COSTS ADVANCED

When should this payment be made?  _____

Please check the appropriate box to the right:

☐ Pay invoice per terms
☐ Pay invoice immediately
☐ Place invoice on HOLD until payment is received from client

| CLIENT NO. | MATTER NO. | CLIENT & MATTER NAMES | COST CODE NO.* | AMOUNT |
|---|---|---|---|---|
| 22231668 | 000003 | Whirlpool | 65 | 509.70 |
| | | | | |
| | | | | |
| | | | | |

*Refer to attached list.

## NON-CLIENT CHARGES

### How should this disbursement be charged?

1. ☐ Globally (which cost center?)    2. ☐ Regionally (which cost center?)
3. ☐ Chicago Office Administrative Depart. or Committee (which one?)    4. ☐ Chicago Office Practice Group (which one?)
   Select One                                                              Select one
5. ☐ Timekeeper Direct Expense    6. ☐ International Partner Personal Account [3000]
7. ☐ Non-International Partner Timekeeper [1200] / Staff [1210] Advance    8. ☐ Other [Explanation]

| ACCT. NO. | COST CENTER NO. OR SUB-ACCT. NO. | TIMEKEEPER NO.** | TIMEKEEPER TITLE** [Acctg. use] | OFFICE NO. | LOCAL DEPT. NO. OR PG NO. | ACCOUNT NAME | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | 022C | Select one | | |
| | | | | 022C | Select one | | |
| | | | | 022C | Select one | | |

**With use of a timekeeper number, Elite will automatically cascade timekeeper title, office and local PG when entered by Accounting personnel.

| | CHECK TOTAL | $509.70 |
|---|---|---|

| CHECK PAYABLE TO: PAYEE NAME AND ADDRESS | VENDOR NO. [Acctg. use] | INVOICE NO. | INVOICE DATE | INVOICE TERMS |
|---|---|---|---|---|
| Douglas Darch Epay | | | | |
| | SOCIAL SECURITY *OR* TAX ID NO. [if applicable] | | | |

## DESCRIPTION OF EXPENDITURE***

Conference Room fees for deposition of Teed at Marriott O'Hare, Chicago on 1/12/2010.

***1)  Indicate what the check is for, including business purpose; original supporting documentation is required.
   2)  For business meals & entertainment, identify persons attending, location and business discussed.
   3)  Associate/paralegal client cost approval limit is $500; amounts exceeding require Partner approval.
   4)  Please submit this form on TAN paper.

| APPROVAL: REQUESTING PERSONNEL | ADDITIONAL APPROVAL [if applicable]: |
|---|---|
| PRINTED:  Douglas Darch | PRINTED: |
| SIGNATURE:  *Douglas A. Darch* | SIGNATURE: |
| Prepared by:  Kristin McNeely | *[Name]* |

ACCOUNTING REVIEW ONLY:

SIGNATURE: _____

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

**Marriott**
CHICAGO O'HARE

For questions regarding this folio, please call
Marriott Business Services toll-free at 866.239.7627

GUEST FOLIO

8535 West Higgins Road, Chicago, IL 60631 ▪ 773.693.4444 ▪ Marriott.com/CHIAP

| | | | |
|---|---|---|---|
| Room | BAKER & MCKENZIE DE | .00 01/12/10 | 1609 |
| | Name | Rate    Depart | Time   ACCT# |
| Type | BAKER AND MCKENZIE | 01/12/10 | |
| | | Arrive | Time |
| 63 | 130 E RANDOLPH STREE | PASSPORT: | |
| | CHICAGO    IL | | |
| Room | 60601-6207 | | MR#: |
| Clerk | Address | Payment | |

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 01/12 | HARVEST | 4906    0 | 41.00 | | |
| 01/12 | CHAMPION | 5628    0 | 51.82 | | |
| 01/12 | BANQUETS | 081523 | 416.88 | | |
| | | | | | 509.70 |

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X_____

♻ Contains 30% post consumer fibers

To secure your next stay, go to Marriott.c

11-028

# CHICAGO MARRIOTT O'HARE

Check #:        81523
Print #:        1
Check Status:   POST
Check Date:     01/12/2010
Booking Type:   Local
Manager:        CLE/CLE/JLP
Room:           RIVER ROOM

Baker & McKenzie Deposition
130 E Randolph Street
Chicago, IL  60601-6207
(312) 861-2519

Host: Kristin McNeely
Tuesday, January 12, 2010

Page #:       1
Folio #:      1609
Bill Method:  CC
Tax Exempt:
Exempt Appr:  N
BEO #(s):     100972

| Quantity | Item | Unit Price | Cost |
|---|---|---|---|
| | **ROOM SETUP FEES** | | |
| 1 | Room Set-up Fee | $300.00 | $300.00 |
| | **Subtotal Room Setup Fees** | | $300.00 |
| | OCCUPANCY TAX | | $10.50 |
| | LCL STATE SALES TAX | | $7.38 |
| | ROOM RENTAL TAX | | $27.00 |
| | LCL MTG ROOM SERVICE CHG | | $72.00 |
| | **GRAND TOTAL** | | $416.88 |

Signature:_____

GUEST COPY

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION