**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| MAYTAG CORPORATION, a subsidiary of Whirlpool Corporation, and WHIRLPOOL CORPORATION,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>v.  )<br>)<br>INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, and UAW LOCAL 997,  )<br>)<br>)<br>)<br>)<br>Defendants.  )<br>) | Civil Action No.<br>4:08-cv-00291-JEG-RAW |

### JOINT NOTICE OF APPEAL

Notice is hereby given that Defendants and Class Representatives International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America and UAW Local 997, on behalf of themselves and the Certified Class, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the District Court's final judgment entered in this action on July 25, 2011.

Attached hereto are (1) a completed Civil Case Notice of Appeal Supplement, (2) a completed Eighth Circuit Appellant's Form A, and (3) an uncompleted Eighth Circuit Appellee's Form B for the convenience of Appellee.

Respectfully submitted,

s/Robert A. Seltzer
Robert A. Seltzer

```
CORNFIELD AND FELDMAN
25 East Washington Street
Suite 1400
Chicago, Illinois 60602-1803
Telephone: 312-236-7800
FAX: 312-236-6686
Email: rseltzer@cornfieldandfeldman.com

Barry A. Macey
MACEY SWANSON AND ALLMAN
445 N. Pennsylvania Street
Suite 401
Indianapolis, Indiana 46204
Telephone: 317-637-2345
FAX: 317-637-2369
Email: bmacey@maceylaw.com

Mark T. Hedberg
HEDBERG LAW FIRM, P.C.
100 Court Avenue, Suite 425
Des Moines, Iowa 50309
Telephone: 515-288-4148
FAX: 515-288-4149
Email: mthedberg@uswest.net
```

***Attorneys for Defendants International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America and UAW Local 997***

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on August 24, 2011, he caused the foregoing document and attachments to be filed electronically with the Court.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

        **Becky S. Knutson**
        **Gene R La Suer**
        **Deborah M. Tharnish**
        DAVIS, BROWN, KOEHN, SHORS & ROBERTS, P.C.
        215 10th Street
        Suite 1300
        Des Moines, IA 50309
        beckyknutson@davisbrownlaw.com
        genelasuer@davisbrownlaw.com
        deborahtharnish@davisbrownlaw.com

        **Douglas A. Darch**
        **Miriam Geraghty**
        **Joseph W. LaFramboise**
        **Meagan C. LeGear**
        **Karen Sewell**
        BAKER & MCKENZIE LLP
        One Prudential Plaza
        130 E. Randolph Drive, Suite 3500
        Chicago, IL 60601
        Douglas.Darch@bakermckenzie.com
        Miriam.Geraghty@bakermckenzie.com
        Joseph.LaFramboise@bakermckenzie.com
        Meagan.LeGear@bakermckenzie.com
        Karen.Sewell@bakermckenzie.com


        /s/ Robert A. Seltzer
        Robert A. Seltzer