UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA
OFFICE OF THE CLERK
P. O. BOX 9344
DES MOINES, IA. 50306-9344
515-284-6248

# Civil Case Notice of Appeal Supplement

COUNSEL FOR APPELLANT PLEASE COMPLETE AND SUBMIT WITH NOTICE OF APPEAL

Case Name: Maytag Corporation, et al.  vs.  International Union, United Automobile, et al.

District Court Case # 4 : 08 - cv - 291

Appeal Fee ($455.00) Status  Pd [✓]  IFP [ ]  Pending [ ]  Govt. Appeal [ ]

Counsel Appointed [ ]  CJA [ ]  Retained [✓]  Pro Se [ ]

Appeal filed by  Counsel [✓]  Pro Se [ ]

Any reason why counsel should not be appointed  N/A

Pending post Judgment motions:  Yes [ ]  No [✓]

Type of Motion(s) _____

High Public Interest Case  Yes [✓]  No [ ]

Simultaneous Opinion Release Requested  Yes [ ]  No [✓]

Trial Held  Yes [✓]  No [ ]

Jury Trial Held  Yes [ ]  No [✓]

Court Reporter  Yes [✓]  No [ ]   Length of Trial  5 days

Reporter's Name  Terri L. Martin, CSR, RPR, CRR

Address  U.S. Court Reporter, Room 189, U.S. Courthouse

123 East Walnut Street, Des Moines, Iowa  50309

Phone  515-284-6444

Transcript Ordered  Yes [✓]  No [ ]

**Appealing:**  Order prior to final judgment [ ]   Final Judgment [✓]

Completed Form "A" Enclosed  Yes [✓]  No [ ]