## U.S. COURT OF APPEALS - EIGHTH CIRCUIT
### APPELLANT'S FORM A
### Appeal Information Form
### To be filed with the Notice of Appeal

Appeal Docket No. _____

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America, and UAW Local 997,<br><br>Appellant<br>vs. | Robert A. Seltzer, Cornfield and Feldman, 25 East Washington Street, Suite 400, Chicago, Illinois 60602; 312-236-7800<br><br>Barry A. Macey, Macey Macey and Allman, 445 N. Pennsylvania Street, Suite 401, Indianapolis, Indiana 46204; 317-637-2345 |
| Maytag Corporation, a subsidiary of Whirlpool Corporation, and Whirlpool Corporation,<br><br>Appellee | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER<br>Douglas A. Darch, Baker & McKenzie LLP, One Prudential Plaza, 130 E. Randolph Drive, Suite 3500, Chicago, Illinois 60601; 312-861-8933 |

LIST ISSUES ON APPEAL(For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3).   [ ] Yes.   [✓] No.

1) The district court's findings and conclusions are unsupported by the evidence or are contrary to the evidence; 2) the court lacks subject matter jurisdiction because there was no case or controversy; 3) the class certification is improper and contrary to applicable law; 4) the district court should have dismissed the case because the requirements of the Declaratory Judgment Act, the LMRA, and ERISA were not met; 5) the case should have been transferred to the Western District of Michigan.

FOR LEAD COUNSEL ONLY

I [ ] have ([✓] have not) discussed settlement possibilities on appeal with my client.
This appeal [ ] is ([ ] is not ) amenable to settlement.

Submitted by: s/ Robert A. Seltzer                           July 24, 2011
                Signature of Lead Counsel                          Date

INSTRUCTIONS:

Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at: www.ca8.uscourts.gov

 Copy 1 - Send to Appellee (together with an uncompleted Form B)
 Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
 Copy 4 - Retain