# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 07, 2011

Mr. Robert A Seltzer
CORNFIELD & FELDMAN
25 E. Washington Street
Suite 1400
Chicago, IL  60602-1803

      RE:  11-2931  Maytag Corporation, et al v. International Union, etc., et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs are available on our website, the address of which is shown above.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

BNS

Enclosure(s)

cc: Mr. Douglas A Darch
    Mr. Mark Hedberg
    Ms. Becky Sue Knutson
    Ms. Marjorie Krahn
    Mr. Gene R. La Suer
    Mr. Joseph W. LaFramboise
    Mr. Barry Macey
    Ms. Terri Martin
    Ms. Karen Sewell
    Ms. Deborah Marie Tharnish

District Court/Agency Case Number(s):   4:08-cv-00291-JEG

**Caption For Case Number:   11-2931**

**Maytag Corporation, a subsidiary of Whirpool Corporation; Whirlpool Corporation**

    **Plaintiffs - Appellees**

**v.**

**International Union, United Automobile, Aerospace & Agricultural Implement Workers of America; United Automobile Workers Local 997**

    **Defendants - Appellants**

**Henry Vanderheiden, Jr.; Daniel Stock; Lyle Ettleson; Louis Modlin; Patrick Teed; Max Tipton; Lonnie White**

    **Defendants**

**Addresses For Case Participants:   11-2931**

Mr. Robert A Seltzer
CORNFIELD & FELDMAN
25 E. Washington Street
Suite 1400
Chicago, IL  60602-1803

Mr. Douglas A Darch
BAKER & MCKENZIE
Suite 3500
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601-0000

Mr. Mark Hedberg
HEDBERG & BOULTON
100 Court Avenue
Suite 425
Des Moines, IA  50309

Ms. Becky Sue Knutson
DAVIS & BROWN
215 10th Street
Suite 1300
Des Moines, IA  50309-0000

Ms. Marjorie Krahn
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000


Mr. Gene R. La Suer
DAVIS & BROWN
215 10th Street
Suite 1300
Des Moines, IA  50309-0000

Mr. Joseph W. LaFramboise
BAKER & MCKENZIE
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601-0000

Mr. Barry Macey
MACEY & SWANSON
455 N. Pennsylvania Street
Suite 401
Indianapolis, IN  46204

Ms. Terri Martin
Room 103
E. First & Walnut Streets
U.S. Courthouse
Des Moines, IA  50309-0000

Ms. Karen Sewell
BAKER & MCKENZIE
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601-0000

Ms. Deborah Marie Tharnish
DAVIS & BROWN
215 10th Street
Suite 1300
Des Moines, IA  50309-0000