# TRANSMITTAL SHEET

TO: Clerk, U.S. Court of Appeals, 8th Circuit     DATE: September 20, 2011

FROM: Clerk, U.S. District Court, Southern District of Iowa-Des Moines

Appeal Number:   **11-2931**

District Court Number:   4:08-cv-291

Name:   Maytag Corporation, et al   v.  International Union, etc., et al

TRANSMITTED HEREWITH:

Original File:

Designated Clerk's Record:

Transcript:

Exhibits:   Five Binders - Trial Exhibits

Comments: