# TRANSMITTAL SHEET

TO: Clerk, U.S. Court of Appeals, 8th Circuit     DATE: September 20,  2011

FROM: Clerk, U.S. District Court, Southern District of Iowa-Des Moines


Appeal Number:   **11-2931**

District Court Number:   4:08-cv-291

Name:   Maytag Corporation, et al v.  International Union, etc., et al


TRANSMITTED HEREWITH:


Original  File:


Designated Clerk's Record:


PSI Report:


Transcript:   **Seven (7) Printed Volumes (#s 58, 175, 219, 220, 221, 222, 223)**


Exhibits:


Comments: