4:08-cv-291
Attachment - Taxation of Costs               Claimed            Allowed

| # | Description | Claimed | Allowed |
|---|---|---|---|
| 1. | External Copying Job-Document Technologies, Inc. (Bates # 6-001) Bates labeling of documents for supplemental document production | $21.70 | 0 |
| 2. | External Copying Job- 24 Seven Discovere (Bates # 6-002) Copying and Scanning of exhibits for trial | $96.37 | 60.39 |
| 3. | External Copying Job – Blue Star (Bates #6-003 – 005) Scanning and Optical Character Recognition ("OCR") of trial exhibits for electronic trial database (to allow documents to be searchable) | $1,435.12 | 0 |
| 4. | Request withdrawn (Administrative error – duplicate copy) (Bates#6-006) | $ | |
| 5. | External Copying Job – 24 Seven Discovere (Bates #6-007) Copying and preparing Exhibit Binders for Trial | $140.12 | 140.12 |
| 6. | External Copying Job – 24 Seven Discovere (Bates #6-008) Binding and copying of service copies of Supplemental Appendix to Plaintiffs' Reply Brief in Support of Motion for Summary Judgment | $712.91 | 677.71 |
| 7. | External Copying Job – EconoPrint (Bates #6-009) Outside service fees for mailing of the Notice to Class Members and postage fees | $2,038.45 | 0 |
| 8. | External Copying Job – IKON (Bates #6-010) Copying and bates numbering of Supplemental Appendix to Reply Brief in Support of Motion for Summary Judgment | $134.98 | 0 |
| 9. | External Copying Job – IKON (Bates #6-011) Copying and bates numbering of Appendix to Plaintiffs' Motion for Summary Judgment | $156.34 | 130.08 |
| 10. | External Copying Job – EconoPrint (Bates #6-012) Costs for sending additional Notices to Class Members (including postage) | $161.64 | 0 |
| 11. | External Copying Job – Document Technologies – Chicago (Bates #6-013) Copies, bates labeling, and binder creation for Plaintiffs' Trial Exhibits | 2,224.06 | 1374.90 |
| 12. | External Scanning Job – Equivalent Data (Bates #6-014) Copying Exhibits for Hoffert and Reid Depositions | $61.86 | 34.08 |
| 13. | External Copying Job – C2 Legal (Bates #6-015) Create binders of exhibits to Supplemental Memorandum of Law In Support Of Motion to Certify Class | $356.14 | 237.44 |

| | | Claimed | Allowed |
|---|---|---|---|
| 14. | External Copying Job – C2 Legal (Bates #6-016) Create binders of documents produced in discovery. | $506.95 | 417.45 |
| 15. | External Scanning Job – Equivalent Data (Bates #6-017) Scanning and ORC of documents produced in discovery for electronic document database | $62.91 | -0- |
| 16. | External Scanning Job – Equivalent Data (Bates #6-018) Scanning and ORC of documents produce in discovery for electronic document database | $79.55 | -0- |
| 17. | Request withdrawn (Administrative error – duplicate copy) (Bates #6-019) | $ | |
| 18. | External Copying Job – Integrated e Solutions (Bates #6-020 – 022) Copying and labeling of Local 997's *Hotline* newsletters produced during discovery per R. Seltzer's 6/11/09 letter | $64.98 | 62.53 |
| 19. | External Copying Job – C2 Legal (Bates #6-023) Creating binders to organize documents produced in discovery | $258.92 | -0- |
| 20. | External Scanning Job – Equivalent Data (Bates #6-024) Scanning and OCR of documents for electronic database in preparation of filing complaint | $647.17 | -0- |
| 21. | External Scanning Job – Loop Legal Copy & Imaging (Bates #6-025) Scanning and ORC of documents produced in discovery for electronic document database | $386.15 | -0- |
| 22. | External Scanning Job – C2 Legal (Bates #6-026) Scanning and ORC of documents produced in discovery for electronic document database | $469.12 | -0- |
| 23. | External Scanning Job – C2 Legal (Bates #6-027) Scanning and ORC of documents produced in discovery for electronic document database | $418.56 | -0- |
| 24. | External Scanning Job – C2 Legal (Bates #6-028) Scanning and OCR of documents produced in discovery for electronic document database | $420.17 | -0- |
| 25. | External Scanning Job – C2 Legal (Bates #6-029) Scanning and OCR of documents produced in discovery for electronic document database | $137.28 | -0- |

