IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MAYTAG CORPORATION, et al., | |
|     Plaintiffs, | |
| vs. | No. 4:08-cv-00291 – JEG |
| INTERNATIONAL UNION, UNITED AUTO-MOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, et al., | ORDER NUNC PRO TUNC |
|     Defendants. | |

    The Court has been advised that the individual Defendants, Henry Vanderheiden, Jr., Daniel Stock, Lyle Ettelson, Jr., Louis Modlin, Patrick Teed, Max Tipton, and Lonnie White, remain as parties to this action on the docket of the Court.  The Court's June 22, 2010, Order on the Motion to Certify Class (ECF No. 178) expressly found the class was appropriately represented by the union, comprised of the International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America and United Automobile Workers Local 997.  The case then continued without the direct involvement of the individual Defendants who never actually appeared in the action.  That prior Order effectively, but not expressly, dismissed the proceedings as to the individuals.  Therefore, with the consent of counsel, to clarify the record herein, the June 22, 2010, Order is modified to provide that the action is **dismissed without prejudice solely as to the individual Defendants identified above**.

    **IT IS SO ORDERED**.

    Dated this 14th day of October, 2011.

JAMES E. GRITZNER, JUDGE
UNITED STATES DISTRICT COURT