# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 07, 2012

Ms. Nora L. Macey
MACEY & SWANSON
455 N. Pennsylvania Street
Suite 401
Indianapolis, IN  46204

RE:  11-2931  Maytag Corporation, et al v. International Union, etc., et al

Dear Counsel:

The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00a.m. today. Please hold the opinion in confidence until that time.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc must be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

Michael E. Gans
Clerk of Court

LMT

Enclosure(s)

cc:	Mr. Douglas A Darch
	Ms. Miriam B Geraghty
	Ms. Becky Sue Knutson
	Ms. Marjorie Krahn
	Mr. Gene R. La Suer
	Mr. Barry A. Macey
	Mr. Robert A Seltzer
	Ms. Deborah Marie Tharnish

District Court/Agency Case Number(s):   4:08-cv-00291-JEG