# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 11-2931
_____

Maytag Corporation, a subsidiary of Whirlpool Corporation; Whirlpool Corporation

Plaintiffs - Appellees

v.

International Union, United Automobile, Aerospace & Agricultural Implement Workers of America; United Automobile Workers Local 997

Defendants - Appellants

Henry Vanderheiden, Jr.; Daniel Stock; Lyle Ettleson; Louis Modlin; Patrick Teed; Max Tipton; Lonnie White

Defendants

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:08-cv-00291-JEG)
_____

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 07, 2012

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans