# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-2931

Maytag Corporation, a subsidiary of Whirlpool Corporation and Whirlpool Corporation

Appellees

v.

International Union, United Automobile, Aerospace & Agricultural Implement Workers of America and United Automobile Workers Local 997

Appellants

Henry Vanderheiden, Jr., et al.

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:08-cv-00291-JEG)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

October 03, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans