# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-2931

Maytag Corporation, a subsidiary of Whirlpool Corporation and Whirlpool Corporation

Appellees

v.

International Union, United Automobile, Aerospace & Agricultural Implement Workers of America and United Automobile Workers Local 997

Appellants

Henry Vanderheiden, Jr., et al.

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:08-cv-00291-JEG)
_____

## MANDATE

In accordance with the opinion and judgment of 08/07/2012, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 11, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit