# Southern District of Iowa
## Exhibits Receipt Pursuant to Local Rules

### Receipt for Exhibits

Date: 1/17/13

Case Number: 4:08-cv-291

Case Name: Maytag Corp v UAW

1) In accordance with LR 57.3(g) criminal exhibits or 83.6(g) civil exhibits have been withdrawn by the undersigned.

_____   Plaintiff __X__   Defendant ____   Govt. ____
Counsel

Date: 1/16/13

2) As counsel for the below checked party, I give the Clerk's Office permission to destroy the exhibits.

_____   Plaintiff ____   Defendant ____   Govt. ____
Counsel

Date: _____

Fax number: 515-284-6418
Address: U.S. District Court
   PO Box 9344
   Des Moines, IA 50306