# Southern District of Iowa
## Exhibits Receipt Pursuant to Local Rules

### Receipt for Exhibits

Date:

Case Number: 4:08-cv-291

Case Name: Maytag Corp v UAW

1) In accordance with LR 57.3(g) criminal exhibits or 83.6(g) civil exhibits have been withdrawn by the undersigned.

_____                    Plaintiff ____   Defendant ____   Govt. ____
Counsel

Date: _____

2) As counsel for the below checked party, I give the Clerk's Office permission to destroy the exhibits.

_____ (Robert A. Elkins)                   Plaintiff ____   Defendant _X_   Govt. ____
Counsel

Date: Jan. 29, 2013

Fax number: 515-284-6418
Address: U.S. District Court
     PO Box 9344
     Des Moines, IA 50306