| # | Description | Claimed | Allowed |
|---|---|---|---|
| 26. | External Copying Job – C2 Legal (Bates #6-030) Creating discovery related binders | $43.70 | 0 |
| 27. | External Scanning Job – C2 Legal (Bates #6-031) Scanning and ORC of documents produced in discovery for electronic document database | $264.85 | 0 |
| 28. | Request withdrawn (administrative error – duplicate copy) (Bates #6-032) | $ | |
| 29. | External Scanning Job – C2 Legal (Bates #6-033 - 034) Scanning and ORC of documents produced in discovery for electronic document database | $37.90 | 0 |
| 30. | External Scanning Job – C2 Legal (Bates #6-35) Scanning and ORC of documents produced in discovery for electronic document database | $137.28 | 0 |
| 31. | External Scanning Job – C2 Legal (Bates #6-036) Scanning and ORC of documents produced in discovery for electronic document database | $418.56 | 0 |
| 32. | External Scanning Job – C2 Legal (Bates #6-037) Scanning and ORC of documents produced in discovery for electronic document database | $402.98 | 0 |
| 33. | External Scanning Job – C2 Legal (Bates #6-38) Scanning and ORC of documents produced in discovery for electronic document database | $42.10 | 0 |
| 34. | External Scanning Job – C2 Legal (Bates #6-039) Scanning and ORC for documents produced in discovery for electronic document database | $53.98 | 0 |
| 35. | External Scanning Job – In Demand (Bates #6-040) Scanning and ORC for documents produced in discovery for electronic document database | $37.11 | 0 |
| 36. | External Copying Job – C2 Legal (Bates #6-041) Creating binders to organize documents produced in discovery | $385.50 | 0 |
| 37. | External Copying Job – C2 Legal (Bates #6-042) Creating binders to organize documents produced in discovery | $841.70 | 0 |

|  | | Claimed | Allowed |
|---|---|---|---|

38. External Scanning Job – Loop Legal Copy & Imaging
    (Bates #6-043) Scanning and ORC of document produced in discovery
    for electronic document database ...................................................................... $637.34   -0-

39. External Scanning Job – In Demand
    (Bates #6-044) Scanning and ORC of documents produced in discover
    for electronic document database ........................................................................ $54.52   -0-

40. External Scanning Job – In Demand
    (Bates #6-045) Scanning of documents into electronic form onto master CD
    during discovery ................................................................................................... $33.32   -0-

41. External Scanning Job – In Demand
    (Bates #6-046) Scanning and ORC of documents for electronic document
    database .................................................................................................................. $56.85   -0-

42. External Copying Job – Blue Star
    (Bates #6-047 – 048) Bates stamping documents for document production and
    scanning and ORC of documents for electronic document database ....... $315.56   -0-

43. Internal Copying
    (Bates #6-077 – 6-081) (8/11/09) Service copies of Plaintiffs' Reply Brief In
    Further Support of Plaintiffs' Motion to Certify Class ............................ $104.50   **39.90**
    ECF #99 = 30 pgs × 7 = 210 × .19 = 39.90

44. Internal Copying
    (Bates #6-051) (8/26/09) Exhibits for Ted Johnson Deposition and Outline (231 x
    0.19) ....................................................................................................................... $43.89   **43.89**

45. Internal Copying
    (Bates #6-052) (9/15/09) Service copies of Plaintiffs' Third Set of Request for
    Admissions to Defendants; create binders internally for discovery organization
    (1819 x 0.19) ...................................................................................................... $345.61   **270.61**

46. Internal Copying
    (Bates #6-053) (10/12/09) Service copies of Plaintiffs' Second Supplemental
    Memorandum of Law In Support of Motion to Certify Defendant Class
    (2795 x 0.19) ...................................................................................................... $531.05   **78.47**
    ECF #103 = 59 pgs × 7 = 413 × .19 = 78.47

47. Internal Copying
    (Bates #6-053) (10/14/09 – 10/15/09) Service copies of Plaintiffs' Motion to
    Reassign and Consolidate Pending Cases (466 x 0.19) ............................. $88.54   **15.96**
    ECF #104 = 12 pgs × 7 = 84 × .19 = 15.96

48. Internal Copying
    (Bates #6-053) (10/19/09 – 10/20/09) Service copies of Plaintiffs' Second Set of
    Requests for Production of Documents, Second Set of Interrogatories and Second
    Set of Requests for Admission (264 x 0.19) ............................................... $50.16   **50.16**

| | | Claimed | Allowed |
|---|---|---|---|
| 49. | Internal Copying (Bates #6-053 – 054) (10/21/09) Service copies of Plaintiffs' Second Set of Requests For Production of Documents To UAW and Second Supplement Memorandum of Law in Support of Motion to Certify Defendant Class (5606 x 0.19) | $1065.14 | 865.14 |
| 50. | Internal Copying (Bates #6-055) (11/4/09) Copies of deposition exhibits for D. Walker; (2529 x 0.19) | $480.51 | 480.51 |
| 51. | Internal Copying (Bates #6-056) (11/13/09) Service copies of Plaintiffs' Motion to Compel The Deposition of Richard Avery and Other Former UAW Officials (431 x 0.19) ECF #115 = 42 pgs x 7 = 294 x .19 = 55.86 | $81.89 | 55.86 |
| 52. | Internal Copying (Bates # 6-056) (11/13/09) Service copies of Plaintiffs' Motion to Consolidate and Motion for an Extension of Time (109 x 0.19) ECF #116 = 3 pgs x 7 = 21 x .19 = 3.99   ECF 104 = 12 pgs x 7 = 84 x .19 = 15.96 | 20.71 | 19.95 |
| 53. | Internal Copying (Bates #6-056) (11/17/2009) Service copes of Plaintiffs' First Supplemental 26(a)(1) Disclosures (386 x .019) | $73.34 | 73.34 |
| 54. | Internal Copying (Bates #6-057) (11/18/2009) Internal copies of Defendants' Corrected First Supplemental Privilege Log (284 x 0.19) | $53.96 | 0 |
| 55. | Internal Copying (Bates #6-057) (11/20/2009) Service copies of Plaintiffs' Answers to Defendant's First Set of Interrogatories; Plaintiffs' Responses to Defendant's First Request for Production of Documents; Plaintiffs' Reply Brief in Further Support of Their Second Supplemental Memorandum of Law in Support (1005 x 0.19) ECF #118 = 96 pgs x 7 = 672 x .19 = 127.68 | $190.95 | 127.68 |
| 56. | Internal Copying (Bates #6-057) (11/20/2009) Service copies of Plaintiffs Supplemental Answers to Defendant's First Set of Interrogatories (205 x 0.19) | $38.95 | 38.95 |
| 57. | Internal Copying (Bates #6-058) (12/7/2009) Service copies of Plaintiffs' Unresisted Motion for an Extension of Time to File a Reply (120 x 0.19) ECF #125 = 12 pgs x 7 = 84 x .19 = 15.96 | $22.80 | 15.96 |
| 58. | Internal Copying (Bates #6-058) (12/13/2009) Service copies of Plaintiffs' Third Supplement in Support of Motion to Certify Class (2946 x 0.19) ECF# 128 = 23 pgs x 7 = 161 x .19 = 30.59 | $559.74 | 30.59 |

| # | Description | Claimed | Allowed |
|---|---|---|---|
| 59. | Internal Copying (Bates #6-059) (12/21/2009) Service Copies of Plaintiffs' Second Supplemental Responses to Defendants' Interrogatories (167 x 0.19) | $31.73 | 31.73 |
| 60. | Internal Copying (Bates #6-060) (12/30/2009) Copies of Exhibits For Steve Haas, Dennis Williams, Robert Alpert, Greg Christy, and Larry Shaver Depositions (316 x 0.19) | $60.04 | 60.04 |
| 61. | Internal Copying (Bates #6-060) (1/5/2010) Service copies of Plaintiffs' Uncontested Motion for Leave to File a Consolidated Reply Brief in Excess of Five Page (276 x 0.19) | $52.44 | 52.44 |
| 62. | Internal Copying (Bates #6-061) (1//19/2010) Copies and binders for Exhibits for the Depositions of Pat Teed and Max Tipton (1117 x 0.19) | $212.23 | 162.23 |
| 63. | Internal Copying (Bates #6-067) (4/12/2010) Copies of discovery documents (805 x 0.19) | $152.95 | 152.95 |
| 64. | Internal Copying (Bates #6-067) (4/20/2010) Exhibit binders (493 x 0.19) | $93.67 | 93.67 |
| 65. | Internal Copying (Bates #6-068) (7/9/2010) Service copies of Plaintiffs' Response in Opposition To Defendants' Motion To Stay Issuance of the Notice To the Defendant Class (364 x 0.19) [ECF #182 = 36 pgs x 7 = 252 x .19 = 47.88] | $69.16 | 47.88 |
| 66. | Internal Copying (Bates #6-069) (7/16/2010) Internal copies of Defendants' Reply In Support Their Motion To Stay Issuance of the Notice To The Defendant Class (280 x 0.19) | $53.20 | -0- |
| 67. | Internal Copying (Bates #6-069) (9/29/2010) Service copies of Plaintiffs' First Supplemental Response to Defendants' First Request For Production of Documents (649 x 0.19) | $123.31 | 123.31 |
| 68. | Internal Copying (Bates #6-070) (11/19/2010) Service copies of Plaintiffs' Pretrial Brief (464 x 0.19) [ECF #199 = 51 pgs x 7 = 357 x .19 = 67.83] | $123.31 | 67.83 |
| 69. | Internal Copying (Bates #6-071) (11/23/2010) Service copies of Subpoenas to Multiple Witness To Testify at Trial and Trial Exhibits (262 x 0.19) | $49.78 | 49.78 |
| 70. | Internal Copying (Bates #6-072) (12/3/2010) Service copies of Plaintiffs' Fourth Supplemental | | |

| | | Claimed | Allowed |
|---|---|---|---|
| | Responses to Defendants' First Request for Production of Documents and copies of documents for production (2,160 x 0.19)............................................. $410.40 | | 410.40 |
| 71. | Internal Copying<br>(Bates #6-072) (12/3/2010) Service copies of Plaintiffs' Fourth Supplemental Responses to Defendants' First Request for Production of Documents and copies of documents for production (850 x 0.19) ................................................... $161.50 | | 161.50 |
| 72. | Internal Copying<br>(Bates #6-133) (12/18/2009) Service copies of Plaintiffs' Motion To Request Judicial Notice in Support of Plaintiffs' Motion to Certify Class (372 x 0.19) .......................................................................................... $70.68<br>ECF# 133 = 4 pgs x 7 = 28 x .19 = 5.32 | | 5.32 |
| 73. | Internal Copying<br>(Bates #6-150 – 6-152) (2/12/2010) Service Copies of Plaintiffs' Motion For Summary Judgment and Supporting Pleadings and Plaintiff's Uncontested Motion for Leave to File a Memorandum of Law In Support of Motion for Summary Judgment In Excess of Twenty Pages....................................................... $152.95 | | 152.95 |
| 74. | Internal Copying<br>(Bates #6-154 – 6-155) (2/26/2010) Service Copies of Plaintiffs' Court Ordered Supplemental Memorandum Regarding Class Certification.................... $193.68<br>ECF # 147 = 94 pgs x 7  658 x .19 = 125.02 | | 125.02 |
| 75. | Internal Copying<br>(Bates #6-160 – 6-163) (4/7/2010 – 4/8/2010) Service Copies of Plaintiffs' Reply In Support of Motion For Summary Judgment, Plaintiffs' Motion To File Overlength Brief In Excess of Five Page In Further Support of Their Motion for Summary Judgment, Plaintiffs' Reply to Defendants' Response to Plaintiffs' Statement of Facts, and Reply to Defendants' Statement of Additional Facts ........................................................................................................ $254.03 | | 254.03 |
| 76. | Internal Copying<br>(Bates #6-166 – 6-168) (5/11/2010) Service Copies of Plaintiffs' Court Ordered Supplemental Memorandum Regarding Class Certification.................... $153.71<br>ECF# 173 = 70 pgs x 7 = 490 x .19 = 93.10 | | 93.10 |
| 77. | Internal Copying<br>(Bates #6-183 – 6-184) (11/17/2010) Service Copies of Plaintiffs' Pretrial Brief ..................................................................................................... $52.44 | | 52.44 |
| 78. | Internal Copying<br>(Bates #6-184 – 6-193) (11/19/2010 – 11/24/2010) Copies associated with the preparation of trial including service copies of Notice of Plaintiffs' Proposed Order Sequestering Witnesses at Trial.................................................. $105.45 | | 105.45 |
| 79. | Internal Copying<br>(Bates #6-184 – 6-193) (11/30/2010) Service copies of Plaintiffs' Final Pretrial Order Part III(C) ........................................................................................ $40.47<br>ECF # 209 = 3 pgs x 7 = 21 x .19 = 3.99 | | 3.99 |

| | | Claimed | Allowed |
|---|---|---|---|
| 80. | Internal Copying (Bates #6-197 – 6-205) (12/1/2010 – 12/2/2010) Service copies of Plaintiffs' Third Supplemental Response to Defendants' First Request for Production of Documents and the copying of documents for production ............. $228.91 | | 228.91 |
| 81. | Internal Copying (Bates #6-205 – 6-212) (12/3/2010) Service copies of Plaintiffs' Fourth Supplemental Response to Defendants' First Request for Production of Documents and the copying of documents for production ............. $496.85 | | 496.85 |
| 82. | Internal Copying (Bates #6-217) (3/16/2011) Service copies of Plaintiffs' Post-Trial Brief. $66.88 | | —0— |
| | TOTAL | $21,916.21 | $8273.49 |